**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California
                                    (State)

Case number (If known): _____    Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Lite Solar Corp. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   None

3. **Debtor's federal Employer Identification Number (EIN)**

   2 6 - 4 6 7 6 3 9 9

4. **Debtor's address**

   **Principal place of business**

   3553    Atlantic Avenue
   Number    Street

   #1183

   Long Beach    CA    90807
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
        Name _____    Case number (if known) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.naics.com/search/ .
    4  9  3  1

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                        MM / DD / YYYY

         District _____    When _____    Case number _____
                                        MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

         District _____    When _____
                                        MM / DD / YYYY

         Case number, if known _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  <u>Lite Solar Corp.</u>                                    Case number (if known) _____
        Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

City _____  State ____  ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| **Statistical and administrative information** |

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☒ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000            ☒ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp. _____    Case number (if known) _____
             Name

**15. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2016
        MM / DD / YYYY

x _____    Ranbir S. Sahni
Signature of authorized representative of debtor    Printed name

Title President _____

**18. Signature of attorney**

x /s/ Leslie A. Cohen _____    Date 07/26/2016
Signature of attorney for debtor        MM / DD / YYYY

Leslie A. Cohen
Printed name
LESLIE COHEN LAW PC
Firm name
506    Santa Monica Blvd., Suite 200
Number    Street
Santa Monica               CA    90401
City                      State    ZIP Code

(310) 394-5900           leslie@lesliecohenlaw.com
Contact phone              Email address

93698                   CA
Bar number              State

American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATION

The undersigned, Oliver McKinney, hereby certifies as follows:

The undersigned is Secretary of Lite Solar Corp., a California corporation (the "Corporation").

Attached hereto is a true and correct copy of the Action by Written Consent of the Board of Directors of Lite Solar Corp., dated July 25, 2016 ("Written Consent"), the original of which is in the books and records of the Corporation.

The attached Written Consent is still in full force and effect and has not been amended or revoked.

IN WITNESS WHEREOF, I execute this Certification as Secretary on this 26th day July 2016.

_____
Oliver McKinney
Secretary of Lite Solar Corp.

# ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF LITE SOLAR CORP.

The undersigned, being the sole member of the Board of Directors of Lite Solar Corp., a California corporation (the "Corporation"), pursuant to the California Corporations Code and the Bylaws of the Corporation, does hereby, by signing this instrument (i) consent to taking the actions set forth below without a meeting; (ii) indicate the vote of the undersigned in favor of the adoption of the resolutions set forth below, and (iii) direct that this consent be filed with the minutes of the Board of Directors of the Corporation:

## RECITALS

WHEREAS, the sole Director has determined that it is desirable that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

## RESOLUTIONS

NOW, THEREFORE, BE IT RESOLVED, that the officers and authorized representatives listed on **Exhibit A** hereto and any other person designated and so authorized to act (each, an "Authorized Officer") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation to execute and verify the petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") at such time as the Authorized Officer executing the petitions shall determine;

RESOLVED, that the law firm of Leslie Cohen Law, be, and hereby is, employed as attorneys for the Corporation under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officer and such other employees of the Corporation as the Authorized Officer shall designate from time to time, and any employees or agents (including

counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation to cause the Corporation to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, consents, filings, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Corporation's business, such determination to be evidence by such execution or taking of such action; and

BE IT FURTHER RESOLVED, that any and all past actions heretofore taken by any Authorized Officer, Member, or Director of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent effective as of July 25, 2016.

Ranbir S. Sahni – Sole Director

Chapter 11 Bankruptcy Filing

## EXHIBIT A

| Name | Title(s) |
|---|---|
| 1.  Ranbir S. Sahni | President |
| 2.  Oliver McKinney | Secretary & Chief Financial Officer |
| 3. | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Lite Solar Corp. |
| United States Bankruptcy Court for the: | Central District    District of California (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LDK Solar International Company Limited | LDK Solar 1290 Oakmead Parkmead, Suite 306 Sunnyvale, CA 94085 | Trade Debt | Disputed | | | 6,561,104.15 |
| 2 | Quality Bending & Fabrication | Quality Bending & Fabrication 10005 SW Herman Road Tualatin, OR 97062 | Trade Debt | Unliquidated | | | 298,176.66 |
| 3 | Gomez, Marco | Marco Gomez 3553 Atlantic Avenue, #250, Long Beach, CA 90807 | Professional Services | Unliquidated | | | 260,000.00 |
| 4 | Canadian Solar (USA) Inc. | Canadian Solar (USA) Inc. Building A6 Suzhou New& Hi-tech District Exporting Processing Zone Jiang, 215215 215215  China (PRC) | Trade Debt | Unliquidated | | | 204,201.60 |
| 5 | Department of the Treasury (IRS) | Department of the Treasury Internal Revenue Service PO Box 510000 San Francisco, CA 94151-5100 | Taxes | Unliquidated | | | 101,227.46 |
| 6 | Starn O'Toole Marcus & Fisher | Starn O'Toole Marcus & Fisher Pacific Guardian Center, Makai Tower 733 Bishop St, 19th Floor Honolulu, HI 96813 | Trade Debt | Unliquidated | | | 70,073.81 |
| 7 | Slinde Nelson Stanford | Slinde Nelson Stanford 111 SW Fifth Avenue, Suite 1940, Portland, OR 97204 Ph. 503-417-7777 | Professional Services | Disputed | | | 69,433.81 |
| 8 | Chartis | Chartis 22427 Network Place Chicago, IL 60673-1224 | Trade Debt | Unliquidated | | | 65,576.00 |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Lite Solar Corp.**
Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Babick, Gary | Gary Babick 317 Jasmine Ave, Corona Del Mar, CA 92625 | Professional Services | Unliquidated | | | 50,000.00 |
| 10  Aerotek Energy Services | Aerotek Energy Services P.O. Box 198531 Atlanta, GA 30384 | Trade Debt | Unliquidated | | | 39,293.45 |
| 11  Century Quality Management | Century Quality Management 4221 Wilshire Blvd Suite 480 Los Angeles, CA 90010 Ph. | Trade Debt | Unliquidated | | | 36,231.98 |
| 12  Weather Proof Roofing LLC | Weather Proof Roofing LLC 8406 NE Broadway Street Portland, OR 97220 | Trade Debt | Unliquidated | | | 35,757.00 |
| 13  Montgomery Electric & Maintenance, Inc. | Montgomery Electric & Maintenance, Inc. 2205 Hodges Street Lake Charles, LA 70601 | Trade Debt | Disputed | | | 33,900.00 |
| 14  ECOtality | ECOtality 430 South 2nd Ave. Phoenix, AZ 85003 | Trade Debt | Unliquidated | | | 29,835.24 |
| 15  Bergkvist, Bergkvist & Carter, LLP | Bergkvist, Bergkvist & Carter, LLP 400 Oceangate, Suite 800, Long Beach, CA 90802 Ph. 562-435-1426 | Professional Services | Unliquidated | | | 23,954.81 |
| 16  DET Logistics (USA) Corporation | DET Logistics (USA) Corporation 4405 Cushing Parkway Fremont, CA 94538 | Trade Debt | Unliquidated | | | 22,425.00 |
| 17  Westside Building Material Corp. | Westside Building Material Corp. 1111 E. Howell Avenue Anaheim, CA 92805 | Trade Debt | Unliquidated | | | 20,582.26 |
| 18  Konica Minolta | Konica Minolta PO Box 100706 Pasadena, CA 91189-0706 | Trade Debt | Unliquidated | | | 18,889.53 |
| 19  Platt | Platt 10605 SW Allen Blvd Beaverton, OR 97005 | Trade Debt | Unliquidated | | | 17,985.03 |
| 20  Hertz Equipment Rental | Hertz Equipment Rental PO BOX 650280 Dallas, TX 75265-0280 | Trade Debt | Unliquidated | | | 17,985.03 |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Ste 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lite Solar Corp., a California corporation,<br><br><br><br>                                                          Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>                                                        Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>                                                     Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Ranbir S. Sahni                                            , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

Lite Solar Corp., is a California corporation whose sole shareholder is Ranbir S. Sahni.
Lite Solar Corp. is not a publicly traded company.
Lite Solar Corp. is not a subsidiary of a publicly traded company.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

None

[For additional names, attach an addendum to this form.]

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: July 26, 2016

By: _____
     Signature of Debtor, or attorney for Debtor

Name: Ranbir S. Sahni, President
      Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                          F 1007-4.CORP.OWNERSHIP.STMT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen  (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br>Brian A. Link (SBN 275683)<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900  F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>brian@lesliecohenlaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☐ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lite Solar Corp. | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of <u>13</u> sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: <u>7/26/16</u>

Date: _____

Date: _____

_____
Debtor's signature
Ranbir Sahni, President

_____
Joint Debtor's signature (if applicable)

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014

F 1007-1.MAILING.LIST.VERIFICATION

Leslie A. Cohen
Leslie Cohen Law PC
506 Santa Monica Blvd. #200
Santa Monica, CA 90401


A & G Concrete Cutting
1702 W. 166th St
Gardena, CA 90247


Acme
330 SE Salmon St.
Portland, OR 97214


Aerotek Energy Services
P.O. Box 198531
Atlanta, GA 30384


AllianceOne Receivables Management Inc
PO Box 2449
Gig Harbor WA 98335-2449


Allports Incorporated
5933 N.E. Win Sivers Dr. Suite 301
Portland, OR 97220


Ameren Illinois
PO Box 66893
Saint Louis MO 63166-6893


AMS Uniforms
Location: 0002 Ft Wayne -MarkFore HQ
205 E CollinsRoad
Ft Wayne, IN 46825

Andy Gump Inc.
26954 Ruether Ave.
Santa Clarita, CA 91351


Applegate Johnston
1016 12th Street
Modesto, CA 95354


AT & T
PO Box 5025
Carol Stream, IL 60197-5025


AT & T Global Services, Inc.
PO Box 8102
Aurora, IL 60507-8102


Avis Rent A Car System, LLC
7984 Collection Center Dr.
Chicago, IL 60693


Gary Babick
317 Jasmine Ave
Corona Del Mar, CA 92625


Bakersfield Pipe and Supply Inc.
PO Box 849932
Los Angeles, CA 90084-9932


Bergkvist, Bergkvist & Carter, LLP
400 Oceangate, Suite 800
Long Beach, CA 90802

Bison Profab Inc.
12519 Wanda Lane
Magnolia, TX 77354

Bocarsly Emden Cowan Esmail & Arndt LLP
633 W 5th St. 70th Floor
Los Angeles CA 90071

Bryan Ruiz Construction
1426 Princeton, Unit 1
Santa Monica, CA 90404

Canadian Solar (USA) Inc.
Building A6 Suzhou
New& Hi-tech District Exporting Processing Zone
Jiang, 215215 215215
China (PRC)

Caterpillar Financial Services Corp
2120 West End Avenue
PO Box 340001
Nashville, TN 37203-0001

Century Quality Management
4221 Wilshire Blvd Suite 480
Los Angeles, CA 90010

Chartis
22427 Network Place
Chicago, IL 60673-1224

Chen H. Fang, P.E.
PO Box 81163
San Marino, CA 91118

Reza Williams
The Faithful Advocate & Associates
c/o Chen H. Fang
2121 N. Tustin Ave.
Santa Ana, CA 92705


Chevron and Texaco Business Card Services
PO Box 70887
Charlotte, NC 28272-0887


Chevron and Texaco Universal Card
PO Box 70995
Charlotte NC, 28272-0995


Chint Power Systems America Co.
700 International Pkwy, Suite 102
Richardson, TX 75081


Circle Bolt & Nut
158 Pringle Street
Kingston, Pennsylvania 18704


City of Long Beach Business License Section
PO Box 630
Long Beach, CA 90842-0001


City of Los Angeles
Office of Finance
PO Box 53233
Los Angeles, CA 90053-0233


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Comcast Cable
PO Box 3006
Southeastern PA 19398-3006


D & L Transport, LLC
PO Box 7690
Overland Park, KS 66207


DEMCO
Department 1340
PO Box 2153
Birmingham. AL 35287-1340


Department of the Treasury Internal Revenue Service
PO Box 510000
San Francisco, CA 94151-5100


DET Logistics (USA) Corporation
4405 Cushing Parkway
Fremont, CA 94538


ECHO Global Logistics Inc.
600 W. Chicago, Suite 725
Chicago, IL 60654


ECOtality
430 South 2nd Ave.
Phoenix, AZ 85003


EMSI
PO Box 202669
Dallas, TX 75320-2669

Exova Portland Laboratory
4949 SE JOhnson Creek Blvd
Portland, OR 97222-4122


Fast Logistics Inc.
1031 S. SANTA FE AVE
COMPTON, CA 90220


Fast Temp Glass Company
930 2nd Avenue
Dayton, KY 41074


Fastenal Company
P.O Box 1286
Winona, MN 55987-1286


Fed Ex Freight Dept CH
PO Box 10306
Palatine, IL 60055-0306


FedEx Office Customer Admin. Services
PO Box 672085
Dallas, TX 75267-2085


Form Process Engineering
P.O.Box 530772
Birmingham, AL 35253


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Gellert, Scali, Busenkell & Brown
1201 N. Orange St., suite 300
Wilmington, DE 19801


Gomez, Marco
3553 Atlantic Avenue, #250
Long Beach, CA 90807


Grainger
Dept 800024385
Palatine, IL 60038-0001


Green Valley Tree Service
2817 Rosewood Ave
Ceres, CA 95307


Haulaway Storage Containers
PO Box 186
Stanton, CA 90680-0186


Hertz Equipment Rental
PO BOX 650280
DALLAS, TX 75265-0280


Holmes Building materials
6190 Greenwell Spring Rd.
Baton Rouge, LA 70806


Integrated Access Solutions
5 Corporate Park Suite 200
Irvine, CA  92606

IntelePeer Inc.
PO Box 8397
Pasadena, CA 91109-8397


Konica Minolta
PO Box 100706
Pasadena, CA 91189-0706


Koury Geotechnical Services, Inc.
14280 Euclid Ave
Chino CA 91710


LDK Solar
1290 Oakmead Parkmead, Suite 306
Sunnyvale, CA 94085


LDK Solar International Company Limited
c/o Christopher R. Miller/Willa Qian
Qian and Company
135 Main St., 9th Floor
San Francisco, CA 94105


Level One / Solar Solutions Int.
25315 Dequindre Rd
Madison Heights, MI 48071


LexisNexis
Attn: Credit Management
Building 2 4th floor
9443 Springboro Pike
Dayton, OH 45342


Los Angeles County Tax Collector
PO Box 54027
Los Angeles. CA 90054-0027

Louisiana Lift and Equipment
PO BOX 3869
SHREVEPORT, LA 71133-3869

Maverick Welding
c/o Asset Recovery Group Inc.
PO Box 14949
Portland, OR 97293-0949

McAfee, Inc.
6052 Paysphere Circle
Chicago, IL 60674-6052

Messageware Incorporated
6711 Mississauga Road, Suite 308
Mississauga, Ontario, Canada L5N 2W3

Mobile Mini
7420 S. Kyrene Road Ste 101
Tempe, AZ 85283

Montgomery Electric & Maintenance, Inc.
2205 Hodges Street
Lake Charles, LA 70601

Montgomery Electric & Maintenance, Inc.
c/o Phillip DeVilbiss
Scofield, Gerard, Pohorelsky, Gallaugher & Landry
P. O.  Box 3028, Lake Charles, LA, 70602

Notoco Industries, LLC
10380 Airline Hwy
Baton Rouge, LA 70816-4090

One Beacon Insurance Company
188 Inverness Drive West, Suite 600
Endlewood, CO 80112


Pitney Bowes Global Financial Services LL
PO Box 371887
Pittsbourgh, PA 15250-7887


Platt
10605 SW Allen Blvd
Beaverton, OR 97005


Quality Bending & Fabrication
10005 SW Herman Road
Tualatin, OR 97062


Quality Bending & Fabrication
c/o Law Offices of Michael W. King
20042 Beach Blvd. Suite 203
Huntington Beach CA 92648


Resolution Strategies, LLP
515 NW Saltzman Road, #909
Portland, OR 97229


RNS Consulting LLC
11605 NE 16th St.
Vancouver, WA 98684


Rogers Machinery Company,Inc.
P.O. Box 230429
Portland, OR 97281

Sahni, Ranbir
3920 Locust Avenue
Long Beach, CA 90807


Sharma, Rekha
3920 Locust Avenue
Long Beach, CA 90807


Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204


SoCal Sanitation
163 Sixth Avenue
City of Industry, CA 91746


Solectria Renewables
360 Merrimack Street
Building 9, 2nd Floor
Lawrence, MA 01843


Soligent
1500 Valley House Drive Ste 210
Rohnert Park, CA 94928


Southern Solid Waste, LLC
P. O. Box 4538
Lake Charles, LA 70606


Staples Advantage Dept LA
PO Box 83689
Chicago, IL 60696-3689

Starn O'Toole Marcus & Fisher
Pacific Guardian Center
Makai Tower
733 Bishop St, 19th Floor
Honolulu, HI 96813


Sterling InfoSystems, Inc.
249 W. 17th Street, 6th Floor
New York, NY 10011


Suarez Accountancy Corporation
1891 N Gaffey St # 231
San Pedro, CA 90731


Sunmodo
1905 E 5th Street Suite A
Vancouver, WA 98661


TelePacific Communications
PO Box 526015
Sacramento, CA 95852-6015


The Hartford
PO Box 2907
Hartford, CT 06104-2907


The Home Depot
Dept 32- 2137773259
Home Depot Credit Services
PO Box 183175
Columbus, OH 43218-3175


Total Electrical Services Inc.
8270 Antioch Rd.
Baton Rouge, LA 70817

TowerStream Corporation
PO Box 414061
Boston, MA 02241-4061


Uline
Attn: Accts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085


Weather Proof Roofing LLC
8406 NE Broadway Street
Portland, OR 97220


Westside Building Material Corp.
1111 E. Howell Avenue
Anaheim, CA 92805


White Cap Const. Supply
920 N.E.58th Ave Ste 900
Portland, OR 97213