# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Long Beach            , California

Date: September 9, 2016

/s/ Ranbir Sahni
Signature of Debtor
Ranbir S. Sahni, President

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name   Lite Solar Corp.

United States Bankruptcy Court for the:   Central _____ District of CA _____
(State)

Case number (If known):   2:16-bk-19896-BB

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................
   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................
   $7,607,523.99

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................
   $7,607,523.99

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................
   $17,338,158.37

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................
   $1,149,218.31

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................
   **+** $ 9,360,617.27

4. **Total liabilities**..........................................................................................
   Lines 2 + 3a + 3b
   $27,847,993.95

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    Lite Solar Corp.

United States Bankruptcy Court for the:    Central    District of    CA
(State)

Case number (If known):    2:16-bk-19896-BB

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**    $ _____

3.  **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 3515 | $ 1,745.10 |
| 3.2. Bank of America | Checking | 9292 | $ 1,385.24 |

4.  **Other cash equivalents** (*Identify all*)

| 4.1. _____ | $ _____ |
|---|---|
| 4.2. _____ | $ _____ |

5.  **Total of Part 1**    $ 3,130.34
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
|---|---|
| 7.2. _____ | $ _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor      Lite Solar Corp.
    Name

Case number (if known) 2:16-bk-19896-BB

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 _ 0.00 | =....... ➜ | | $ 0 |
| | face amount        doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 188,322.36 _ 123,683.84 | =....... ➜ | | $ 64,638.52 |
| | face amount        doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 64,638.52

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ % | _____ | $ _____ |
| 15.2. _____ | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____Lite Solar Corp._____ Case number *(if known)* 2:16-bk-19896-BB
        Name

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor      Lite Solar Corp.
_____
                Name

Case number (if known)   2:16-bk-19896-BB

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture | $ 62,289.02 | Cost | $ 5,000.00 |
| **40. Office fixtures** | | | |
| OR Equipment | $ 2,115.00 | Cost | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers/Server | $ 41,526.02 | Cost | $ 5,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 10,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
_____    Case number (if known) 2:16-bk-19896-BB
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 Truck | $ 5,138.00 | Cost | $ 500.00 |
|---|---|---|---|
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 None | $ | | $ |
|---|---|---|---|
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| 49.1 None | $ | | $ |
|---|---|---|---|
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | $ | | $ |
|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
Name _____

Case number (if known) 2:16-bk-19896-BB

---

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| **65. Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
_____
Name

Case number *(if known)* 2:16-bk-19896-BB

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See attached _____    9,719,903.63 – _____ 9,419,903.63 _____ = ➜ $ _____300,000.00

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See the attached list _____    $ _____5,752,000

**Nature of claim** _____

**Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

**Nature of claim** _____

**Amount requested** $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Solar Projects (see attached) _____    $ _____1,477,255.13

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90    $ _____7,529,255.13

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
          Name                                        Case number (if known)    2:16-bk-19896-BB

---

| **Part 12:** | **Summary** |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $  3,130.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $  64,638.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $  10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $  500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | $  0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +  $  7,529,255.13 | |
| 91. **Total.** Add lines 80 through 90 for each column..................................91a. | $  7,607,523.99 | **+** 91b.  $ _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................................................. | | $  7,607,523.99 |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Lite Solar Corp.  2:16-bk-19896-BB
Schedule A/B
Question 71

## Advances to Affiliates

|  | Cost | Non-Collectible | Estimated Current Value |
|---|---|---|---|
| **Advances: TEI** | 1,379,444 | (1,379,444) | 0 |
| **Investments:Regal Solar I** | 586,555 | (486,555) | 100,000 |
| **Investments:Louisiana Solar I** | 4,870,586 | (4,670,586) | 200,000 |
| **Advances: TRE** | 506,450 | (506,450) | 0 |
| **Advances: LSC - OR** | 1,830,748 | (1,830,748) | 0 |
| **Advances: LSC - LA** | 316,920 | (316,920) | 0 |
| **Advances: LSC - HI** | 229,201 | (229,201) | 0 |
|  | 9,719,904 | (9,419,903) | 300,000 |

**Lite Solar Corp.**

Lite Solar Corp.  2:16-bk-19896-BB
Schedule A/B
**74. Claims against 3rd parties***

| Name | Amount |
|------|--------|
| Peter Greenberg/Energy Wise Lighling | 600,000.00 |
| Energy Trust of Oregon | 102,000.00 |
| Inspirra | 50,000.00 |
| Kamana O'Kala, LLC | 2,500,000.00 |
| LADWP | 2,500,000.00 |
| | |
| Total | 5,752,000.00 |

* These calculations may increase as investigations are continuing.

Lite Solar Corp.  2:16-bk-19896-BB
Schedule A/B
Question 77

| Project Name | Project Address | Customer |
|---|---|---|
| Alder Royal PV | 16124 SE Alder St., Portland, OR 97233 | Moe Farhoud, President |
| Amethyst Development | 126 NE Alberta Street, Portland, OR 97211 | Dennis Adams, Business Manager and Justin Hunt |
| Bella Organics | 16205 NW Gillihan Rd., Portland, OR 97231 | Mike Hashem, President |
| Biddy McGraws - Glissen | 6000 NE Glisan., Portland, OR 97214 | Philip Ragaway, Owner |
| Bitikofer | 4747 Wallace Rd NW, Salem, OR 97304 | Melvin Bitikofer, Owner |
| Days Inn Gresham | 24124 SE Stark St., Gresham, OR 97030 | Dr. Shirish Patel, Owner |
| Forest Ridge | 5225 Forest Ridge Rd NE, Silverton, OR 97381 | Stephan Orloff |
| Jake Price Stables | 6325 NE Abbey Road, Carlton, OR, 97111 | Banell "B" Price Jr., Owner |
| Kookoolan Farms | 15713 Highway 47, Yamhill, OR, 97148 | Koorosh Zaerpoor  and Chrissie  Zaerpoor, President |
| Laurel Ridge Winery | 13301 NE Kuehne Road, Carlton, OR 97111 | Susan E. Teppola, Owner |
| Mill Creek | 19857 Mill Creek Rd., Scotts Mills, OR 97375 | Stefan Orloff, Owner |
| MLK | 2021 - 2033 NE MLK Blvd., Portland, OR 97212 | Philip Ragaway, Owner |
| Pacific Woolen | 1315 South King Street, Honolulu, HI 96814 | Ernie Morikubo |
| Professional Grounds Management | 28335 NW Evergreen Rd., Hillsboro, OR 97124 | John Gawlista, President |
| Reed College | 3203 SE Woodstock, Portland, OR 97202 | Edward O. McFarlane, Vice President/Treasurer, Townsend Angell |
| Voyager | 1208 Eska Way, Silverton, OR 97391 | Stephan Orloff, CEO |
| Wine Country Farms | 6855 NE Breyman Orchard Rd., Dayton, OR, 97114 | Joan Davenport, Owner |

**Fill in this information to identify the case:**

Debtor name ___Lite Solar Corp.___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): ___2:16-bk-19896-BB___

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ranbir S. Sahni | tangible property, agreements and proceeds | $ 17,338,158.37 | $ 7,607,523.99 |

**Creditor's mailing address**
3605 Long Beach Blvd., Suite 201
Long Beach, CA 90807

**Describe the lien**
2009 promissory note/security agreement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** ___2009___
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $ | $ |

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 17,338,158.37

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Lite Solar Corp. |
| United States Bankruptcy Court for the: | Central District of CA (State) |
| Case number (If known) | 2:16-bk-19896-BB |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ | 101,227.46 | $ 101,227.46 |

**2.1**

Priority creditor's name and mailing address

Department of the Treasury Internal
Revenue Service
PO Box 510000
San Francisco, CA 94151-5100

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ **101,227.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
tax

Is the claim subject to offset?
☐ No
☐ Yes

$ **101,227.46**

**2.2**

Priority creditor's name and mailing address

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ **4,579.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
tax

Is the claim subject to offset?
☐ No
☐ Yes

$ **4,579.16**

**2.3**

Priority creditor's name and mailing address

Los Angeles County Tax Collector
PO Box 54027
Los Angeles. CA 90054-0027

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ **411.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
tax

Is the claim subject to offset?
☐ No
☐ Yes

$ **411.69**

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | | Case number *(if known)* 2:16-bk-19896-BB |
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.4** Priority creditor's name and mailing address

$ 260,000.00     $ 12,500.00

Gomez, Marco
3553 Atlantic Avenue, #250
Long Beach, CA 90807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
wage

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address

$ 615,000.00     $ 12,500.00

Sahni, Ranbir
3920 Locust Avenue
Long Beach, CA 90807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
wage

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address

$ 168,000.00     $ 12,500.00

Sharma, Rekha
3920 Locust Avenue
Long Beach, CA 90807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
wage

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$ _____     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

page 2 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 13,750.00 |
|---|---|---|
| A & G Concrete Cutting | Check all that apply. | |
| | ☐ Contingent | |
| 1702 W. 166th St | ☐ Unliquidated | |
| Gardena, CA 90247 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,428.22 |
|---|---|---|
| Acme | Check all that apply. | |
| | ☐ Contingent | |
| 330 SE Salmon St. | ☐ Unliquidated | |
| Portland, OR 97214 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 39,293.45 |
|---|---|---|
| Aerotek Energy Services | Check all that apply. | |
| | ☐ Contingent | |
| P.O. Box 198531 | ☐ Unliquidated | |
| Atlanta, GA 30384 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 404.57 |
|---|---|---|
| AllianceOne Receivables Management Inc | Check all that apply. | |
| | ☐ Contingent | |
| PO Box 2449 | ☐ Unliquidated | |
| Gig Harbor WA 98335-2449 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 500.00 |
|---|---|---|
| Allports Incorporated | Check all that apply. | |
| | ☐ Contingent | |
| 5933 N.E. Win Sivers Dr. Suite 301 | ☐ Unliquidated | |
| Portland, OR 97220 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 721.98 |
|---|---|---|
| Ameren Illinois | Check all that apply. | |
| PO Box 66893 | ☐ Contingent | |
| | ☐ Unliquidated | |
| Saint Louis MO 63166-6893 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | |
|---|---|---|

| Debtor | The Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
|--------|-----------------|------------------------|-------------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.7**  Nonpriority creditor's name and mailing address

AMS Uniforms Location: 0002 Ft Wayne -MarkFore HQ

205 E CollinsRoad
Ft Wayne, IN 46825

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 648.69

---

**3.8**  Nonpriority creditor's name and mailing address

Andy Gump Inc.

26954 Ruether Ave.
Santa Clarita, CA 91351

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 410.02

---

**3.9**  Nonpriority creditor's name and mailing address

Applegate Johnston

1016 12th Street
Modesto, CA 95354

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,000.00

---

**3.10**  Nonpriority creditor's name and mailing address

AT & T

PO Box 5025
Carol Stream, IL 60197-5025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,509.06

---

**3.11**  Nonpriority creditor's name and mailing address

AT & T Global Services, Inc.

PO Box 8102
Aurora, IL 60507-8102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 851.44

---

page 4 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____
   The Solar Corp.
        Name

Case number (if known) 2:16-bk-19896-BB

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Avis Rent A Car System, LLC

7984 Collection Center Dr.

Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 480.99

---

**3.13** Nonpriority creditor's name and mailing address

Gary Babick

317 Jasmine Ave

Corona Del Mar, CA 92625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Indep. Contractor

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 167,326.00

---

**3.14** Nonpriority creditor's name and mailing address

Bakersfield Pipe and Supply Inc.

PO Box 849932

Los Angeles, CA 90084-9932

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 6,583.81

---

**3.15** Nonpriority creditor's name and mailing address

Bergkvist, Bergkvist & Carter, LLP

400 Oceangate, Suite 800

Long Beach, CA 90802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 23,954.81

---

**3.16** Nonpriority creditor's name and mailing address

Bison Profab Inc.

12519 Wanda Lane

Magnolia, TX 77354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 5,648.64

Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
   Name

Case number (if known)  2:16-bk-19896-BB

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  Nonpriority creditor's name and mailing address

Bocarsly Emden Cowan Esmail & Arndt LLP

633 W 5th St. 70th Floor

Los Angeles CA 90071

As of the petition filing date, the claim is:    $    452.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

Bryan Ruiz Construction

1426 Princeton, Unit 1
Santa Monica, CA 90404

As of the petition filing date, the claim is:    $    1,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

Canadian Solar (USA) Inc.
Building A6 Suzhou New& Hi-tech District
Exporting Processing Zone
Jiang, 215215 215215  China (PRC)

As of the petition filing date, the claim is:    $    204,201.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address

Caterpillar Financial Services Corp

2120 West End Avenue PO Box 340001
Nashville, TN 37203-0001

As of the petition filing date, the claim is:    $    6,386.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address

Century Quality Management

4221 Wilshire Blvd Suite 480
Los Angeles, CA 90010

As of the petition filing date, the claim is:    $    36,231.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 6 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** Nonpriority creditor's name and mailing address

Chartis

22427 Network Place

Chicago, IL 60673-1224

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 65,576.00

---

**3.23** Nonpriority creditor's name and mailing address

Chen H. Fang, P.E.

PO Box 81163

San Marino, CA 91118

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 12,409.90

---

**3.24** Nonpriority creditor's name and mailing address

Chevron and Texaco Business Card Services

PO Box 70887

Charlotte, NC 28272-0887

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 1,972.08

---

**3.25** Nonpriority creditor's name and mailing address

Chevron and Texaco Universal Card

PO Box 70995

Charlotte NC, 28272-0995

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 1,106.48

---

**3.26** Nonpriority creditor's name and mailing address

Chint Power Systems America Co.

700 International Pkwy, Suite 102
Richardson, TX 75081

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 4,225.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
|--------|-----------------|------------------------|------------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address

Circle Bolt & Nut

158 Pringle Street

Kingston, Pennsylvania 18704

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

$ 676.55

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

City of Long Beach Business License

Section PO Box 630

Long Beach, CA 90842-0001

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

$ 875.97

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

City of Los Angeles - Office of Finance

PO Box 53233

Los Angeles, CA 90053-0233

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

$ 335.82

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

Comcast Cable

PO Box 3002

Southeastern, PA 19398-3002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

$ 338.88

Date or dates debt was incurred _____

Last 4 digits of account number 3 0 0 2

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

Comcast Cable

PO Box 3006

Southeastern, PA 19398-3006

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

$ 849.30

Date or dates debt was incurred _____

Last 4 digits of account number 3 0 0 6

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

page 8 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**  Nonpriority creditor's name and mailing address

D & L Transport, LLC

PO Box 7690

Overland Park, KS 66207

As of the petition filing date, the claim is:    $  475.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.33**  Nonpriority creditor's name and mailing address

DEMCO Department 1340

PO Box 2153

Birmingham. AL 35287-1340

As of the petition filing date, the claim is:    $  912.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.34**  Nonpriority creditor's name and mailing address

DET Logistics (USA) Corporation

4405 Cushing Parkway

Fremont, CA 94538

As of the petition filing date, the claim is:    $  22,425.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.35**  Nonpriority creditor's name and mailing address

ECHO Global Logistics Inc.

600 W. Chicago, Suite 725

Chicago, IL 60654

As of the petition filing date, the claim is:    $  4,709.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.36**  Nonpriority creditor's name and mailing address

ECOtality

430 South 2nd Ave.

Phoenix, AZ 85003

As of the petition filing date, the claim is:    $  29,835.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | Nonpriority creditor's name and mailing address

EMSI

PO Box 202669

Dallas, TX 75320-2669

As of the petition filing date, the claim is: **$ 432.00**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

Exova Portland Laboratory

4949 SE Johnson Creek Blv

Portland, OR 97222-4122

As of the petition filing date, the claim is: **$ 1,320.00**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

Fast Logistics Inc.

1031 S. Santa Fe Ave

Compton, CA 90220

As of the petition filing date, the claim is: **$ 2,700.00**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

Fast Temp Glass Company

930 2nd Avenue

Dayton, KY 41074

As of the petition filing date, the claim is: **$ 10,584.94**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

Fastenal Company

P.O Box 1286

Winona, MN 55987-1286

As of the petition filing date, the claim is: **$ 9,612.27**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

page 10 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.            Case number (if known)   2:16-bk-19896-BB
Name

Case 2:16-bk-19896-BB    Doc 52    Filed 09/09/16    Entered 09/09/16 18:30:12    Desc
Main Document      Page 25 of 58

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.42**   **Nonpriority creditor's name and mailing address**

Fed Ex Freight Dept CH

PO Box 10306

Palatine, IL 60055-0306

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

**Basis for the claim:** Trade debt

$    467.94

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.43**   **Nonpriority creditor's name and mailing address**

FedEx Office Customer Admin. Services

PO Box 672085

Dallas, TX 75267-2085

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

$    961.11

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.44**   **Nonpriority creditor's name and mailing address**

Form Process Engineering

P.O. Box 530772

Birmingham, AL 35253

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

$    4,690.00

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.45**   **Nonpriority creditor's name and mailing address**

Gellert, Scali, Busenkell & Brown

1201 N. Orange St., Suite 300

Wilmington, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

$    916.20

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address**
Grainger
Dept 800024385
Palatine, IL 60038-0001

**As of the petition filing date, the claim is:** $ 2,281.13

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
Green Valley Tree Service
2817 Rosewood Ave
Ceres, CA 95307

**As of the petition filing date, the claim is:** $ 500.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
Haulaway Storage Containers
PO Box 186
Stanton, CA 90680-0186

**As of the petition filing date, the claim is:** $ 810.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

**As of the petition filing date, the claim is:** $ 17,985.03

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
Holmes Building Materials
6190 Greenwell Spring Rd.
Baton Rouge, LA 70806

**As of the petition filing date, the claim is:** $ 878.57

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____The Solar Corp._____    Case number (if known) 2:16-bk-19896-BB
            Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.52** | **Nonpriority creditor's name and mailing address**

Integrated Access Solutions

5 Corporate Park Suite 200

Irvine, CA  92606

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,628.00

---

**3.53** | **Nonpriority creditor's name and mailing address**

IntelePeer Inc.

PO Box 8397

Pasadena, CA 91109-8397

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,272.29

---

**3.54** | **Nonpriority creditor's name and mailing address**

Konica Minolta

PO Box 100706

Pasadena, CA 91189-0706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 18,889.53

---

**3.55** | **Nonpriority creditor's name and mailing address**

Koury Geotechnical Services, Inc.

14280 Euclid Ave

Chino CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,400.00

---

**3.56** | **Nonpriority creditor's name and mailing address**

LDK Solar

10062 Miller Avenue, Suite 230

Cupertino, CA 95014

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,561,104.15

page 13 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  The Solar Corp.
        Name _____    Case number (if known) 2:16-bk-19896-BB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Level One / Solar Solutions Int.

25315 Dequindre Rd

Madison Heights, MI 48071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

$ 4,491.84

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Lexis Nexis Attn: Credit Management
Building 2, 4th floor
9443 Springboro Pike
Dayton, OH 45342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 428.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Louisiana Lift and Equipment

PO Box 3869

Shreveport, LA 71133-3869

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 981.72

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Maverick Welding c/o Asset Recovery Group Inc.

PO Box 14949

Portland, OR 97293-0949

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 5,991.43

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

McAfee, Inc.

6052 Paysphere Circle

Chicago, IL 60674-6052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 1,357.90

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 14 of 23


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 2:16-bk-19896-BB |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.62

**Nonpriority creditor's name and mailing address**

Messageware Incorporated

6711 Mississauga Road, Suite 308

Mississauga, Ontario, Canada L5N 2W3

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,644.00

### 3.63

**Nonpriority creditor's name and mailing address**

Mobile Mini

7420 S. Kyrene Road Ste 101

Tempe, AZ 85283

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,434.58

### 3.64

**Nonpriority creditor's name and mailing address**

Montgomery Electric & Maintenance, Inc.

2205 Hodges Street

Lake Charles, LA 70601

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 33,900.00

### 3.65

**Nonpriority creditor's name and mailing address**

Notoco Industries, LLC

10380 Airline Hwy

Baton Rouge, LA 70816-4090

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,122.36

### 3.66

**Nonpriority creditor's name and mailing address**

One Beacon Insurance Company

188 Inverness Drive West, Suite 600

Endlewood, CO 80112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,000.00


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.67** | Nonpriority creditor's name and mailing address

Pitney Bowes Global Financial Services LL

PO Box 371887

Pittsburgh, PA 15250-7887

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 6,439.86

**3.68** | Nonpriority creditor's name and mailing address

Platt

10605 SW Allen Blvd

Beaverton, OR 97005

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 18,600.22

**3.69** | Nonpriority creditor's name and mailing address

Quality Bending & Fabrication

10005 SW Herman Road

Tualatin, OR 97062

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 298,176.66

**3.70** | Nonpriority creditor's name and mailing address

Resolution Strategies, LLP

515 NW Saltzman Road, #909

Portland, OR 97229

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 7,550.00

**3.71** | Nonpriority creditor's name and mailing address

RNS Consulting LLC

11605 NE 16th St.

Vancouver, WA 98684

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 7,598.65

page 16 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  The Solar Corp.
    Name

Case number *(if known)*  2:16-bk-19896-BB

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.72** Nonpriority creditor's name and mailing address

Rogers Machinery Company, Inc.

P.O. Box 230429

Portland, OR 97281

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

$     2,234.39

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.73** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.74** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.75** Nonpriority creditor's name and mailing address

Slinde Nelson Stanford

111 SW Fifth Avenue, Suite 1940

Portland, OR 97204

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Trade debt

$     69,433.81

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.76** Nonpriority creditor's name and mailing address

SoCal Sanitation

163 Sixth Avenue

City of Industry, CA 91746

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

$     514.26

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | |
|---|---|---|
| | Name | |

Case number (if known) 2:16-bk-19896-BB

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** Nonpriority creditor's name and mailing address

Solectria Renewables

360 Merrimack Street Building 9, 2nd Floor

Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 2,713.03

---

**3.78** Nonpriority creditor's name and mailing address

Soligent

1500 Valley House Drive Ste 210

Rohnert Park, CA 94928

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 9,554.77

---

**3.79** Nonpriority creditor's name and mailing address

Southern Solid Waste, LLC.

P. O. Box 4538

Lake Charles, LA 70606

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 775.00

---

**3.80** Nonpriority creditor's name and mailing address

Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 13,626.85

---

**3.81** Nonpriority creditor's name and mailing address

Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop St, 19th Floor
Honolulu, HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 70,073.81

---

page 18 of 23



| Debtor | The Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.82** Nonpriority creditor's name and mailing address

Sterling InfoSystems, Inc.

249 W. 17th Street, 6th Floor

New York, NY 10011

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 3,925.60

**3.83** Nonpriority creditor's name and mailing address

Suarez Accountancy Corporation

1891 N Gaffey St # 231

San Pedro, CA 90731

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 3,225.00

**3.84** Nonpriority creditor's name and mailing address

Sunmodo

1905 E 5th Street Suite A

Vancouver, WA 98661

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 309.45

**3.85** Nonpriority creditor's name and mailing address

TelePacific Communications

PO Box 526015

Sacramento, CA 95852-6015

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 7,516.89

**3.86** Nonpriority creditor's name and mailing address

The Hartford

PO Box 2907

Hartford, CT 06104-2907

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 12,239.12

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | The Solar Corp. | |
|---|---|---|
| | Name | |
| | | Case number (if known) 2:16-bk-19896-BB |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Home Depot Credit Services

Dept 32- 2137773259
PO Box 183175
Columbus, OH 43218-3175

As of the petition filing date, the claim is:      $      3,793.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

Total Electrical Services Inc.

8270 Antioch Rd.
Baton Rouge, LA 70817

As of the petition filing date, the claim is:      $      840.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

TowerStream Corporation

PO Box 414061
Boston, MA 02241-4061

As of the petition filing date, the claim is:      $      3,198.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Uline
Attn: Accts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

As of the petition filing date, the claim is:      $      1,172.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Weather Proof Roofing LLC

8406 NE Broadway Street
Portland, OR 97220

As of the petition filing date, the claim is:      $      35,757.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 20 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | The Solar Corp. | | Case number (if known) 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Westside Building Material Corp.

1111 E. Howell Avenue

Anaheim, CA 92805

As of the petition filing date, the claim is: $ 20,582.26

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

White Cap Const. Supply

920 N.E.58th Ave Ste 900

Portland, OR 97213

As of the petition filing date, the claim is: $ 1,473.61

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Yamhill County Assessment & Tax

535 NE 5th Street, Room 42

McMinnville, OR 97128

As of the petition filing date, the claim is: $ 5,394.73

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Prop. tax 2012-13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Kamana O'Kala LLC
c/o Lane Powell PC  601 SW Second Ave.
Suite 2100
Portland, OR 97204

As of the petition filing date, the claim is: $ Unknown

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Totalis Energy, LLC

3605 Long Beach Blvd., Suite 201

Long Beach, CA 90807

As of the petition filing date, the claim is: $ 1,387,755.46

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

page 21 of 23

American LegalNet, Inc.
www.FormsWorkFlow.com

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Reza Williams, The Faithful Advocate & Associates <br> c/o Chen H. Fang, <br> 2121 N. Tustin Ave., Santa Ana, CA 92705 | Line 3.23 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. Christopher R. Miller, Willa Qian - Qian and Company <br> 135 Main St., 9th Floor <br> San Francisco, CA 94105 | Line 3.56 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. Phillip DeVilbiss - Scofield, Gerard, Pohorelsky, Gallaugher & Landry, <br> P. O. Box 3028 <br> Lake Charles, LA, 70602 | Line 3.64 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. Law Offices of Michael W. King <br> 20042 Beach Blvd. Suite 203 <br> Huntington Beach CA 92648 | Line 3.69 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. Patrick Schellerup c/o Lane Powell PC <br> 601 SW Second Ave., Suite 2100 <br> Portland, OR 97204 | Line 3.95 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. Lane Powell PC <br> 601 SW Second Ave., Suite 2100 <br> Portland, OR 97204 | Line 3.95 <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.    Case number (if known) 2:16-bk-19896-BB

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 1,149,218.31 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 9,360,617.27 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ | 10,509,835.58 |

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name __Lite Solar Corp.__

United States Bankruptcy Court for the: _____ __Central__ _____    District of    __CA__
                                                                                      (State)
Case number (If known): __2:16-bk-19896-BB__    Chapter    __11__

☐ Check if this is an
    amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Solar Installation Contracts<br>See the attached list | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Lite Solar Corp.  2:16-bk-19896-BB
Schedule G

| Project Name | Project Address | Customer |
|---|---|---|
| Alder Royal PV | 16124 SE Alder St., Portland, OR 97233 | Moe Farhoud, President |
| Amethyst Development | 126 NE Alberta Street, Portland, OR 97211 | Dennis Adams, Business Manager and Justin Hunt |
| Bella Organics | 16205 NW Gillihan Rd., Portland, OR 97231 | Mike Hashem, President |
| Biddy McGraws - Glissen | 6000 NE Glisan., Portland, OR 97214 | Philip Ragaway, Owner |
| Bitikofer | 4747 Wallace Rd NW, Salem, OR 97304 | Melvin Bitikofer, Owner |
| Days Inn Gresham | 24124 SE Stark St., Gresham, OR 97030 | Dr. Shirish Patel, Owner |
| Forest Ridge | 5225 Forest Ridge Rd NE, Silverton, OR 97381 | Stephan Orloff |
| Jake Price Stables | 6325 NE Abbey Road, Carlton, OR, 97111 | Banell "B" Price Jr., Owner |
| Kookoolan Farms | 15713 Highway 47, Yamhill, OR, 97148 | Koorosh Zaerpoor  and Chrissie  Zaerpoor, President |
| Laurel Ridge Winery | 13301 NE Kuehne Road, Carlton, OR 97111 | Susan E. Teppola, Owner |
| Mill Creek | 19857 Mill Creek Rd., Scotts Mills, OR 97375 | Stefan Orloff, Owner |
| MLK | 2021 - 2033 NE MLK Blvd., Portland, OR 97212 | Philip Ragaway, Owner |
| Pacific Woolen | 1315 South King Street, Honolulu, HI 96814 | Ernie Morikubo |
| Professional Grounds Management | 28335 NW Evergreen Rd., Hillsboro, OR 97124 | John Gawlista, President |
| Reed College | 3203 SE Woodstock, Portland, OR 97202 | Edward O. McFarlane, Vice President/Treasurer, Townsend Angell |
| Voyager | 1208 Eska Way, Silverton, OR 97391 | Stephan Orloff, CEO |
| Wine Country Farms | 6855 NE Breyman Orchard Rd., Dayton, OR, 97114 | Joan Davenport, Owner |

**Fill in this information to identify the case:**

Debtor name ___Lite Solar Corp.___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): ___2:16-bk-19896-BB___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case and this filing:**

Debtor Name    Lite Solar Corp.

United States Bankruptcy Court for the:   Central      District of   CA
                                                      (State)

Case number (If known):   2:16-bk-19896-BB

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/09/2016        ✗ /s/ Ranbir Sahni _____
          MM / DD / YYYY            Signature of individual signing on behalf of debtor

                               Ranbir S. Sahni _____
                               Printed name

                               President _____
                               Position or relationship to debtor

 American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    Lite Solar Corp.

United States Bankruptcy Court for the:    Central    District of    CA
                                                                    (State)

Case number (If known):    2:16-bk-19896-BB

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 64,638.52 |
| **For prior year:** | From 01/01/2015 to 12/31/2015<br>MM / DD / YYYY      MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 62,816.84 |
| **For the year before that:** | From 01/01/2014 to 12/31/2014<br>MM / DD / YYYY      MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 60,928.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

<div style="background:black; color:white;">**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**</div>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Quality Bending & Fabrication, Inc.<br>c/o Michael W. King<br><u>Creditor's name</u><br>20042 Beach Blvd, Suite 203<br><u>Street</u><br><br>Huntington Beach   CA     92648<br>City            State        ZIP Code | 6/1/16 | $   2,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Settlement |
| 3.2. | Slinde Nelson Stanford<br><u>Creditor's name</u><br>111 S.W. Fifth Avenue<br><u>Street</u><br>1940 U.S. Bancorp Tower<br>Portland          OR       97204<br>City            State        ZIP Code | 5/9/16<br><br>6/16/16 | $   86,355.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br><br>_____<br>City        State    ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br><br>_____<br>City        State    ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp._____    Case number (if known) 2:16-bk-19896-BB
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State       ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State       ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State       ZIP Code | Last 4 digits of account number: XXXX–_____ | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Please see the attached list | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State       ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State       ZIP Code | |


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number *(if known)* | 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State          ZIP Code | | |
| | Date of order or assignment | City          State          ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
_____
        Name

Case number (*if known*) 2:16-bk-19896-BB
_____

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Leslie Cohen Law PC | | 6/27/16 7/26/16 | $ 72,000.00 |
| | **Address** | | | |
| | 506 Santa Monica Blvd | | | |
| | Street | | | |
| | #200 | | | |
| | Santa Monica    CA    90401 | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | lesliecohenlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 3553 Atlantic Avenue #1183 | From 10/15/15 To Present |
| | Street | |
| | Long Beach    CA    90807 | |
| | City    State    ZIP Code | |
| 14.1. | 3711 Long Beach Blvd #900 | From 04/09/09 To 10/15/15 |
| | Street | |
| | Long Beach    CA    90807 | |
| | City    State    ZIP Code | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp._____    Case number (if known) 2:16-bk-19896-BB
           Name

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

_ diagnosing or treating injury, deformity, or disease, or

_ providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City        State        ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City        State        ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No
        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _____-_____ |

        Has the plan been terminated?

        ☐ No
        ☐ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number (if known) 2:16-bk-19896-BB |
|---|---|---|
| | Name | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | – _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | _____ City    State    ZIP Code | | | | |
| 18.2. | _____ Name | – _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | _____ City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| | Address | | |
| _____ City    State    ZIP Code | _____ | | |
| | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| | Address | | |
| _____ City    State    ZIP Code | _____ | | |
| | _____ | | |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
_____    Case number (if known) 2:16-bk-19896-BB
        Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 11.1. | _____ Name | _____ | _____ | $ _____ |
| | _____ Street | _____ | _____ | |
| | _____ | _____ | _____ | |
| | City        State        ZIP Code | | | |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ Name | _____ | ☐ Pending |
| Case number | _____ | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | _____ | | |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.
_____    Case number (if known) 2:16-bk-19896-BB
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Regal Solar I, LLC<br>Name<br>400 Travis Street<br>Street<br>#504<br>Shreveport    LA    71101<br>City        State        ZIP Code | Manager of PV Holding LLC | EIN: 45-3056238<br>**Dates business existed**<br>From 5/19/11  To  Present |
| 25.2. | Louisiana Solar I, LLC<br>Name<br>3867 Plaza Tower<br>Street<br><br>Baton Rouge   LA    70816<br>City        State        ZIP Code | Manager of PV Holding LLC | EIN: 47-3920780<br>**Dates business existed**<br>From 10/30/14 To  Present |
| 25.3. | Name<br>Street<br>City        State        ZIP Code | | EIN: _____-_____<br>**Dates business existed**<br>From _____ To _____ |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number (*if known*) | 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.    Marco Gomez
Name
3553 Atlantic Avenue #250
Street

| Long Beach | CA | 90807 |
|---|---|---|
| City | State | ZIP Code |

From  2009  To  12/31/14

| Name and address | Dates of service |
|---|---|

26a.2.    Gary Babick
Name
3605 Long Beach Blvd
Street
Suite 201

| Long Beach | CA | 90807 |
|---|---|---|
| City | State | ZIP Code |

From  01/01/15 To  Present

26b  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|

26b.1.
Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

From _____  To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    Geoffrey Snoyman
Name
3605 Long Beach Blvd
Street
Suite 201

| Long Beach | CA | 90807 |
|---|---|---|
| City | State | ZIP Code |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp.

Name

Case number (if known) 2:16-bk-19896-BB

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Ranbir S. Sahni | |
| Name | |
| 3605 Long Beach Blvd | |
| Street | |
| Suite 201 | |
| Long Beach            CA            90807 | |
| City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City            State            ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City            State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City            State            ZIP Code |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Lite Solar Corp. | Case number (if known) | 2:16-bk-19896-BB |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.

Name

Street

City            State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ranbir S. Sahni | 3553 Atlantic Ave #1183, LB CA 90807 | President | 100 |
| Oliver McKinney | 3553 Atlantic Ave #1183, LB CA 90807 | Secretary | 0 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City            State            ZIP Code | | | |
| **Relationship to debtor** | | | |

200

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Lite Solar Corp. _____      Case number *(if known)* 2:16-bk-19896-BB
      Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2. | Name | | |
| | Street | | |
| | City      State     ZIP Code | | |
| | Relationship to debtor | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____-_____ |

**32 Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____-_____ |

---

**Part 14:**     **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/09/2016 _____
           MM / DD / YYYY

✖ /s/ Ranbir S. Sahni _____    Printed name   Ranbir S. Sahni _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Attachment to Part 3:
Legal Actions or Assignments

Statement of Financial Affairs

| Lite Solar Corp.  2:16-bk-19896-BB | | | | | | |
|---|---|---|---|---|---|---|
| Statement of Financial Affairs | | | | | | |
| Question 7 Attachment | | | | | | |
| **Case Title** | **Case Number** | **Nature of Case** | **Court Name** | **Court Address - Street** | **Court Address - City, State, ZIP Code** | **Status of Case** |
| Kamana O'Kala, LLC v. Lite Solar, LLC et al. | 14CV14976 | Interference with Business Relations, Interference with Employment Relations and Oregon Racketeering | Circuit Court of Oregon, Multnomah County | 1021 SW Fourth Avenue | Portland, OR 97204 | Pending |
| LDK Solar International Company Ltd v. Lite Solar Corporation and Ranbir Sahni | NC059967 | Breach of Contract | Superior Court of California, Los Angeles County | 275 Magnolia | Long Beach, CA 90802 | Pending |
| Lite Solar Corp. et al. v. Patrick Schellerup et al. | BC603916 | Breach of Contract, Breach of Fiduciary Duty, Conversion | Superior Court of California, Los Angeles County | 111 North Hill St. | Los Angeles, CA 90012 | Pending. Consolidated with Case No. BC534273. |
| Montgomery Electric & Maintenance, Inc. v. Lite Solar Corp. | 2012-3947-E | Breach of Contract | 14th Judicial District Court, Calcasieu Parish, Louisiana | 1001 Lakeshore Drive | Lake Charles, LA 70601 | Pending |
| Quality Bending & Fabrication, Inc. v. Lite Solar Corp. | NC059985 | Breach of Contract | Superior Court of California, Los Angeles County | 275 Magnolia | Long Beach, CA 90802 | Pending |
| Totalis Energy v. Kamana O'Kala et al. | BC534273 | Fraud, Rescission, Cancellation, Conversion | Superior Court of California, Los Angeles County | 111 North Hill St. | Los Angeles, CA 90012 | Pending. Consolidated with Case No. BC603916. |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ Central _____ District Of _____ California _____

**In re**

Lite Solar Corp.                                    Case No. __2:16-bk-19896-BB__

**Debtor**                                          Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept..........................................................$ __72,000.00__

    Prior to the filing of this statement I have received ................................$ __72,000.00__

    Balance Due ......................................................................................... $ __0.00__

2.  The source of the compensation paid to me was:

    ☒ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor                    ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;


American LegalNet, Inc.
www.FormsWorkFlow.com

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

*compensation also subject to future fee applications and replenishment of retainer pursuant to court approved employment

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

      9/9/16             /s/ Leslie A. Cohen
_____     _____
*Date*                         *Signature of Attorney*

                       LESLIE COHEN LAW PC
                       _____
                        *Name of law firm*


American LegalNet, Inc.
www.FormsWorkFlow.com