UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE                                                       :         CASE NO. 2:16-bk-19896-BB

LITE SOLAR, INC.                                :         CHAPTER 11

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
UPON MONTGOMERY ELECTRIC & MAINTENANCE, INC.

PLEASE TAKE NOTICE that Scofield, Gerard, Pohorelsky, Gallaugher & Landry represent Montgomery Electric & Maintenance, Inc., creditor and party in interest in the above case. The undersigned hereby enters it appearance pursuant to Section 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 901(b), and requests copies of all notice and pleadings pursuant to all applicable rules, including, but not limited to, Fed. R. Bankr. P. 2002(a), (b), (f), and (g) and 2017(a). All such notices should be addressed as follows:

> Scott J. Scofield
> Phillip W. DeVilbiss
> Scofield, Gerard, Pohorelsky, Gallaugher & Landry
> 901 Lakeshore Drive, Suite 900
> Lake Charles, LA  70601
> Telephone:  (337) 433-9436
> Facsimile:  (337) 436-5205
> brnotice@sgpgl.com

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only notices and papers referred to in the rules specified above, but all other notices and papers, including, but not limited to, notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail,

delivery, telephone, facsimile, or otherwise filed in regard to the above referenced case and all proceedings therein.

        Respectfully submitted,

        SCOFIELD, GERARD, POHORELSKY,
        GALLAUGHER & LANDRY

        By:_____
          SCOTT J. SCOFIELD (La. #14429)
          PHILLIP W. DeVILBISS (La. #26263)
        901 Lakeshore Drive, Suite 900
        Lake Charles, LA 70601
        Telephone: (337) 433-9436
        Facsimile: (337) 436-5205
        Attorneys for Montgomery Electric &
        Maintenance, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically this day with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system:

Leslie A. Cohen
Leslie Cohen Law, PC
506 Santa Monica Blvd, Suite 200
Santa Monica, CA  90401
leslie@lesliecohenlaw.com

Ron Maroko
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017
ron.maroko@usdoj.gov

Hatty K. Yip
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017
hatty.yip@usdoj.gov

Lake Charles, Louisiana, this 15th day of November, 2016.

_____
SCOTT J. SCOFIELD