Leslie A. Cohen, Esq. (SBN 93698)
    leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

**FILED & ENTERED**

**OCT 18 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| *In re*<br><br>LITE SOLAR CORP.<br><br>            Debtor and<br>            Debtor in Possession | Case No. 2:16-bk-19896-BB<br><br>Chapter 11<br><br>**ORDER APPROVING IN PART STIPULATION TO 1) STAY THIRD-PARTY LITIGATION 2) RESOLVE MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO THIRD-PARTY LITIGATION AND 3) CONTINUE CLAIM OBJECTION HEARING**<br><br><u>Hearing re Extending Stay:</u><br>Date: October 18, 2017<br>Time: 10:00 a.m.<br><br><u>Hearing re Claim Objection:</u><br>Date: November 15, 2017<br>Time: 10:00 a.m.<br>Crtm: 1539 |

The Court having considered the *Stipulation To 1) Stay Third-Party Litigation 2) Resolve Motion For Order Extending The Automatic Stay To Third-Party Litigation And 3) Continue Claim Objection Hearing* (the "**Stipulation**") [Docket No. 192], and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore;

1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is **APPROVED;**

2. Pursuant to the Stipulation, the SNS Litigation will be stayed until an order or orders are entered fully resolving all aspects of the Kamana Litigation, and all such orders have become final;

3. A stipulation staying the SNS Litigation will also be promptly filed by the Parties in the SNS Litigation case;

4. SNS shall maintain all applicable attorney-client and work product privileges, and will not voluntarily disclose any information subject to those privileges;

5. The Claim Objection will be stayed until further order of this Court;

6. The Stay Motion [Docket No. 183] is **WITHDRAWN** without prejudice, and the hearing on the hearing on the Stay Motion, currently set for October 18, 2017, is hereby taken **OFF CALENDAR**; and

7. The Claim Objection Hearing currently set for November 15, 2017, is hereby **continued to February 14, 2018 at 10:00 a.m.**.

###

Date: October 18, 2017

Sheri Bluebond
United States Bankruptcy Judge