Leslie A. Cohen, Esq. (SBN 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

FILED & ENTERED

JAN 23 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LITE SOLAR CORP.<br><br>Debtor and<br>Debtor in Possession | Case No. 2:16-bk-19896-BB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION AND DISALLOWING CLAIM OF KAMANA O'KALA, LLC [CLAIME NO. 12]**<br><br>Hearing Information:<br>Date: January 10, 2018<br>Time: 11:00 a.m.<br>Ctrm: 1539 |

The Court having considered the Debtor's *Motion Objecting to claim of Kamana O'Kala, LLC [Claim No. 12]* (the "**Motion**") filed by Lite Solar Corp., the chapter 11 debtor-in-possession in the above-referenced case ("**Debtor**"), the Declarations attached thereto [Docket No. 205], and the record in this case, there being no opposition to the Motion, and based on the Court's tentative ruling which waived appearances at the hearing; and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore:

1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED** in its entirety;

2. Debtor's objection to Claim No. 12 of Kamana O'Kala, LLC is **SUSTAINED**, and Claim No. 12 is **DISALLOWED** in its entirety.

# # #

Date: January 23, 2018

Sheri Bluebond
United States Bankruptcy Judge