Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| *In re* | Case No. 2:16-bk-19896-BB |
| LITE SOLAR CORP. | Chapter 11 |
| | **CHAPTER 11 CASE STATUS REPORT; DECLARATION OF STEPHEN WEAVER** |
| Debtor and Debtor in Possession | Status Conference:<br>Date: April 25, 2018<br>Time: 11:00 a.m.<br>Courtroom: 1539 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE U.S. TRUSTEE; THE 20 LARGEST UNSECURED CREDITORS; SECURED CREDITORS AND THEIR COUNSEL; PERSONS REQUESTING SPECIAL NOTICE; AND OTHER PARTIES IN INTEREST:

Lite Solar Corp. ("**Debtor**"), the chapter 11 debtor and debtor-in-possession in the above-captioned case hereby submits this Chapter 11 Case Status Report to update its prior *Chapter 11 Case Status Reports* 7 [Docket Nos. 57, 100] (the "**Prior Status Reports**"). The Debtor incorporates its responses from the Prior Status Reports, except as otherwise updated herein.

1

**Bankruptcy Case and Debtor Status**

Debtor filed a voluntary petition initiating this case on July 27, 2016 (the "**Petition Date**"). Debtor's schedules were filed September 9, 2016 [Docket No. 52]. Debtor has filed its monthly operating reports (MORs) and is in compliance with its required submissions to the Office of the US Trustee.[1]

Since the entry of the Amended Order Granting Debtor's Motion regarding solar project funds ("**Solar Projects Order**")[ Docket No 176] entered September 22, 2017, the Debtor has take steps to acquire the necessary information to service the solar projects at issue, as well as receive related payments. See attached Declaration of Stephen Weaver ("**Weaver Decl**."). The Debtor has entered into discussions with Portland Gas and Electric to obtain information on what, if any, payments are due and/or being made related to the solar projects. See Weaver Decl. PGE has indicated a preliminary refusal to acknowledge the binding effect of the Solar Projects Order. See Weaver Decl. The Debtor will seek further relief from the Court on this issue as necessary.

In addition, following the entry of the Solar Projects Order, the Debtor issued a letter to the solar project property owners advising of the Solar Projects Order and instructing that all payments be made to the segregated bank account opened by Debtor's counsel pursuant to the Solar Projects Order. See Weaver Decl. The Debtor has not received any responses to this letter, and is currently preparing a supplemental letter and questionnaire for the property owners. See Weaver Decl.

**Kamana O'Kala, LLC**

Pursuant to the Solar Projects Order, Kamana O'Kala, LLC ("**Kamana**") was ordered to turn over all funds related to the solar projects within 14 business days of entry of the Solar Projects Order. Kamana was also ordered to provide the Debtor with a detailed accounting of all payments received within 30 days of entry of the Solar Projects

---

[1] Per FRE 201, Debtor respectfully requests the Court take judicial notice of appropriate dockets and the pleadings on file, and the record in, this case.

Order. Kamana failed to comply with these requirements. See Weaver Decl. The Debtor is currently assessing its options to obtained compliance with the Solar Projects Order, including but not limited to filing a motion for contempt.

On April 12, 2018, the Debtor learned that Kamana notified PGE that payments related to the solar projects should be paid to the segregated account set up pursuant to the Solar Projects Order. See Weaver Decl. and *Exhibit A* thereto. The Debtor also received a payment advice issue by PGE to Kamana dated March 18, 2018, which shows payments totaling $755.61. See Weaver Decl. and **Exhibit B** thereto. The above suggests that Kamana has received payments after the entry of the Solar Projects Order and has knowingly violated the Solar Projects Order by failing to forward those funds to the segregated account.

On December 8, 2017, the Debtor objected to Kamana's Claim, Proof of Claim No. 12. See docket no. 205. This claim objection was granted on January 23, 2018, and Kamana's claim against the Debtor has been disallowed in its entirety. See docket No. 218.

**Patrick Schellerup**

Patrick Schellerup ("**Schellerup**") was also ordered to comply with the terms of the Solar Projects Order. See docket No. 176. Schellerup has failed to comply with the Solar Projects Order.

On October 9, 2017, Schellerup filed a Chapter 7 Petition for Bankruptcy in the U.S. Bankruptcy Court for the District of Oregon, under Case No. 17-33776-tmb7 ("**Schellerup Bankruptcy**"). Schellerup's bankruptcy schedules on file list Kamana as an asset of the Schellerup bankruptcy estate.

The Debtor (along with Ranbir Sahni and Totalis Energy) have filed a complaint in the Schellerup Bankruptcy pursuant to 11 U.S.C. §523, which is pending. See Weaver Decl. The Debtor, along with Ranbir Sahni and Totalis Energy LLC, have sought relief from the automatic stay in the Schellerup Bankruptcy case to pursue claims against Schellerup, so their claims in the 523 action can be liquidated. See Weaver. Decl. The

preliminary hearing on the relief from stay motion was held on April 10, 2018, and the Oregon bankruptcy court has set a continued evidentiary hearing for May 8, 2018.

### Slinde Nelson Stanford

The Debtor has a pending Motion to Disallow the Claim of Slinde Nelson Stanford ("**Slinde Claim Objection**").  See Docket No. 149.  The Court has continued the hearing on the Slinde Claim Objection to May 9, 2018, and provided a deadline of April 20, 2018 for the Debtor to file an adversary case against Slinde if the Slinde Claim Objection is not otherwise resolved by that time.  See order at docket no. 223.  A settlement offer has been made to Slinde Nelson, but no response has yet been received.  The Debtor intends to file an adversary proceeding against Slinde and Darian A. Stanford, a former partner at Slinde who was the principal attorney representing Debtor, if the parties do not reach a settlement by 4/20/18.  See Weaver Decl.

### LDK

LDK Solar International Company Limited ("**LDK**") filed a proof of claim for $6,526,309.95.  LDK's partner company, LDK Solar Co. LTD ("**LDK Parent Co**,"), filed bankruptcy in the Grand Court of the Cayman Islands and FTI Consulting has been appointed as the liquidator for LDK Parent and its subsidiaries, including LDK. Debtor is in discussions with counsel for LDK to discuss resolutions of the disputes between the parties, including how to address the manufacture warranty for the LDK Solar Panels. The most recent conversation occurred on April 10, 2018.  See Weaver. Decl.

### Future

The Debtor commenced the instant case in good faith, with the intention to establish a plan of reorganization to timely pay its creditors in a manner to be overseen by the Court.  The Debtor anticipates a successful result in the pending matters with Schellerup, Kamana and Slinde Nelson, and subsequent money coming in based on the outcome of that litigation along with revenues from existing contracts.  Claims against third parties and other sources of funds may also supplement the funds being brought into the

estate.  Debtor's goal is to timely formulate a feasible plan of reorganization following the resolution of the pending contested matters in this Court and in Oregon.

Respectfully submitted,

DATED:  April 13, 2018                    LESLIE COHEN LAW, PC


                                          */s/ Leslie A. Cohen*
Leslie A. Cohen
Attorneys for Debtor and Debtor in Possession

## DECLARATION OF STEPHEN WEAVER

I, Stephen Weaver, declare as follows:

1. I am over 18 years of age. I am the special litigation counsel for Lite Solar Corp., the Debtor and Debtor-in-Possession (the "**Debtor**") in the above-captioned bankruptcy case. Unless otherwise stated, I have personal knowledge or information of the facts set forth herein and, if called as a witness, could and would testify competently thereto. Where statements are made upon information and belief, I believe them to be true and correct.

2. I make this declaration in support of the above chapter 11 case status report ("**Status Report**"). Any undefined terms herein shall have the same meaning as in the Status Report.

3. Since the entry of the Solar Projects Order, the Debtor has taken steps to acquire the necessary information to services the solar projects at issue, as well as receive related payments. I, on behalf of Debtor, have sent a copy of the Solar Projects Order to Joseph Camacho, the trustee appointed over the Schellerup bankruptcy estate. I also send written requests to Mr. Camacho and to counsel for Mr. Schellerup asking that Kamana comply with the Solar Project Order. I have not received any response. I also sent the Solar Projects Order to Portland Gas and Electric ("PGE"). As a result, I am having discussions with PGE's counsel to obtain information on what, if any, payments are due and/or being made related to the solar projects. Although PGE has indicated a preliminary refusal to acknowledge the binding effect of the Solar Projects Order on PGE, PGE is continuing to provide information to Debtor and to work with Debtor. I am scheduled to speak with PGE's counsel again in the next day or so. If I reach an impasse, Debtor will seek further relief from the Court on this issue as necessary.

4. In addition, following the entry of the Solar Projects Order, the Debtor issued a letter to the solar project property owners advising of the Solar Projects Order and instructing that all payments be made to the segregated bank account opened by Debtor's counsel pursuant to the Solar Projects Order. The Debtor has not received any response

to this letter. A supplemental letter and questionnaire for the property owners has been prepared and will be sent to the property owners on Monday, April 16, 2018.

5. Kamana has failed to comply with the requirements of the Solar Projects Order. The Debtor is currently assessing its options to obtained compliance with the Solar Projects Order, including but not limited to filing a motion for contempt.

6. Today I received an email from counsel for PGE. Attached to the email is a note from Mr. Schellerup to PGE with an ACH payment request. The Schellerup note and the ACH request that PGE that payments related to the solar projects should be paid to the segregated account set up pursuant to the Solar Projects Order. A true and correct copy of this correspondence between Kamana and PGE is attached hereto as *Exhibit A*.

7. Also attached to today's email from PGE is a payment advice issue by PGE to Kamana dated March 18, 2018, which shows payments totaling $755.61 and references invoices dated March 13, 2018. I have asked counsel for PGE to provide further information regarding the invoicing and payments by Kamana. A true and correct copy of this payment advice is attached hereto as **Exhibit B**.

8. Schellerup has also failed to comply with the Solar Projects Order.

9. On October 9, 2017, Schellerup filed a Chapter 7 Petition for Bankruptcy in the U.S. Bankruptcy Court for the District of Oregon, under Case No. 17-33776-tmb7. Schellerup's bankruptcy schedules on file list Kamana as an asset of the Schellerup bankruptcy estate.

10. The Debtor (along with Ranbir Sahni and Totalis Energy) have file a complaint in the Schellerup Bankruptcy pursuant to 11 U.S.C. §523, which is pending. Copies of the three complaints that make up the consolidated adversary action pending before this Court are attached to the Section 523 complaint filed in the Schellerup bankruptcy. The Debtor, along with Ranbir Sahni and Totalis Energy, LLC, have filed a motion seeking relief from the automatic stay in the Schellerup Bankruptcy case to pursue claims against Schellerup, so their claims in the 523 action can be liquidated as part of the consolidated adversary cases pending before this Court. The preliminary hearing on the relief from

stay motion was held on April 10, 2018, and the Oregon bankruptcy court has set a continued evidentiary hearing for May 8, 2018.

11. A settlement offer has been made to Slinde Nelson, but no response has yet been received. A complaint naming Slinde and Darian A. Stanford, a former partner at Slinde and the principal attorney who represented Debtor has been prepared. The Debtor intends to file this adversary proceeding against Slinde and Mr. Stanford if the parties do not reach a settlement by 4/20/18.

12. The Debtor anticipates a successful result in the pending matters with Schellerup, Kamana and Slinde Nelson, and subsequent money coming in based on the outcome of that litigation along with revenues from existing contracts. Claims against third parties and other sources of funds may also supplement the funds being brought into the estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2018, at Long Beach, CA.

_____
Stephen Weaver

# **EXHIBIT A**

4/12/18
Hello,

We had the attached VIR Payments assigned to us and due to a court order we need to have the funds currently being deposited into our account, sent to a trustee until the litigation is resolved. Please see the updated ACH Form.

Thank you,

Pat Schellerup
President
Kamana O' Kala, LLC



**Portland General Electric**

# Vendor ACH/Direct Deposit Enrollment Form

The Vendor ACH/Direct Deposit Enrollment Form is for existing Portland General Electric Vendors only. Electronic Funds Transfer (EFT) is Portland General Electric's preferred form of payment as it supports the Portland General Electric sustainability initiatives. With EFT, payments will be electronically deposited into your company's designated bank account through ACH (Automated Clearing House). ACH remittance will be delivered via email. Upon receipt of the below form, a Portland General Electric Vendor Maintenance member will contact your company for verification.

**Please fax or email completed & signed form to:**
Fax # 1-503-464-7006 or Email apdirect.deposit@pgn.com

| VENDOR NAME (As shown on W-9): Kamana O' Kala, LLC | DATE: 4/12/18 |
|---|---|
| FEDERAL TAXPAYER ID: 46-2397811 | CHECK APPROPRIATE BOX: ☐ New Set Up   x☐ Change Information |

**BANK INFORMATION:**

| BANK NAME: First Republic Bank | ACCOUNT TYPE: ☒ Checking   ☐ Savings |
|---|---|
| BANK ROUTING NUMBER: 321081669 | BANK ACCOUNT NUMBER: 80006317798 |

ATTACH ONE OF THE FOLLOWING (Required):
☐ Voided Check   ☒ Bank letter or specification sheet

I, the undersigned, authorize Portland General Electric to deposit payments directly to the account indicated above and to correct any errors which may occur from the transactions. I also authorize the financial institution named above to post these transactions to that account. This authorization will remain in effect until Portland General Electric has received written notification requesting a change or cancellation. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law.

| AUTHORIZED SIGNATURE: *[signature]* | DATE: 4/12/17 |
|---|---|
| NAME: Pat Schellerup | President |
| PHONE NUMBER: 5023-593-2828 | EMAIL ADDRESS (Required to receive remittance): pat@kamanaokala.com |

**FOR INTERNAL USE ONLY:**

| ENTERED BY: | DATE: |
|---|---|
| VERIFIED BY: | DATE: |

Jun 2010

# EXHIBIT B

## Payment Advice

20 March 2018  15:24:05 PM

Page 1 of 2

**To:**

| | | |
|---|---|---|
| **Vendor Name:** | KAMANA OKALA | **Reference Information** |
| **Vendor Address:** | 10117 SE SUNNYSIDE RD #F1112 | Pay Cycle: ACH_TU |
| | | Pay Cycle Seq Number: 170 |
| | CLACKAMAS   OR,  97015 | |
| | USA | |

**Payment Information**

| | |
|---|---|
| Payment Reference: | AP0000050515 |
| Payment Date: | 03/21/2018 |
| Payment Method: | Automated Clearing House |

| Bank ID | Bank Name | Branch ID | Branch Name |
|---|---|---|---|
| Bank To Information: | BANK OF AMERICA | | |
| Bank To Account: | | | |

| Invoice Number | Invoice Date | Voucher ID | PO ID | Gross Amount | Discount Taken | Late Charge | Paid Amt |
|---|---|---|---|---|---|---|---|
| SPO-02Z1X3-MAR-2018 | 03/13/2018 | 10689721 | - | 80.59 | 0.00 | 0.00 | 80.59 |
| SPO-J6Q7S5-MAR-2018 | 03/13/2018 | 10689720 | - | 87.14 | 0.00 | 0.00 | 87.14 |
| SPO-P2B4Z4-MAR-2018 | 03/13/2018 | 10689723 | - | 171.10 | 0.00 | 0.00 | 171.10 |
| SPO-Q1W087-MAR-2018 | 03/13/2018 | 10689725 | - | 84.53 | 0.00 | 0.00 | 84.53 |
| SPO-U404W8-MAR-2018 | 03/13/2018 | 10689722 | - | 89.62 | 0.00 | 0.00 | 89.62 |
| SPO-Y64184-MAR-2018 | 03/13/2018 | 10689719 | - | 89.92 | 0.00 | 0.00 | 89.92 |
| SPO-Y8H568-MAR-2018 | 03/13/2018 | 10689724 | - | 89.87 | 0.00 | 0.00 | 89.87 |
| SPO-Z07098-MAR-2018 | 03/13/2018 | 10689746 | - | 62.84 | 0.00 | 0.00 | 62.84 |

## Payment Advice

20 March 2018  15:24:05 PM

Page 2 of 2

| Invoice Number | Invoice Date | Voucher ID | PO ID | Gross Amount | Discount Taken | Late Charge | Paid Amt | |
|---|---|---|---|---|---|---|---|---|
| | | **Total:** | | **755.61** | **0.00** | **0.00** | **755.61** | USD |

| | | Address | Meter # |
|---|---|---|---|
| J1O4H2 | 000237858-264685-5 | 16124 SE Alder St Apt 19 | 27294308 |
| D718M1 | 000237858-264668-1 | 16124 SE Alder St Apt 23 | 27294337 |
| P2B4Z4 | 000237858-264661-6 | 16124 SE Alder St Apt 27 | 27293898 |
| J3L802 | 000237858-264652-5 | 16124 SE Alder St Apt 31 | 27294291 |
| U404W8 | 000237858-264669-9 | 16124 SE Alder St Apt 22 | 27294338 |
| S461C1 | 000237858-264660-8 | 16124 SE Alder St Apt 38 | 27294328 |
| Z5O6I3 | 000237858-439925-5 | 16124 SE Alder St Apt 37 | 27293897 |
| 45E1C8 | 000237858-264667-3 | 16124 SE Alder St Apt 35 | 27294297 |
| Q1W087 | 000237858-264670-7 | 16124 SE Alder St Apt 33 | 27294335 |
| 14Y9J7 | 000237858-264650-1 | 16124 SE Alder St Apt 30 | 27294293 |
| Y8H568 | 000237858-264658-2 | 16124 SE Alder St Apt 29 | 27294329 |
| 53P742 | 000237858-356047-7 | 16124 SE Alder St Apt 28 | 27294330 |
| 11Q3W5 | 000237858-264686-3 | 16124 SE Alder St Apt 8 | 28910370 |
| J6Q7S5 | 000237858-264673-1 | 16124 SE Alder St Apt 11 | 27166169 |
| Z07098 | 000237858-264687-1 | 16124 SE Alder St Apt 7 | 27294309 |
| 9263T9 | 000237858-264654-1 | 16124 SE Alder St Apt 9 | 27294333 |
| W2T048 | 000237858-264679-8 | 16124 SE Alder St Apt 3 | 27294319 |
| 02Z1X3 | 000237858-354943-7 | 16124 SE Alder St (main bldg.) | 31003639 |
| Y64184 | 000237858-264674-9 | 16124 SE Alder St Apt 2 | 28743162 |

Moe Forbay,
4/3/13

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 CASE STATUS REPORT; DECLARATION OF STEPHEN WEAVER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___4/13/18___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul J Carter     rotorbear@earthlink.net
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Clifford S Davidson     cdavidson@sussmanshank.com, jlanglois@sussmanshank.com
Paul B George     docketing-pdx@lanepowell.com, beldingt@lanepowell.com
Ron Maroko     ron.maroko@usdoj.gov
SreeVamshi C Reddy     reddyv@lanepowell.com, grangerk@lanepowell.com
Scott J Scofield     brnotice@sgpgl.com, nwall@sgpgl.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __4/13/18____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Sheri Bluebond<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Lite Solar Corp.<br>Attn: Ranbir Sahni<br>3553 Atlantic Avenue #1183<br>Long Beach, CA 90807 | Office of United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/18 | J'aime Williams | /s/ J'aime Williams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9013-3.1**

**SERVED BY US Mail:**

Clifford S. Davidson, Esq.
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, Oregon 97205

Paul George, Esq.
Laura Richardson, Esq.
Lane Powell PC
601 SW Second Ave., Suite 2100
Portland, OR 97204

Patrick Schellerup
10117 SE Sunnyside Road # F1112
Clackamas, OR 97015

Kamana O'Kala LLC
10117 SE Sunnyside Road # F1112
Clackamas, OR 97015

Stephen A. Weaver, Esq.
3605 Long Beach Blvd., Suite 236
Long Beach, California 90807

Secured:

Ranbir S. Sahni
3605 Long Beach Blvd., Suite 201
Long Beach, CA 90807

20 Largest Unsecured:

LDK Solar Int'l. Co. Ltd.
1290 Oakmead Parkmead, Ste 306
Sunnyvale, CA 94085

Christopher R. Miller, Esq.
QIAN AND COMPANY
135 Main Street, Ninth Floor
San Francisco, California 94105

Quality Bending & Fabrication
10005 SW Herman Road
Tualatin, OR 97062

Michael W. King
Law Offices of Michael W. King
20042 Beach Blvd., Suite 203
Huntington Beach, CA 92648

Marco Gomez
3553 Atlantic Avenue, #250
Long Beach, CA 90807

Canadian Solar (USA) Inc.
Building A6
Suzhou New& Hi-tech District
Exporting Processing Zone
Jiang, P.R. China 215215

Department of the Treasury
Internal Revenue Service
PO Box 510000
San Francisco, CA 94151-5100

Starn, O'Toole, Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop St, 19th Floor
Honolulu, HI 96813

Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204

Chartis
22427 Network Place
Chicago, IL 60673-1224

Gary Babick
317 Jasmine Ave,
Corona Del Mar, CA 92625

Aerotek Energy Services
P.O. Box 198531
Atlanta, GA 30384

Century Quality Management
4221 Wilshire Blvd Suite 480
Los Angeles, CA 90010

Weather Proof Roofing LLC
8406 NE Broadway Street
Portland, OR 97220

Montgomery Electric & Maintenance, Inc.
2205 Hodges Street
Lake Charles, LA 70601

ECOtality
430 South 2nd Ave
Phoenix, AZ 85003

Paul Carter
Bergkvist, Bergkvist & Carter, LLP
400 Oceangate, Suite 800
Long Beach, CA 90802

DET Logistics (USA) Corporation
4405 Cushing Parkway
Fremont, CA 94538

Westside Building Material Corp.
1111 E. Howell Avenue
Anaheim, CA 92805

Konica Minolta
PO Box 100706
Pasadena, CA 91189-0706

Platt
10605 SW Allen Blvd
Beaverton, OR 97005

Hertz Equipment Rental
PO BOX 650280
Dallas, TX 75265-0280

Totalis Energy, LLC
3605 Long Beach Blvd., Suite 201
Long Beach, CA 90807

Phillip DeVilbiss
Scofield, Gerard, Pohorelsky, Gallaugher & Landry
P. O. Box 3028
Lake Charles, LA 70602

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**