# EXHIBIT "10"

Fill in this information to identify the case:

Debtor 1  LITE SOLAR CORP

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Central District of California

Case number  2:16-BK-19896BB

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | **SLINDE NELSON STANFORD**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>SLINDE NELSON STANFORD<br>Name<br><br>111 SW FIFTH AVENUE SUITE 1940<br>Number    Street<br><br>PORTLAND        OR        97204<br>City        State        ZIP Code<br><br>Contact phone 503-417-7777<br><br>Contact email phil@slindenelson.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br>Number    Street<br><br>City        State        ZIP Code<br><br>Contact phone<br><br>Contact email |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____        Filed on ___ / ___ / ____<br>                                                        MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? | |

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

**6  Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

**7  How much is the claim?**

$_____79,096.64 . Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8  What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Legal Services

**9  Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:  $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10  Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11  Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/12/2016
                   MM / DD / YYYY

/s/J. Curtis Edomondson
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | J. Curtis Edomondson, CSB No. 236105 | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney for Creditor | | |
| Company | Slinde Nelson Stanford | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 111 SW Fifth Avenue, Suite 1940 | | |
| | Number    Street | | |
| | Portland | OR | 97204 |
| | City | State | ZIP Code |
| Contact phone | 503-417-7777 | Email phil@slindenelson.com | |



SUNDE NELSON STANFORD

# INVOICE

Invoice #:    **11940**
Issue date: **07/08/15**
Terms: Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 6/3/2015 DAS | Communication with Deputy District Attorney Brian Cesini re: criminal charges; Email to client re: same | 0.30 | 82.50 |
| 6/10/2015 DAS | Prepare for hearing on motion to dismiss | 2.00 | 550.00 |
| 6/11/2015 DAS | Prepare for hearing on motion to dismiss | 1.00 | 275.00 |
| 6/12/2015 DAS | Prepare for hearing; Attend oral argument on motion to dismiss before Judge Roberts in Multnomah County; Email to clients re: same | 3.00 | 825.00 |
| 6/24/2015 DAS | Call with Whitney Button re: schedule and correspondence with Court re: same | 0.50 | 137.50 |

For professional services rendered    $1,870.00

### Costs & Expenses

| | | |
|---|---|---|
| 6/25/2015 | Courier Service 5/27/15 | 4.75 |

Total Expenses    $4.75

| | |
|---|---|
| Total amount of this bill | $1,874.75 |
| Previous balance | $715.00 |
| 6/18/2015 Payment - Thank You. Check No. 1983 | ($715.00) |
| Total payments and adjustments | ($715.00) |

**BALANCE DUE**    **$1,874.75**

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave.. Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417 4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    12295
Issue date: 08/04/15
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2015 | DAS | Prepare supplemental brief; Review background emails and notes from conference with judge | 2.00 | 550.00 |
| 7/10/2015 | DAS | Finalize and file supplemental brief; Call with David Luneke re: same | 3.50 | 962.50 |
| 7/17/2015 | DAS | Prepare for an attend oral argument on motion to dismiss; Meeting with Mr. Luneke re same | 3.50 | 962.50 |
| 7/18/2015 | DAS | Emails with client relating to case status and discovery | 0.30 | 82.50 |
| 7/23/2015 | DAS | Conference call with various parties about next steps | 1.00 | 275.00 |
| 7/30/2015 | DAS | Prepare public records request and subpoena for Clackamas DA | 0.50 | 137.50 |
| 7/31/2015 | AMW | Draft records subpoena and records request to Clackamas County DA | 0.50 | 62.50 |
| 7/31/2015 | DAS | Email correspondence with client relating to document request | 0.30 | 82.50 |

| | | |
|---|---|---:|
| For professional services rendered | | $3,115.00 |
| Previous balance | | $1,874.75 |
| 7/27/2015 Payment - Thank You. Check No. 2100 | | ($1,874.75) |
| Total payments and adjustments | | ($1,874.75) |
| **BALANCE DUE** | | **$3,115.00** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    12626
Issue date: 09/04/15
Terms: Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 8/3/2015 DAS | Prepare public records request to Clackamas County; Call to client re: same | 0.20 | 55.00 |
| 8/11/2015 DAS | Call and email with Clackamas County DA about documents | 0.40 | 110.00 |
| 8/13/2015 DAS | Phone conference with client relating to case status and plan for moving forward | 1.20 | 330.00 |
| 8/14/2015 DAS | Phone conference relating to case status and potential next actions | 1.00 | 275.00 |
| 8/17/2015 DAS | Call from Milo Petranovich; Discussion with Mr. Petranovich and Whitney Button relating to timing of answer and respond to their inquiries about mediation | 0.50 | 137.50 |
| 8/18/2015 DHL | Review email correspondence between Atty Stanford and clients re: mediation, potential claims, and further handling | 0.40 | 90.00 |
| 8/31/2015 DAS | Prepare answer and affirmative defenses; Email correspondence with client; Call with Dave Luneke | 4.00 | 1,100.00 |

| | | |
|---|---|---|
| For professional services rendered | | $2,097.50 |
| Interest on overdue balance | | $47.62 |
| Total amount of this bill | | $2,145.12 |
| Previous balance | | $3,115.00 |
| **BALANCE DUE** | | **$5,260.12** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



**SNS**

SLINDE NELSON STANFORD

# INVOICE

Invoice #:    12987
Issue date: 10/05/15
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/1/2015 | DAS | Prepare answer, affirmative defenses and counterclaims; Call with Dave Luneke; Call with client, Stephen Carter; Call with Whitney Button; Email correspondence re conversation with Ms. Button | 7.70 | 2,117.50 |
| 9/7/2015 | DAS | Email correspondence with client and California counsel relating to new claim | 0.30 | 82.50 |
| 9/9/2015 | DAS | Email correspondence about depositions | 0.40 | 110.00 |
| 9/10/2015 | DAS | Call with client and CA attorney re next steps in case and filing of new complaint | 0.50 | 137.50 |
| 9/16/2015 | DAS | Draft complaint and review various materials to support complete | 4.00 | 1,100.00 |
| 9/17/2015 | AMW | Draft letter to Attorney General re: third party complaint | 0.20 | 25.00 |
| 9/22/2015 | DAS | Email correspondence with client relating to discovery, deposition scheduling and complaint | 0.30 | 82.50 |
| 9/24/2015 | DAS | Email to Milo Petronovich re: deposition of Dave Luneke | 0.50 | 137.50 |
| 9/30/2015 | DAS | Review letter from Whitney Button; Email correspondence with client re: same and re discovery; Email correspondence with Alex Berdusky re: holding off on Oregon complaint | 0.30 | 82.50 |

| | | |
|---|---|---|
| For professional services rendered | | $3,875.00 |

### Costs & Expenses

| | | |
|---|---|---|
| 9/2/2015 | Thrid Party Complaint | 793.00 |
| | Total Expenses | $793.00 |
| | Interest on overdue balance | $26.11 |
| | Total amount of this bill | $4,694.11 |
| | Previous balance | $5,260.12 |

Lite Solar LLC

Page    2

| | Amount |
|---|---|
| 9/14/2015 Payment - Thank You. Check No. 2263 | ($2,145.12) |
| 9/21/2015 Payment - Thank You. Check No. 2188 | ($3,115.00) |
| Total payments and adjustments | ($5,260.12) |
| **BALANCE DUE** | **$4,694.11** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    13335
Issue date: 11/06/15
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:  Kamana O'Kala Litigation

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 10/2/2015 DAS | Call with client and Stephen Carter re: case status and upcoming deposition of Dave Luneke | 0.40 | 110.00 |
| 10/5/2015 DAS | Prepare for deposition of David Luneke; Meet with Mr. Luneke to review memo and case background; Call with Mr. Sahni and Mr. Luneke | 4.80 | 1,320.00 |
| 10/6/2015 DAS | Deposition of David Luneke and follow up meeting; Review exhibits | 4.20 | 1,155.00 |
| 10/16/2015 DAS | Email correspondence re: various matters and discovery | 0.80 | 220.00 |
| 10/26/2015 DAS | Review discovery responses and email correspondence with Ms. Button re: same | 0.50 | 137.50 |

| | |
|---|---|
| For professional services rendered | $2,942.50 |

### Costs & Expenses

| | |
|---|---|
| 10/22/2015 Marcia May | 207.70 |
| Total Expenses | $207.70 |
| Total amount of this bill | $3,150.20 |
| Previous balance | $4,694.11 |
| 10/13/2015 Payment - Thank You. Check No. 2345 | ($4,694.11) |
| Total payments and adjustments | ($4,694.11) |
| **BALANCE DUE** | **$3,150.20** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



**SLINDE NELSON STANFORD**

# INVOICE

Invoice #:     13672
Issue date: 12/04/15
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2015 | DAS | Email from client re: health; Call to Milo Petranovich re: case status | 0.40 | 110.00 |
| 11/10/2015 | DAS | Email correspondence relating to Mr. Sahni's health; Forward same to Milo Petranovich re: rescheduling deposition | 0.30 | 82.50 |
| 11/13/2015 | DAS | Email and call with Milo Petranovich relating to deadlines; Email to client re: same | 0.60 | 165.00 |
| 11/17/2015 | DAS | Email correspondence with Milo Petranovich relating to case status | 0.30 | 82.50 |
| 11/18/2015 | DAS | Phone conference with various parties re: case status and strategy; Attend ex parte and discussion with Milo Petranovich re: same; Additional phone conference with various parties re: case status and strategy | 2.50 | 687.50 |
| 11/23/2015 | DAS | Email correspondence with Milo Petranovich and Eric English re: mediation; Emails with client re: same | 0.40 | 110.00 |
| 11/24/2015 | DAS | Attend scheduling conference with Judge Waller; Email correspondence re: same; Email correspondence with mediator; Review production requests sent by Alex Berdusky | 1.50 | 412.50 |
| 11/25/2015 | SEW | Review and revise RFP and email to counsel re: same | 0.30 | 37.50 |
| 11/25/2015 | DAS | Phone conference re: status of case; Finalize and send discovery | 2.50 | 687.50 |
| 11/27/2015 | DAS | Call with client team and emails with mediator | 0.60 | 165.00 |
| 11/30/2015 | DAS | Conference call with client team re: next steps and Oregon litigation; Emails to mediator Eric English | 1.00 | 275.00 |

| | | |
|---|---|---|
| For professional services rendered | | $2,815.00 |
| Previous balance | | $3,150.20 |
| 11/30/2015 Payment - Thank You. Check No. 2425 | | ($3,150.20) |
| Total payments and adjustments | | ($3,150.20) |

Lite Solar LLC

Page    2

| | Amount |
|---|---|
| **BALANCE DUE** | **$2,815.00** |

Please make all amounts payable to: Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days. 18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    14005
Issue date: 01/06/16
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:  Kamana O'Kala Litigation

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 12/3/2015 DAS | Email correspondence with mediator and clients re: scheduling and mediation; Review discovery response | 0.40 | 110.00 |
| 12/7/2015 DAS | Call to mediator Eric English; email correspondence re: same; Prepare for mediation; Review materials provided by Totalis from prior mediation | 4.00 | 1,100.00 |
| 12/8/2015 DAS | Prepare documents for mediation and trial preparation; Meet with Eric English; Pre-mediation call with Eric English and clients | 4.00 | 1,100.00 |
| 12/9/2015 DAS | Emails with Eric English and Stephen Weaver re: documents from Milo before mediation; Call with Eric English; Call with Client | 3.70 | 1,017.50 |
| 12/10/2015 DAS | Review employment agreements and key documents | 1.50 | 412.50 |
| 12/11/2015 SEW | Draft Deposition Subpoenas for Brian H. Arbizanna, Mike Middleton, Jessica Kaplan, Grant Laughlin, Svetlana Tsukanova, and Bret Stigile; Draft letter re: same | 1.40 | 175.00 |
| 12/11/2015 DAS | Calls with Eric English and clients relating to mediation logistics | 1.00 | 275.00 |
| 12/11/2015 DHL | Discussion with Atty Stanford re: background facts and issues for trial (0.3) | 0.30 | 75.00 |
| 12/12/2015 DAS | Prepare for mediation by reviewing documents and Luneke memoranda | 1.00 | 275.00 |
| 12/13/2015 DAS | Prepare for mediation by reviewing California briefing materials | 4.50 | 1,237.50 |
| 12/14/2015 DAS | Prepare for mediation and trial with Dave Luneke and Stephen Weaver | 11.00 | 3,025.00 |
| 12/15/2015 DAS | Mediation and trial preparation with Stephen Weaver and Dave Luneke | 10.50 | 2,887.50 |
| 12/16/2015 DAS | Trial preparation with Dave Luneke and Stephen Weaver | 7.70 | 2,117.50 |
| 12/17/2015 DAS | Emails with client and call from client re: mediation follow up and case strategy | 1.50 | 412.50 |
| 12/18/2015 DAS | Email correspondence with clients re: new memorandum; Review memorandum; Call and email with collections attorney re: judgment | 1.30 | 357.50 |

Lite Solar LLC                                                                                                   Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 12/21/2015 DAS | Email from client re: bankruptcy | 0.40 | 110.00 |
| 12/22/2015 DAS | Phone conference with Milo Petranovich and associate relating to discovery, depositions scheduling, and trial; Email correspondence with client re: same; Call with Eric English; Prepare summary judgment drafts | 1.50 | 412.50 |
| 12/23/2015 SEW | Phone call from client Alex Bersudsky; Draft shell declaration for Bersudsky re: MSJ; phone call & email to Streamline re: document production for atty; Status on service of subpoenas and email to atty re: same - confirm with Rose City Process Server | 0.80 | 100.00 |
| 12/23/2015 DAS | Document review to prepare for summary judgment | 3.30 | 907.50 |
| 12/23/2015 DBH | Meeting with Atty Stanford re: case status and research re: claims elements | 2.00 | 500.00 |
| 12/24/2015 DAS | Document review to prepare for summary judgment; Draft summary judgment motion | 4.50 | 1,237.50 |
| 12/26/2015 DAS | Document review to finalize summary judgment | 4.00 | 1,100.00 |
| 12/27/2015 DAS | Legal research re: interference with economic and employment relations; Draft summary judgment brief | 6.00 | 1,650.00 |
| 12/28/2015 DAS | Legal research re: RICO; Draft summary judgment motion; Review emails and attachments from Mr. Luneke and Mr. Weaver; Review draft declaration of witness from Baton Rouge | 7.70 | 2,117.50 |
| 12/29/2015 DAS | Call with client; Email to Serena Morones re: expert retainer; Revise summary judgment draft; Email to Dave Hutchinson re: discrete research to plug into brief; Legal research re: individual liability; Draft Declarations of Darian Stanford and Ranbir Sahni | 9.50 | 2,612.50 |
| 12/29/2015 DBH | Research re: incorporating an agreement by reference | 0.50 | 125.00 |
| 12/30/2015 DAS | Finalize and file summary judgment motion, including primary brief, declarations of Darian Stanford, Dave Luneke, Ranbir Sahni and Baton Rouge employee | 10.90 | 2,997.50 |
| 12/30/2015 SEW | Review, revise, and file Motion for Summary Judgment and supporting Declarations; Emails to and from clients; Prepare all exhibits for Declaration; Phone call from and to Court | 2.70 | 337.50 |
| 12/31/2015 DAS | Review emails form Milo Petranovich and ADR certificate filing | 0.80 | 220.00 |

| For professional services rendered | | | $29,005.00 |
|---|---|---|---|

### Costs & Expenses

| 12/8/2015 Courier Service - Rose City Messenger to Lane Powell | | | 6.75 |
|---|---|---|---|
| 12/14/2015 Subpoena Fee - Brian H. Arbizanna | | | 33.75 |
| Subpoena Fee - Mike Middleton | | | 34.20 |
| Subpoena Fee - Jessica Kaplan | | | 33.65 |

Lite Solar LLC                                                                              Page      3

|            |                                                              | Amount       |
|------------|--------------------------------------------------------------|--------------|
| 12/14/2015 | Subpoena Fee - Grant Laughlin                                | 36.30        |
|            | Subpoena Fee - Svetlana Tsukanova                            | 35.90        |
|            | Subpoena Fee - Bret Stigile                                  | 31.40        |
| 12/30/2015 | Courier Service - Rose City Messenger to Jessica Kaplan      | 35.00        |
|            | Courier Service - Rose City Messenger to Brian Arbizanni     | 35.00        |
|            | Total Expenses                                               | $281.95      |
|            | Total amount of this bill                                    | $29,286.95   |
|            | Previous balance                                             | $2,815.00    |
| 12/29/2015 | Payment - Thank You. Check No. 2527                          | ($2,815.00)  |
|            | Total payments and adjustments                               | ($2,815.00)  |
|            | **BALANCE DUE**                                              | **$29,286.95** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



# INVOICE

Invoice #:    **14317**
Issue date: 02/04/16
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 1/4/2016 DAS | Emails re: deposition scheduling and status of discovery; Review and organize produced documents | 1.90 | 522.50 |
| 1/5/2016 DAS | Call with Milo Petranovich re: case status, document discovery and depositions; Emails to and from client team re: same; Review discovery | 3.00 | 825.00 |
| 1/6/2016 SEW | Draft Ex Parte Motion and Order for Expedited Hearing on Motion for Summary Judgment | 0.80 | 100.00 |
| 1/6/2016 DAS | Prepare discovery chronology and review key documents | 2.80 | 770.00 |
| 1/7/2016 DAS | Review discovery that is outstanding; Prepare document chronology | 1.70 | 467.50 |
| 1/8/2016 DAS | Continue preparation of discovery chronology | 3.50 | 962.50 |
| 1/10/2016 DAS | Email to clients re: depositions of Mr. Sahni and Marco Gomez as well as discovery issues | 0.40 | 110.00 |
| 1/11/2016 DAS | Call with Milo Petranovich; Call with Stephen Weaver; Draft email re: TO DO list; Review discovery responses | 2.00 | 550.00 |
| 1/12/2016 DAS | Call from Stephan Weaver re: various matters; Review discovery requests; Review discovery | 1.20 | 330.00 |
| 1/13/2016 SEW | Review emails from clients; Phone call to/from Brian Arbizanni re: Subpoena | 0.40 | 50.00 |
| 1/13/2016 DAS | Email correspondence with Milo Petranovich re: deposition scheduling and witness availability | 1.10 | 302.50 |
| 1/14/2016 DAS | Email correspondence relating to scheduling of deposition and court dates | 0.40 | 110.00 |
| 1/17/2016 DAS | Continue review of discovery and outstanding discovery requests | 1.30 | 357.50 |
| 1/19/2016 DAS | Review Request for production; Prepare response to request for production and email correspondence re same; Call from Stephen Weaver; Update file; Send updated "To Do" list to attorneys | 3.00 | 825.00 |
| 1/22/2016 SEW | Email from/to client re: Motion to Dismiss; Review OECI for Order | 0.20 | 25.00 |

Lite Solar LLC

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/22/2016 DAS | Email to court re: trial date/deposition date/etc.; Email to Milo Petranovich re: same and various issues | | 0.60 | 165.00 |
| 1/26/2016 SEW | Review & Revise letters from Totalis to various people; Phone call to Richardson's office regarding missing discovery KAM-L000001-000117 | | 0.40 | 50.00 |
| 1/26/2016 DAS | Review letters placed in my name that are to go out to property owners | | 0.30 | 82.50 |
| 1/27/2016 DAS | Email correspondence with Milo Petranovich re: dismissal of elder abuse claim; Call to Stephen Weaver re: discovery and other outstanding issues | | 1.00 | 275.00 |
| 1/28/2016 DAS | Email revised to do list to clients; Email correspondence re: same; Review production requests | | 1.70 | 467.50 |
| 1/29/2016 SEW | Draft Motion, Order, and Declaration for Paul Carter pro hac vice; Prepare Certificate of Compliance; Email to/from Atty | | 1.20 | 150.00 |
| | For professional services rendered | | | $7,497.50 |

**Costs & Expenses**

| | |
|---|---|
| 1/14/2016 Process Server - Subpoena to M. Middleton (Rose City Messenger) | 65.00 |
| Process Server - Subpoena to PGE (Rose City Messenger) | 60.00 |
| Process Server - Subpoena to B. Young (Rose City Messenger) | 35.00 |
| Process Server - Subpoena to G. Laughlin (Rose City Messenger) | 45.00 |
| Process Server - Subpoena to S. Tsukanova (Rose City Messenger) | 45.00 |
| Process Server - Subpoena to B. Stigile (Rose City Messenger) | 45.00 |
| Total Expenses | $295.00 |
| Total amount of this bill | $7,792.50 |
| Previous balance | $29,286.95 |
| 1/20/2016 Payment - Thank You. Check No. 2558 | ($29,286.95) |
| 2/4/2016 Payment from account | ($103.60) |
| Total payments and adjustments | ($29,390.55) |

**Client Trust Funds Transactions**

| | |
|---|---|
| Previous Balance of Trust Account | $0.00 |
| 1/20/2016 Credit from voided check to Bret Stigile | $31.40 |
| 1/20/2016 Credit from voided check to Grant Laughlin | $36.30 |
| 1/20/2016 Credit from voided check to Svetlana Tsukanova | $35.90 |
| 2/4/2016 Payment from account | ($103.60) |
| New Balance of Trust Account | $0.00 |

Case 2:16-bk-19896-BB    Main Document    Page 19 of 50

Lite Solar LLC                                                                    Page      3

|  | Amount |
|---|---|
| **BALANCE DUE** | **$7,688.90** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



**SNS**

SLINDE NELSON STANFORD

# INVOICE

Invoice #:    **14590**
Issue date: 03/07/16
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/1/2016 DAS | Email correspondence re: discovery and motion to compel issues; Review discovery and responses | 1.50 | 375.00 |
| 2/2/2016 SEW | Create redline version of Amended Complaint | 0.40 | 50.00 |
| 2/2/2016 DAS | Call from Mr. Sahni re: deposition preparation; Emails to Paul Carter re: same | 0.50 | 125.00 |
| 2/4/2016 SEW | Prepare Carter's documents for service; Emails from/to Carter; Phone call to process server; Phone call and Email to Videographer and Court Reporter | 0.80 | 100.00 |
| 2/10/2016 DAS | Emails with client and Milo Petranovich; Review discovery and pleadings | 1.70 | 425.00 |
| 2/11/2016 DAS | Phone conference with client re: discovery and other outstanding matters; Call and email to Milo Petranovich | 2.50 | 625.00 |
| 2/15/2016 DAS | Review discovery; Email correspondence re: case status and outstanding matters | 3.00 | 750.00 |
| 2/16/2016 SEW | Initial revision of Proposed Amended Complaint; Email to attorney | 0.40 | 50.00 |
| 2/16/2016 DAS | Review outstanding list of "to do" items; Email correspondence with client team; Emails from Milo Petranovich | 1.50 | 375.00 |
| 2/16/2016 STR | Research re: amended pleading and Dismissal | 3.60 | 900.00 |
| 2/17/2016 DAS | Draft supplemental summary judgment motion; Conference call re: same | 4.20 | 1,050.00 |
| 2/17/2016 STR | Complete research and draft Motion for Leave to Amend | 2.40 | 600.00 |
| 2/18/2016 DAS | Draft supplemental summary judgment motion | 3.60 | 900.00 |
| 2/19/2016 SEW | Search OECI for Judge Waller's Order on sitting judge; Phone call to court for MSJ dates; Email to attorney | 0.50 | 62.50 |
| 2/19/2016 SEW | Review and revise Supplemental MSJ and Affidavits; Draft letter to Court; Phone call to Court; Prepare exhibits; Email to counsel | 1.20 | 150.00 |

Lite Solar LLC                                                                                         Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/19/2016 DAS | Finalize and file Supplemental Summary Judgment Motion; Call wtih Laura Richardson re: various issues; Call to Judge Breithaupt re: Summary Judgment Motion | | 4.00 | 1,000.00 |
| 2/22/2016 DAS | Legal research re: Motion to Amend Complaint under ORCP 23 v ORCP 54 dismissal of claim | | 3.00 | 750.00 |
| 2/23/2016 SEW | Draft Notice of Deposition for Kamana O'Kala | | 0.30 | 37.50 |
| 2/23/2016 DAS | Draft ORCP 54A Notice of Dismissal of Claim; Call with Laura Richardson re: same; Email correspondence with cleint re: same | | 1.50 | 375.00 |
| 2/24/2016 DAS | Emails with client and call to Milo Petranovich; Email research re: setting up receiver for money from customers | | 0.50 | 125.00 |
| 2/24/2016 DHL | Review complaint, answer, cited statutes, and subsequent pleadings to assist Atty Stanford in litigation | | 3.40 | 850.00 |
| 2/25/2016 DAS | Draft and file ORCP 54 Motion; Email correspondence with clients and opposing counsel to prepare for upcoming depositions, etc. | | 2.50 | 625.00 |
| 2/26/2016 STR | ORCP 54 Response research | | 3.10 | 775.00 |
| 2/26/2016 STR | Trial preparation/organization; Conference call | | 1.80 | 450.00 |
| 2/26/2016 DHL | Review local and California pleadings at direction of Atty Stanford (2.4); Prepare task list memorandum for trial preparation (0.6); Discussion with Atty Stanford re: retention of experts and discovery status (0.3); Participate in part of phone conference with client, California counsel and Atty Stanford (0.6) | | 3.90 | 975.00 |
| 2/26/2016 DAS | Legal research re: ORCP 54 issues and email correspondence re: same | | 2.00 | 500.00 |
| 2/27/2016 DAS | Case review and review email correspondence | | 0.70 | 175.00 |
| 2/28/2016 DAS | Call with client (.4); Prepare for depositions of employees | | 0.80 | 200.00 |

| | | |
|---|---|---|
| For professional services rendered | | $13,375.00 |
| Interest on overdue balance | | $121.34 |
| Total amount of this bill | | $13,496.34 |
| Previous balance | | $7,688.90 |
| **BALANCE DUE** | | **$21,185.24** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    14870
Issue date: 04/06/16
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2016 | STR | Deposition preparation | 6.60 | 1,650.00 |
| 3/2/2016 | DAS | Prepare for and take depositions of six former Lite Solar and Kamana employees (Grant Laughlin, Mike Middleton, Brian Arbizanni, Jessica, Brooke Young, Bret Stigle); Calls to and from David Luneke during same and re: same | 10.00 | 2,500.00 |
| 3/2/2016 | STR | Deposition of Former Lite Solar/Kamana O'Kala EE's | 9.50 | 2,375.00 |
| 3/2/2016 | DHL | Review file re: existing research (0.6); Research case law and treatises re: interference claims and damages (1.1); Discussion with Atty Rennie re: depositions, settlement status, and strategy (0.4) | 2.10 | 525.00 |
| 3/3/2016 | DAS | Communications with client regarding follow up to employee depositions | 0.40 | 100.00 |
| 3/3/2016 | STR | Rule 43(A) production of tangible things in discovery | 0.70 | 175.00 |
| 3/3/2016 | DHL | Review declarations, exhibits and memoranda re: factual background for assistance on MSJ and trial prep (1.1) | 1.10 | 275.00 |
| 3/4/2016 | SEW | Draft Notice of Deposition for Craft3 and David McClelland; Draft Depo Subpoena Duces Tecum for Craft3 and David McClelland; Emails to/from client; Emails to/from Petranovich | 1.00 | 125.00 |
| 3/4/2016 | DBH | Draft Subpoenas | 0.50 | 125.00 |
| 3/4/2016 | DAS | Legal research regarding ORCP 54 Motion; Prepare Reply; Review deposition of R. Sahni | 1.50 | 375.00 |
| 3/4/2016 | STR | Conference call re: depo recap | 1.40 | 350.00 |
| 3/4/2016 | STR | Email letter re: inspection of tangible property | 0.50 | 125.00 |
| 3/4/2016 | DHL | Discussion with Atty Stanford re: deposition notices and subpoenas of David McClelland and Kraft 3 representative (0.2); Prepare content for same (0.5); Identify and review declaration exhibits reflecting chronology of agreements and conduct (1.9) | 2.60 | 650.00 |
| 3/5/2016 | DAS | Review deposition of R. Sahni and D. Luneke | 1.20 | 300.00 |

Case 2:16-bk-19896-BB   Doc 233-1   Filed 05/08/18   Entered 05/08/18 17:57:25   Desc
Case 2:16-bk-19896-BB   Volume(s) RJN Part 2   16 Desc Main Document   Page 24 of
Volume(s) RJN Part 2   Pages 25 of 82
50

Lite Solar LLC                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/7/2016 | DAS | Prepare reply in support of ORCP 54A Motion; Conference with Atty Rennie regarding same; Call to Laura Richardson re: discovery; Review summary judgment opposition; Emails to and from clients; Review California motion to consolidate and incorporate into brief | 7.50 | 1,875.00 |
| 3/7/2016 | DBH | Call from Debbie Menashe re: subpoena and email to Atty Stanford re: same | 0.20 | 50.00 |
| 3/8/2016 | SEW | Email to client and opposing counsel re: discovery | 0.30 | 37.50 |
| 3/8/2016 | SEW | Prepare MSJ Binders for Attys and Judge; Upload new discovery to cloud and email to clients; Mark and produce additional discovery; Email to clients and opposing counsel re: missing bate numbers | 1.70 | 212.50 |
| 3/8/2016 | JRH | Prepare binder in triplicate for MSJ Hearing | 2.90 | 362.50 |
| 3/8/2016 | DAS | Call with Laura Richardson re: discovery; Review and produce discovery; Trial preparation; Calls with Serena Morones re: same and re: expert testimony; Review summary judgment opposition | 4.80 | 1,200.00 |
| 3/8/2016 | STR | Draft Answer to TP complaint | 0.50 | 125.00 |
| 3/8/2016 | STR | Review MSJ to prepare reply to response | 1.10 | 275.00 |
| 3/9/2016 | DAS | Call with ETO general counsel Debbie Menashe; Review ETO documents; Calls to client; Prepare for ETO deposition | 5.00 | 1,250.00 |
| 3/9/2016 | STR | Review and analyze opposition to MSJ | 2.00 | 500.00 |
| 3/10/2016 | SEW | Draft Deposition Notice for Schellerup; Email to Counsel; Schedule Court Reporter; Email to clients re: RFP; Phone call to Judge Roberts chambers to schedule ORCP 54 hearing | 0.70 | 87.50 |
| 3/10/2016 | DAS | Review deposition transcript of Ron Sahni; Calls with Laura Richardson re: discovery; Review email re: ETO deposition; Prepare for deposition of Pat Schellerup | 4.50 | 1,125.00 |
| 3/10/2016 | STR | Research for MSJ opposition | 1.10 | 275.00 |
| 3/11/2016 | DAS | Call with Laura Richardson re: discovery; Prepare for deposition of Pat Schellerup | 3.20 | 800.00 |
| 3/11/2016 | STR | Research re: MSJ response to opposition | 4.10 | 1,025.00 |
| 3/11/2016 | DHL | Discuss case status and trial tasks with Attys Stanford and Rennie (0.4); Work on assembling trial documents (0.5) | 0.90 | 225.00 |
| 3/12/2016 | STR | Research and structuring MSJ response to Orico | 4.20 | 1,050.00 |
| 3/14/2016 | DAS | Prepare for deposition of Pat Schellerup; Call with Laura Richardson | 7.00 | 1,750.00 |
| 3/14/2016 | STR | Confer with Atty Stanford re: Depositions/MSJ | 0.20 | 50.00 |
| 3/14/2016 | STR | Response to Opposition; Drafting and revise | 1.60 | 400.00 |

Lite Solar LLC                                                                                          Page      3

|            |     |                                                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/14/2016  | DHL | Discussion re: summary judgment reply with Atty Stanford (0.2); Discussion with Atty Rennie re: research status and analysis (0.3); Review pleadings re: same (1.3)                                                                                             | 1.80  | 450.00   |
| 3/15/2016  | PJN | Case strategy meeting                                                                                                                                                                                                                                         | 0.30  | 75.00    |
| 3/15/2016  | DAS | Prepare for deposition of Pat Schellerup; Calls and emails to client re: same; Review Reply in Support of Summary Judgment drafts and issues with Attys Lerner and Rennie                                                                                       | 5.00  | 1,250.00 |
| 3/15/2016  | STR | MSJ response preparation                                                                                                                                                                                                                                      | 8.80  | 2,200.00 |
| 3/15/2016  | DHL | Discussion with Atty Rennie and paralegal Williams re: summary judgment reply (0.4); Review summary judgment pleadings (2.8); Prepare outline of response brief and identify counter-arguments for reply (1.4); Outline reply brief arguments (0.8); Discussion with Attys Stanford and Rennie re: same (0.3) | 5.70  | 1,425.00 |
| 3/16/2016  | DAS | Prepare for deposition of Pat Schellerup; Calls to and from Laura Richardson re: same; Emails to client re: same; Prepare Reply in Support of Summary Judgment Motion                                                                                            | 5.60  | 1,400.00 |
| 3/16/2016  | STR | Summary of unsupported opposition facts; Unrebutted MSJ facts                                                                                                                                                                                                  | 2.10  | 525.00   |
| 3/16/2016  | STR | Research on effect of Statute of Frauds on Assignment/modification/implied assignment MSJ                                                                                                                                                                      | 3.50  | 875.00   |
| 3/16/2016  | STR | Draft Summary Judgment Opposition response                                                                                                                                                                                                                    | 3.10  | 775.00   |
| 3/16/2016  | DHL | Discussion with Attys Rennie and Stanford re: reply brief (0.5); Review pleadings and work on reply arguments (1.4); Prepare reply brief re: introduction and resolution of fact issues (2.1)                                                                   | 4.00  | 1,000.00 |
| 3/17/2016  | SEW | Locate and prepare Exhibits for Schellerup's deposition; research local rules for ex parte hearing on motion to compel; organize documents in from clients' email                                                                                               | 1.20  | 150.00   |
| 3/17/2016  | SEW | Received documents from Craft3, upload to Dropbox and email to clients; Pull all documents for Schellerup deposition; Draft letter for SLR 5.025 Notice; Draft Motion for SC Hrg on Motion to Compel; Phone conference with clients                              | 1.80  | 225.00   |
| 3/17/2016  | NJS | AR Review; Meeting with Atty Stanford                                                                                                                                                                                                                         | 0.50  | 125.00   |
| 3/17/2016  | DAS | Finalize Reply in Support of Summary Judgment Motion; Conference with Attys Lerner and Rennie re: same; Call to client re: same and revisions                                                                                                                   | 7.00  | 1,750.00 |
| 3/17/2016  | STR | MSJ reply                                                                                                                                                                                                                                                     | 4.50  | 1,125.00 |
| 3/17/2016  | STR | Conference call with client re: MSJ response and filing                                                                                                                                                                                                       | 0.40  | 100.00   |
| 3/17/2016  | DHL | Review summary judgment pleadings to identify arguments re: un-rebutted facts and IIER (1.7); Research case law re: interference and assignment of contracts (0.9); Prepare reply brief re: introduction and facts (0.8); Work on reply re: assignment claim (1.4); Work on reply re: interference for improper purpose or means (1.4); Work on reply re: policy argument (0.5); Review | 7.70  | 1,925.00 |

Lite Solar LLC

Page    4

| | | Hours | Amount |
|---|---|---|---|
| | reply brief for finalizing (0.6); Conference call with clients and Attys Stanford and Rennie re: reply filing, deposition strategy and motion to strike (0.4) | | |
| 3/18/2016 JRH | Prepare Exhibits for Depositions | 1.00 | 125.00 |
| 3/18/2016 DAS | Prepare for and attend ORCP 54 hearing; Conference with Milo Peteranovich and Laura Richardson re: same; Email to client re: same | 3.60 | 900.00 |
| 3/18/2016 STR | Research third party subpoena of expert | 3.40 | 850.00 |
| 3/18/2016 DHL | Review email correspondence from Atty Stanford re: Rule 54 motion (0.2); Review email correspondence from Atty Stanford, Stephen Weaver, Serena Morones, and client Sahni re: discovery, expert representation, and settlement (0.4) | 0.60 | 150.00 |
| 3/21/2016 DAS | Prepare for and attend deposition of Pat Schellerup; Email correspondence with client re: same | 6.50 | 1,625.00 |
| 3/21/2016 STR | Meet and Confer with Laura Richardson re: deposition dates and outstanding discovery | 0.30 | 75.00 |
| 3/21/2016 STR | Marwan re: requirements for computer review; Review K; Meet and confer with Laura Richardson at LP for expert discovery | 1.60 | 400.00 |
| 3/21/2016 DHL | Discussion with Atty Rennie re: trial preparation, motion status, and expert retention (0.3); Review correspondence with client re: discovery (0.2) | 0.50 | 125.00 |
| 3/22/2016 SEW | Upload depositions to Dropbox; Emails to/from clients; Continue preparing exhibits for deposition | 0.60 | 75.00 |
| 3/22/2016 PJN | Overall work related to summary judgment hearing; Work related to deposition preparation; Trial planning strategy | 4.40 | 1,100.00 |
| 3/22/2016 DBH | Research re: removal to federal court | 0.80 | 200.00 |
| 3/22/2016 STR | Review client docs for production | 0.90 | 225.00 |
| 3/22/2016 STR | Strategy review, set depo and trial prep | 0.80 | 200.00 |
| 3/22/2016 STR | Discovery; Meet and confer research re: Laura Richardson (2.0); Deposition preparation (3.3) | 5.30 | 1,325.00 |
| 3/22/2016 DAS | Prepare for deposition of Pat Schellerup and summary judgment | 14.00 | 3,500.00 |
| 3/22/2016 DHL | Discussions with Attys Stanford and Rennie re: pre-trial tasks and stay of trial (0.5); Research case law re: stay (0.8); Meeting with client Atty Weaver re: stay and trial strategy (1.3) | 2.60 | 650.00 |
| 3/23/2016 SEW | Phones calls and emails to/from Stanford re: video depos; review UTCR on Motion to Stay Proceedings and draft shell re: same; Follow up on Craft3 and ETO depositions | 1.10 | 137.50 |
| 3/23/2016 STR | Video Deposition Notice (.3); Document production for discovery (.3); Craft3, ETO Deposition notice dates (.2); Communication with client re: Meet and Confer Dave L. Lic. M. Gomez info (.2); Draft Motion to Stay/Continue (4.9); Draft Meet and Confer I. Richardson (.2) | 6.10 | 1,525.00 |

Lite Solar LLC                                                                                          Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/23/2016 | DAS | Prepare for and take deposition of Pat Schellerup; Prepare for summary judgment oral argument | 13.00 | 3,250.00 |
| 3/23/2016 | DHL | Research case law re: stay (1.2); Discuss tasks, background facts and California issues with Atty Rennie (0.4); Discuss motion with Attys Stanford and Weaver (0.4); Review summary judgment and dismissal pleadings to identify support for stay (1.1); Work on motion to stay re: motion and background facts and issues to be decided in California (2.7); Work on motion to stay re: legal argument and analysis of related cases (1.8); Prepare motion distinguishing from prior motion to dismiss (0.8) | 8.00 | 2,000.00 |
| 3/24/2016 | SEW | Email to Lane Powell re: production issues; Gather exhibits for Motion to Stay; Draft Declaration of DAS | 1.10 | 137.50 |
| 3/24/2016 | SEW | Email to Lane Powell re: production issues; Gather exhibits for Motion to Stay; Draft Declaration of DAS | 1.10 | 137.50 |
| 3/24/2016 | JRH | Assist with preparation of binders for hearings | 1.00 | 125.00 |
| 3/24/2016 | PJN | Trial preparation work; Conference with Atty Stanford | 0.30 | 75.00 |
| 3/24/2016 | DAS | Prepare for and attend oral argument on summary judgment motion; Prepare for ex parte motion on set over and stay by reviewing briefing | 4.50 | 1,125.00 |
| 3/24/2016 | DHL | Work on Lite Solar motion to stay (3.2); Discussion with Attys Weaver, Stanford and Rennie re: same (0.6); Work on declaration re: same (0.7); Prepare motion to incorporate Atty Weaver's revisions (0.3); Prepare for oral argument on motion to stay (0.4); Attend ex parte motion hearing re: stay and setover, and arrange hearing on motion to stay (1.4); Discuss case strategy with Attys Stanford and Weaver (0.4) | 7.00 | 1,750.00 |
| 3/25/2016 | PJN | Conference with Atty Stanford re: case status, claim status and go-forward strategy | 0.30 | 75.00 |
| 3/25/2016 | DHL | Discuss strategy concerning ORICO claim and discovery issues with Atty Rennie (0.6); Emails from Atty Stephen Weaver re: discovery and motion to stay (0.3); Research case law re: stay for reply brief (0.4); Analyze discovery disputes and conversation with Atty Rennie re: same (0.3) | 1.60 | 400.00 |
| 3/28/2016 | DAS | Multiple discovery matters; Emails to and from client and opposing counsel | 2.00 | 500.00 |
| 3/28/2016 | STR | M&C Email Laura Richardson, review, forward to DAS, and inquire with Client | 0.40 | 100.00 |
| 3/28/2016 | DHL | Participate in call with client and Attys Stanford and Rennie (0.8); Discussion with Attys Stanford and Rennie re: discovery, motion, and expert follow-up (0.3); Review email from Atty Stanford to client re: same (0.2); Review motion to stay and dismissal pleadings, and analyze reply issues (0.4); | 1.70 | 425.00 |
| 3/29/2016 | STR | Draft response to L. Richardson M&C letter | 2.70 | 675.00 |
| 3/30/2016 | DAS | Conference call with client re: discovery issues, expert, etc.; Call to attorney for Craft 3; Conference with Atty Rennie re: same; Review subpoenas to Banks and send out same; Review discovery request | 2.90 | 725.00 |

Lite Solar LLC                                                                    Page    6

| | | Hours | Amount |
|---|---|---|---|
| 3/30/2016 STR | Comments on discovery for Ron Sahni to Atty Stanford.(.5); Draft M&C letter to L. Richardson (.8); Respond to R. Sahni email re computer/doc production (.6); Conference call re: Discovery (.8); Redraft M&C Ltr. L. Richardson (1.1) | 3.80 | 950.00 |
| 3/30/2016 DHL | Participate in phone conference with clients and attys Stanford and Rennie re: expert retention and discovery (0.5); Review discovery correspondence from Atty Richardson and draft response from Atty Rennie and revise and comment (0.6); Discussion with Atty Stanford re: retention of experts and potential alternatives, and tasks to be performed before trial (0.4) | 1.50 | 375.00 |
| 3/31/2016 STR | M&C L. Richardson | 2.70 | 675.00 |
| 3/31/2016 DHL | Discussion with Atty Rennie re: discovery conferral (0.3); Review and revise conferral letter, and discuss discovery issues further with Atty Rennie (0.6); Research alternative forensic accounting experts (0.7) | 1.60 | 400.00 |

| | |
|---|---|
| For professional services rendered | $64,787.50 |

**Costs & Expenses**

| | | |
|---|---|---|
| 3/4/2016 | Witness Fee - David McClelland | 31.00 |
| 3/7/2016 | Deposition Transcript - Brett Stigile; Brian Arbizzani; Brooke Bano; Grant Laughlin; Jessica Kaplan; Mike Middleton. | 1,595.85 |
| | Process Server - Rose City Messenger to David McClelland | 65.00 |
| 3/8/2016 | Process Server - Deposition Subpoena Served on Craft3 (includes witness fee) | 214.25 |
| 3/11/2016 | Courier Service - Rose City Messenger | 12.00 |
| 3/23/2016 | Deposition Video Recording - Patrick Schellerup | 178.00 |

| | |
|---|---|
| Total Expenses | $2,096.10 |
| Interest on overdue balance | $197.88 |
| Total amount of this bill | $67,081.48 |
| Previous balance | $21,185.24 |
| 3/8/2016  Payment - Thank You. Check No. 2668 | ($7,688.90) |
| Total payments and adjustments | ($7,688.90) |
| **BALANCE DUE** | **$80,577.82** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



SLINDE NELSON STANFORD

# INVOICE

Invoice #:    15152
Issue date: 05/06/16
Terms: Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2016 | SEW | Draft deposition index and email client | 0.30 | 37.50 |
| 4/1/2016 | NJS | A/R; Meeting with Atty Stanford | | NO CHARGE |
| 4/1/2016 | STR | Craft3 Privilege Log request/receipt; Final meet and confer with L. Richardson | 0.40 | 100.00 |
| 4/1/2016 | DAS | Call to Doug Cushing re: Craft 3 deposition and documents; Email to Mr. Cushing re: same; Emails to client; Revise and send Request for Production; Emails to client | 1.70 | 425.00 |
| 4/4/2016 | DAS | Email correspondence to and from client on multiple issues, including California hearing, trial date, deposition schedule, motion to stay, etc.; Conference with Atty Rennie re: same | 1.50 | 375.00 |
| 4/5/2016 | SEW | Email to/from clients; Phone call to Court Reporter; Upload documents to Dropbox | 0.50 | 62.50 |
| 4/5/2016 | STR | Internal email re: conference call with L. Richardson | 0.20 | 50.00 |
| 4/5/2016 | STR | Meet and confer Call Laura Richardson; Likely motion to compel; Scheduling computer, ETO, Craft3; Review call with Atty Stanford | 1.70 | 425.00 |
| 4/5/2016 | DAS | Email correspondence to and from client on multiple issues | 0.40 | 100.00 |
| 4/5/2016 | DHL | Discussions with Atty Rennie re: discovery conferral, motion to stay and trial strategy | 0.50 | 125.00 |
| 4/6/2016 | STR | Review Ron Sahni Deposiiton | 1.60 | 400.00 |
| 4/6/2016 | STR | Conference call with client re: second MSJ; Motions to compel computers; PMK Depos; Craft3/ETO depos | 1.10 | 275.00 |
| 4/6/2016 | STR | Conference call with Milo and Laura re: extension; Expert discovery; Gomez information | 0.20 | 50.00 |
| 4/6/2016 | STR | Draft email to Laura/Milo re: conference call; Extension; ETO depos | 0.60 | 150.00 |

Lite Solar LLC                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/6/2016 | DAS | Conference call with client; Follow up meetings with Atty Rennie re: same; Emails from Laura Richardson; Email to Doug Cushing re: Craft 3; Conference with Atty Rennie re: discovery and motion to compel | 2.00 | 500.00 |
| 4/7/2016 | NJS | Meeting with Atty Stanford | 0.20 | 50.00 |
| 4/8/2016 | SEW | Email to/from Alex regarding Schellerup deposition transcript and upload to Dropbox | 0.40 | 50.00 |
| 4/8/2016 | STR | Communication with opposing counsel re: meet and confer document production; Expert computer review; Deposition scheduling | 0.40 | 100.00 |
| 4/8/2016 | STR | Communicate with ETO counsel re: documents and potential deposition skills | 0.20 | 50.00 |
| 4/11/2016 | STR | Internal email to Atty Stanford re: depo schedule | 0.20 | 50.00 |
| 4/11/2016 | STR | Communication with Richardson re:computer expert | 0.20 | 50.00 |
| 4/11/2016 | STR | Communicate with M. Nael re: CV and investigation protocol | 0.20 | 50.00 |
| 4/11/2016 | DAS | Email correspondence with client; Calls with client re: case status and results of California hearing; Conference with Atty Lerner re: same; Conference wit Atty Rennie re: deposition scheduling | 2.00 | 500.00 |
| 4/11/2016 | DAS | Email correspondence with client; Calls with client re: case status and results of California hearing; Conference with Atty Lerner re: same; Conference wit Atty Rennie re: deposition scheduling | 2.00 | 500.00 |
| 4/11/2016 | DHL | Discussion with Atty Stanford re: motion to stay and preparation of reply brief | 0.30 | 75.00 |
| 4/12/2016 | SEW | Initial draft of pro hac vice for Stephen Weaver; Emails to/from Alex; Upload additional discovery to Dropbox | 1.10 | 137.50 |
| 4/12/2016 | STR | Email with M. Nael re: date for expert; Conference with Atty Lerner re: RFA responses; Communication with opposing counsel re: expert review | 0.70 | 175.00 |
| 4/12/2016 | DAS | Multiple email communications with client re: pending matters; Phone conference; Conferences with Atty Rennie re: pending matters; Review discovery | 1.70 | 425.00 |
| 4/12/2016 | DHL | Emails from Attys Weaver and Stanford re: stay response and reply and events from California case (0.2); Emails and discussion with Atty Rennie and paralegal Williams re: responses to requests for admission (0.4) | 0.60 | 150.00 |
| 4/13/2016 | STR | Communicate with opposing counsel re: computer experts | 0.20 | 50.00 |
| 4/13/2016 | STR | Review ETO documents and deposition outline | 2.30 | 575.00 |
| 4/13/2016 | STR | Review CA medical record subpoena; Phone call Ron Sahni; Phone call Stephen Weaver | 1.30 | 325.00 |
| 4/13/2016 | DAS | Conferences with Atty Rennie re: case updates | 0.40 | 100.00 |

Lite Solar LLC                                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/14/2016 | STR | Conference call with client re: med. rec. sub. in CA | 1.60 | 400.00 |
| 4/14/2016 | STR | Review ETO documents and deposition outline | 0.80 | 200.00 |
| 4/14/2016 | STR | Communicate with client re: RFA's | 0.40 | 100.00 |
| 4/15/2016 | STR | Communicate with client re: Med Rec. Sub. | 0.30 | 75.00 |
| 4/15/2016 | STR | Communicate with opposing counsel re: computer; Communicate with computer expert on dates | 0.90 | 225.00 |
| 4/15/2016 | DAS | Review email correspondence with Lane Powell re: expert depositions; Review opposition to motion to stay | 0.30 | 75.00 |
| 4/15/2016 | SEW | Emails from/to clients re: Response Motion to Stay | 0.50 | 62.50 |
| 4/15/2016 | DHL | Preliminary review of plaintiff's opposition to defendants' motion to stay (0.3); Email from Atty Weaver re: motion for stay (0.2); Email and discussion with Atty Rennie re: response to Plaintiff's requests for admissions (0.2) | 0.70 | 175.00 |
| 4/17/2016 | STR | Request for admission answers | 2.80 | 700.00 |
| 4/18/2016 | STR | Debbie Menashe re: ETO Depo Dates | 0.10 | 25.00 |
| 4/18/2016 | STR | Internal Communication with Atty Lerner re: RFAs and Motion Opposing Stay | 0.30 | 75.00 |
| 4/18/2016 | STR | Communication with opposing counsel re: computer expert review | 0.30 | 75.00 |
| 4/18/2016 | STR | Communication with client re: RFA answer and objections | 0.30 | 75.00 |
| 4/18/2016 | STR | RFA response edits and finalization | 1.90 | 475.00 |
| 4/18/2016 | DHL | Review draft responses to requests for admission (0.4); Emails and discussion with Atty Rennie re: same (0.5); Review email correspondence from Stephen Weaver and Alex Bersudsky (0.2); Review requests for admission to Lite Solar and Luneke and revise answers (4.8); Finalize RFAs with Atty Rennie (0.6); Review motion for stay and plaintiff's response (0.4); Analyze issues for response (0.3) | 7.20 | 1,800.00 |
| 4/19/2016 | DAS | Conference with Atty Lerner re: response to motion to stay; Conference with Atty Rennie re: status of expert review | 0.60 | 150.00 |
| 4/19/2016 | STR | Communication with opposing counsel re: computer inspection | 0.50 | 125.00 |
| 4/19/2016 | STR | Communication with computer expert re: computer inspection protocol | 0.30 | 75.00 |
| 4/19/2016 | DHL | Review motion to stay arguments and case law (0.6); Review opposition to stay and supporting exhibits (1.7); Prepare notes for reply and questions for Atty Weaver (0.5); Email correspondence with Atty Weaver and discussion with Atty Stanford re: same (0.4); Research case law re: California equity, reliance on outside authority, and condition precedent analysis with IIER claims (2.5); Prepare outline of arguments and research notes for brief (1.0) | 6.70 | 1,675.00 |

Lite Solar LLC                                                                                              Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                       | Hours | Amount   |
|------------|-----|---|-------|----------|
| 4/20/2016  | SEW | Email to Laura Richardson re: additional discovery and prepare documents for production                                                                                                                                                                                                                                                                                                                  | 0.30  | 37.50    |
| 4/20/2016  | DAS | Update from Atty Rennie re: status of expert meeting and property owner letter                                                                                                                                                                                                                                                                                                                           | 0.40  | 100.00   |
| 4/20/2016  | STR | Revise RFP; Letter to opposing counsel re: DL EE agreement/indemnity                                                                                                                                                                                                                                                                                                                                     | 0.60  | 150.00   |
| 4/20/2016  | STR | Opposition to motion to stay review and analyze                                                                                                                                                                                                                                                                                                                                                          | 1.80  | 450.00   |
| 4/20/2016  | STR | Follow up with opposing counsel re April 19 conversation                                                                                                                                                                                                                                                                                                                                                 | 0.50  | 125.00   |
| 4/20/2016  | STR | Communication with computer expert re: computer review                                                                                                                                                                                                                                                                                                                                                   | 0.60  | 150.00   |
| 4/20/2016  | STR | Draft letter to hosts re: remitting payment                                                                                                                                                                                                                                                                                                                                                              | 0.80  | 200.00   |
| 4/20/2016  | SEW | Multiple emails to and from client re: Motion to Stay and Motion to Compel                                                                                                                                                                                                                                                                                                                               | 0.30  | 37.50    |
| 4/20/2016  | DHL | Discussion with Atty Rennie re: response brief and key disputes (0.4); Review pleadings re: Rule 21A(3) motion to dismiss (0.8); Work on reply in support of motion to stay re: prior motion to dismiss (1.6); Research case law re: same (0.8); Research case law re: issue and claim preclusion, and motions to stay (1.4)                                                                                 | 5.00  | 1,250.00 |
| 4/21/2016  | DHL | Review emails from Atty Weaver, Carter, and Bersudsky re: evidence of misstatements by plaintiff, with supporting documents and declaration of Paul Carter, and analyze to incorporate in reply brief for motion to stay (1.2); Review pleadings and research case law for reply re: conditions precedent argument (3.0); Prepare on reply brief re: condition precedent to liability and application of stay in those circumstance (3.5) | 7.70  | 1,925.00 |
| 4/22/2016  | STR | Computer review                                                                                                                                                                                                                                                                                                                                                                                          | 2.60  | 650.00   |
| 4/22/2016  | RH  | Correspondence to all counsel regarding Defendant Lite Solar's Reply Brief in Support of Motion to Stay                                                                                                                                                                                                                                                                                                   | 0.20  | 25.00    |
| 4/22/2016  | DHL | Work on reply brief re: motion to dismiss, discretion to stay, and lack of prejudice (4.8); Emails from Attys Weaver and Bersudsky, and client re: drafts of reply brief and supporting declarations (1.3); Discussion with Atty Rennie and computer forensics expert re: discovery (0.3); Discussion with Atty Stanford re: reply brief (0.3)                                                              | 6.70  | 1,675.00 |
| 4/25/2016  | STR | Research CA tax rules in conjunction with Oregon matter                                                                                                                                                                                                                                                                                                                                                  | 0.80  | 200.00   |
| 4/25/2016  | STR | Review motion re: Tax financial and investment memos                                                                                                                                                                                                                                                                                                                                                     | 1.00  | 250.00   |
| 4/25/2016  | RH  | Correspondence to Judge Roberts Regarding Defendant's Lite Solar's Reply Brief regarding Motion to Stay and Case Law                                                                                                                                                                                                                                                                                      | 0.40  | 50.00    |
| 4/25/2016  | DHL | Email correspondence with Attys Weaver, Bersudsky and Carter re: reply (1.6); Review recommended changes from Atty Weaver re: reply brief, make recommended revisions and supplement arguments as recommended (1.4); Phone calls and emails with Atty Carter re: California claims (0.4); Review prior pleadings, declarations and exhibits re: procedural history, prior representations by counsel, and bullet points reflecting overlapping issues (1.1); Prepare reply brief re: bullet points on | 7.60  | 1,900.00 |

Lite Solar LLC                                                                                    Page      5

|  |  | Hours | Amount |
|---|---|---|---|
|  | overlapping issues (2.7); Review and finalize reply for filing, and highlight cases for supplement to judge (0.4) |  |  |
| 4/25/2016 DAS | Review email correspondence relating to case status and stay motion; Conference with Attys Rennie and Lerner re: same | 0.50 | 125.00 |
| 4/26/2016 STR | Reviewing Luneke memos | 0.20 | 50.00 |
| 4/26/2016 DHL | Review and analyze Lite Solar reply brief in preparation for oral argument (0.5); Review correspondence to court, judge's chambers, opposing counsel, and client confirming service (0.2); Highlight portions of relevant case law for attachment with letter to court (0.2); Discussion with Atty Rennie re: motion to compel (0.4) | 1.10 | 275.00 |
| 4/27/2016 STR | Emails re: Quickbooks discovery; CA Discovery | 1.00 | 250.00 |
| 4/27/2016 STR | Internal conference with Atty Lerner re: discovery, MOCO, and expert review | 1.00 | 250.00 |
| 4/27/2016 STR | Communication with Atty Lerner re: inquiry from Sahni | 0.30 | 75.00 |
| 4/27/2016 DHL | Emails from Stephen Weaver, Alex Bersudsky, Ron Sahni and Attys Rennie and Stanford re: discovery (1.1); Discussion re: discovery and overall strategy with Atty Rennie (0.4); Additional discussion with Atty Stanford re: same (0.3); Review discovery pleadings re: service and motion to compel (0.5); Discussions with paralegal and Attys Rennie and Stanford re: service, motion to compel and trial strategy overall (0.8); Email client re: same (0.2) | 3.30 | 825.00 |
| 4/27/2016 STR | Research/outline MOCO response | 1.00 | 250.00 |
| 4/28/2016 STR | Discovery review; Deposition review; Expert follow up; Email to opposing counsel re: scheduling hearing | 0.40 | 100.00 |
| 4/28/2016 DHL | Discussion with Atty Rennie re: discovery (0.4); Review discovery pleadings and files to assess state of discovery overall (0.7); Prepare for oral argument on motion to stay (0.5) | 1.60 | 400.00 |
| 4/29/2016 STR | Research MOCO response | 1.20 | 300.00 |
| 4/29/2016 DHL | Review pleadings in preparation for oral argument (4.2); Attend oral argument (1.4); Email correspondence with client re: judge's ruling and further handling (0.6); Discussion with Atty Rennie re: same (0.3) | 6.50 | 1,625.00 |
| 4/29/2016 DAS | Attend hearing on Motion to Stay; Correspondence re: same | 1.00 | 250.00 |
| 4/29/2016 STR | Attend hearing MOST with Atty Lerner | 1.00 | 250.00 |
| 4/30/2016 STR | MOCO response; Research; Outline | 4.10 | 1,025.00 |
|  | For professional services rendered | 115.10 | $28,275.00 |

Lite Solar LLC

Page    6

### Costs & Expenses

| | | Amount |
|---|---|---:|
| 4/8/2016 | Deposition Transcript - Deposition of Patrick Schellerup; Transcript; Appearance fee; Exhibits scanned | 1,333.35 |
| 4/26/2016 | Courier Service - Rose City Messenger | 6.75 |
| | Total Expenses | **$1,340.10** |
| | Total amount of this bill | $29,615.10 |
| | Previous balance | $80,577.82 |
| 4/12/2016 | Payment - Thank You. Check No. 2724 | ($13,496.34) |

| | |
|---|---:|
| **BALANCE DUE** | **$96,696.58** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



**SLINDE NELSON STANFORD**

# INVOICE

Invoice #:    **15425**
Issue date: 06/06/16
Terms:  Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

---

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 5/2/2016 SEW | Phone call to court re: hearing transcript; Email from/to client | 0.30 | 37.50 |
| 5/2/2016 DHL | Email correspondence with client and Alex Bersudsky re: conference call on case strategy (0.3); Discussion with Atty Rennie re: motion to compel (0.5); Conference call with client and California counsel (0.8); Emails re: discovery (0.5) | 2.10 | 525.00 |
| 5/2/2016 NJS | Meeting with Atty Nelson re: AR | 0.60 | 180.00 |
| 5/2/2016 STR | Conference Call with client: Motion to Set Aside hearing recap; Craft3 Deposition/Privilege; Additional discovery requests; Forensic Accounting | 0.90 | 225.00 |
| 5/2/2016 STR | Draft Motion to Compel | 1.00 | 250.00 |
| 5/2/2016 STR | Communicate with opposing counsel re: motions to compel; Email to Marwan; Call to Paul Carter (VM); Review SWs edits to payment letter. | 0.60 | 150.00 |
| 5/3/2016 DHL | Discussion with Atty Rennie re: paypal records subpoena (0.2); Email correspondence with Alex Bersudsky, client, and Atty Rennie re: motion to compel and additional discovery issues (0.5) | 0.70 | 175.00 |
| 5/4/2016 DHL | Research case law re: attorney client privilege and waiver requirements (0.5) | 0.50 | 125.00 |
| 5/4/2016 STR | Motion to Compel Response; Outline; Draft | 3.70 | 925.00 |
| 5/4/2016 STR | Alex Bersudsky re: Craft3; Pay Pal Subpoena; Server production | 0.20 | 50.00 |
| 5/4/2016 RH | Index of records received from Kamana O'Kala | 4.00 | 500.00 |
| 5/5/2016 DHL | Discussion with Atty Rennie re: response to motion to compel (0.4); Review letter from Atty Rennie to Craft3 re: subpoenas (0.2); Review letter and proposed order from opposing counsel on motion to stay, with follow up correspondence with client (0.4) | 1.00 | 250.00 |
| 5/5/2016 STR | Email to Doug Cushing re: Craft3 production and deposition dates | 0.30 | 75.00 |
| 5/5/2016 STR | Communication with client and California counsel  re: Motion to Compel Documents in California action | 0.30 | 75.00 |

Lite Solar LLC                                                                                          Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 5/5/2016 STR | Draft Opposition to Motion to Compel | 7.00 | 1,750.00 |
| 5/6/2016 DHL | Email correspondence from client and Bersudsky re: discovery issues (0.4); Review response brief from Atty Rennie, make proposed revisions (0.9) Discussions and correspondence with Atty Rennie re: discovery and briefing (0.4) | 1.70 | 425.00 |
| 5/6/2016 STR | Internal communication with Atty Stanford re: discovery issues | 0.20 | 50.00 |
| 5/6/2016 STR | Email to Craft 3 re: scheduling deposition; Document production; ETO re: scheduling deposition | 0.40 | 100.00 |
| 5/6/2016 STR | Draft Opposition to Motion to Compel | 4.00 | 1,000.00 |
| 5/6/2016 SEW | Travel to court to obtain transcript; Phone call to Naegeli and travel to for expedited transcription - prepare forms | 1.10 | 137.50 |
| 5/9/2016 DHL | Email correspondence from client and Atty Weaver re: revisions to opposition brief and discovery issues (0.6); Phone call from Atty Weaver re: same (0.2); Discussions with Atty Rennie re: privilege and relevance arguments in opposition to motion to compel (0.4); Discussion with Atty Nelson re: discovery issues and retention of expert (0.2) | 1.40 | 350.00 |
| 5/9/2016 STR | Draft and review Joint Letter to hosts; Send same to opposing counsel; Respond to opposing counsel | 0.60 | 150.00 |
| 5/9/2016 STR | Scheduling phone call with ETO general counsel | 0.10 | 25.00 |
| 5/9/2016 STR | Draft Opposition to Motion to Compel Documents | 3.60 | 900.00 |
| 5/9/2016 STR | Research waiver | 3.50 | 875.00 |
| 5/9/2016 STR | Review CA motions from Paul Carter for use in response to motion | 1.10 | 275.00 |
| 5/10/2016 SEW | Draft revised Notice of Deposition for Craft3 and ETO; Draft Notice of Appearance; Email to clients re: transcript of hearing | 0.80 | 100.00 |
| 5/10/2016 DHL | Review and revise opposition to motion to compel (2.8); Review correspondence between Atty Rennie and Atty Carter (0.4) | 3.20 | 800.00 |
| 5/10/2016 STR | Email to Doug Cushing confirming deposition date; Internal communication re: scheduling | 0.10 | 25.00 |
| 5/10/2016 STR | Email to Paul Carter re: Declaration for motion response | 0.10 | 25.00 |
| 5/10/2016 STR | Review declaration of Paul Carter; Revise draft of response to Motion to Compel Documents | 1.50 | 375.00 |
| 5/10/2016 STR | Declaration of Scott Rennie; Revise draft of response to Motion to Compel | 1.40 | 350.00 |
| 5/10/2016 STR | Review dates for deposition Subpoenas and email to client re SW pro hac vice admission | 0.20 | 50.00 |
| 5/10/2016 STR | Draft Response to Motion to Compel Discovery | 1.20 | 300.00 |

Lite Solar LLC  Page   3

|  |  | Hours | Amount |
|---|---|---|---|
| 5/10/2016 STR | Internal communication with Atty Stanford re: Response to Motion to Compel | 0.20 | 50.00 |
| 5/11/2016 PJN | Meeting regarding case strategy and expert retention | 0.20 | 60.00 |
| 5/11/2016 DHL | Emails from client and Atty Rennie re: updated draft and declarations for response to motion to compel (0.4); Email and phone correspondence with Atty Rennie re: revisions to response brief on motion to compel (0.7); Additional follow up call with Atty Rennie and review of briefing and declaration with comments (0.5) | 1.60 | 400.00 |
| 5/11/2016 NJS | Case update; AR discussion | 0.50 | 150.00 |
| 5/11/2016 STR | STR Declaration Exhibit List; Email to P. Carter re: declaration; P. Carter Exhibit List and edits | 0.50 | 125.00 |
| 5/11/2016 STR | Review Luneke statements re: expert; Edit Response to Motion to Compel | 0.60 | 150.00 |
| 5/11/2016 STR | Client Communication email re: Response to Motion to Compel; and third party depositions | 0.20 | 50.00 |
| 5/11/2016 STR | Client Communication email re: Response to Motion Compel; Third party depositions | 0.70 | 175.00 |
| 5/11/2016 SEW | Review, revise and format Response MTC and supporting declarations; Prepare exhibits for supporting declarations | 1.10 | 137.50 |
| 5/12/2016 DHL | Email from paralegal re: entry of order (0.2); Email correspondence with Atty Weaver re: contact with potential experts (0.2); Follow up call to potential expert Serena Morones (0.2); Review issues for trial preparation, and research case law re: litigation privilege (1.5) | 2.10 | 525.00 |
| 5/12/2016 STR | Document review and call w/ ETO in-house re: procedures, powerclerk; Internal investigation triggers; Various deposition topics | 0.80 | 200.00 |
| 5/12/2016 STR | Review Notice of Deposition and Subpoena | 0.30 | 75.00 |
| 5/12/2016 SEW | Email to Opposing counsel re: MTC; Email to Client | 0.20 | 25.00 |
| 5/13/2016 DHL | Call from expert Serena Morones re: retention issues (0.2) | 0.20 | 50.00 |
| 5/13/2016 STR | Deposition scheduling | 0.20 | 50.00 |
| 5/15/2016 STR | Client communication with S. Weaver re: deposition schedule; pending discovery; Pro Hac Vice | 0.70 | 175.00 |
| 5/16/2016 DAS | Conference with Attys Rennie and Lerner re: status (.4); Call with Stephen Weaver and Mr. Sahni (.4) | 0.80 | 200.00 |
| 5/16/2016 DHL | Review email correspondence between Attys Weaver and Rennie re: depositions (0.3); Discussion with Atty Rennie re: same, contempt motion, discovery, and litigation privilege briefing (0.4); Identify sample contempt motions for Atty Rennie (0.2); Email paralegal Williams re: MSJ hearing transcript for trial brief use (0.2); Follow up call to expert Morones re: retainer and continuing work (0.2); Discussion with Atty Nelson re: alternative experts (0.2); Participate in phone conference with Atty Stanford and client re: experts and discovery (0.4) | 1.90 | 475.00 |

Lite Solar LLC                                                                                    Page     4

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/16/2016 STR | Communication with opposing counsel re: scheduling depositions | | 0.50 | 125.00 |
| 5/16/2016 NJS | Case update | | 0.30 | 90.00 |
| 5/17/2016 SEW | Multiple emails to opposing counsel re: deposition and Middleton witness fee; Email to Doug Cushing of Craft3 re: rescheduling depositions; Draft Depo Notice and Subpoena for Kamana O'Kala and Arianna Ogdahl; Phone call to OSB re: pro hac vice | | 1.60 | 200.00 |
| 5/17/2016 DAS | Conference with Atty Lerner re: case status and conversations with Serena Morones; Review email correspondence | | 0.40 | 100.00 |
| 5/17/2016 DHL | Emails with Serena Morones re: retention (0.4); Discussion with Atty Stanford re: expert handling and litigation privilege defense and trial theme (0.2); Follow up with paralegal Williams re: hearing transcript for use in trial brief (0.2) | | 0.80 | 200.00 |
| 5/17/2016 STR | Scheduling ETO deposition | | 0.40 | 100.00 |
| 5/18/2016 SEW | Email to/from Stephen Weaver; Meeting with Attys re: pro hac and email to Richardson; Order MSJ transcript; Revise Motion and Order for Admissions; Email to client re: Gomez subpoena | | 0.80 | 100.00 |
| 5/18/2016 DAS | Review email correspondence relating to Craft 3, Pro Hac admission of Stephen Weaver and expert retention | | 0.40 | 100.00 |
| 5/18/2016 DHL | Discussion with paralegal Williams re: pro hac vice admission of Stephen Weaver (0.2); Email with Atty Rennie re: same (0.2); Call expert Serena Morones re: potential retention (0.6); Follow up email correspondence with Morones re: same (0.2); Emails with Atty Weaver re: experts (0.2) | | 1.40 | 350.00 |
| 5/18/2016 STR | S. Weaver pro hac vice document pick up at Oregon State Bar; Email; Review pro hac vice documents | | 0.70 | 175.00 |
| 5/19/2016 DAS | Confernece call with Stephen Weaver re: case status and multiple issues; Email correspondence | | 1.70 | 425.00 |
| 5/19/2016 DHL | Multiple emails with Attys Bersudsky, Weaver, and Stanford re: new expert and discovery (0.7); Follow up with paralegal and Atty Rennie re: same (0.2) | | 0.90 | 225.00 |
| 5/19/2016 STR | Email to Doug Cushing re: Craft3 document production | | 0.30 | 75.00 |
| 5/20/2016 STR | Email to opposing counsel re: PMK Deposition; Server production; QuickBooks file passwords; Review bank subpoenas | | 0.70 | 175.00 |
| 5/20/2016 DAS | Conference with Atty Rennie and Selma Williams re: bank subpoenas and deposition scheduling | | 0.50 | 125.00 |
| 5/20/2016 SEW | Email to Counsel re: Notice of Third-party Subpoenas | | 0.20 | 25.00 |
| 5/23/2016 DAS | Conference with Atty Rennie re: case status, depositions, subpoenas and key dates; Review letter to property owners and email to Milo Petranovich re: same; Email correspondence with client; Conference with Atty Lerner re: dates and motion to compel | | 0.70 | 175.00 |

Lite Solar LLC                                                                                    Page    5

|              |     |                                                                                                                                                                                              | Hours | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/23/2016 | STR | Communication with Atty Stanford re: depositions, case update; Email to opposing counsel; Phone conversation with opposing counsel; Email to client re: all QuickBooks production. | 1.60 | 400.00 |
| 5/23/2016 | STR | Review stipulated protective order; Review Milo's letter to Craft3; Send to client | 0.80 | 200.00 |
| 5/23/2016 | STR | Draft Deposition Notices and Subpoenas | 1.10 | 275.00 |
| 5/23/2016 | DHL | Discussions with Atty Stanford re: discovery, trial prep and use of expert (0.4); Look over draft deposition notice to Craft3 witness (0.3); Discussion with Atty Rennie re: same (0.2) | 0.90 | 225.00 |
| 5/23/2016 | SEW | Emails to/from Atty Stanford re: depo notice and scheduling; Email to Client | 0.30 | 37.50 |
| 5/24/2016 | SEW | Email to Client; Search and pull all quickbook/payroll bate numbers; Draft deposition index | 1.40 | 175.00 |
| 5/24/2016 | STR | Review emails; Internal communication re: production to client | 0.20 | 50.00 |
| 5/24/2016 | STR | Review request for production re: QuickBooks; Quick review of produced files for printing | 1.20 | 300.00 |
| 5/24/2016 | STR | Chain of custody form; Email to opposing counsel re: server production | 0.50 | 125.00 |
| 5/24/2016 | STR | Edits to Deposition Subpoenas | 0.20 | 50.00 |
| 5/24/2016 | STR | Phone call and email to opposing counsel re: server production | 0.40 | 100.00 |
| 5/24/2016 | PJN | Case strategy meeting | 0.50 | 150.00 |
| 5/24/2016 | DAS | Conference with Attys Rennie, Nelson and Lerner re: status of case; Email correspondence with client | 1.00 | 250.00 |
| 5/24/2016 | DHL | Review chain of custody prepared by Atty Rennie (0.2); Conference with Attys Nelson, Stanford, and Rennie re: case management (0.6); Email from Attys Rennie and Richardson re: chain of custody for computers (0.2) | 1.00 | 250.00 |
| 5/25/2016 | DHL | Emails with Atty Weaver re: Craft3 (0.2); Discussion with Atty Rennie re: computer discovery (0.2); Receive and review Kamana reply re: motion to compel (0.4) | 0.80 | 200.00 |
| 5/25/2016 | DAS | Conference with Atty Lerner; Call to Milo Petranovich; Conference with Atty Rennie re: ETO deposition | 0.60 | 150.00 |
| 5/25/2016 | PJN | Various trial preparation work | 0.50 | 150.00 |
| 5/26/2016 | DAS | Call with Stephen Weaver; Call with Milo Petranovich; Email to clients | 2.50 | 625.00 |
| 5/26/2016 | STR | Communication with opposing counsel re: documents to be produced relating to motion to compel; Internal communication re: motion to compel | 0.20 | 50.00 |
| 5/26/2016 | STR | Begin QuickBooks review | 0.50 | 125.00 |
| 5/26/2016 | DHL | Emails from Attys Weaver and Stanford re: depositions and discovery (0.4); Discussion with Atty Stanford re: same (0.2) | 0.60 | 150.00 |

Lite Solar LLC

Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/27/2016 | SEW | Review and revise Notice of Depo and exhibit for Craft3 & ETO; Email to opposing counsel; Emails to client | 0.60 | 75.00 |
| 5/27/2016 | SEW | Email to/from Paul Carter re: MTC Declaration; Email to opposing counsel; Emails to/from Atty Lerner | 0.50 | 62.50 |
| 5/27/2016 | STR | Review reply to Motion to Compel Discovery | 1.00 | 250.00 |
| 5/27/2016 | STR | Discovery organization re: QuickBooks | 1.00 | 250.00 |
| 5/27/2016 | DHL | Email correspondence from Attys Weaver and Stanford re: depositions (0.5); Discussion with Atty Rennie re: motion to compel (0.3) | 0.80 | 200.00 |
| 5/27/2016 | DAS | Review emails and conference with Attys Lerner and Rennie re: Motion to Compel | 0.50 | 125.00 |
| 5/31/2016 | SEW | Emails to/from Client re: Deposition Subpoenas; Emails to Attys Eckert, Cushing, and Petronovich; Email and phone calls to Naegali | 0.90 | 112.50 |
| 5/31/2016 | STR | Internal communication with Atty Stanford re: Document Production; Motion to Compel Discovery Defense Prep; Deposition Scheduling | 0.50 | 125.00 |
| 5/31/2016 | STR | Motion to Compel Discovery Defense Prep; Internal review with Atty Stanford | 5.40 | 1,350.00 |
| 5/31/2016 | STR | Email to Doug Cushing re: Brad Huston Deposition | 0.50 | 125.00 |
| 5/31/2016 | STR | Stephen Weaver Call; Conference with Stephen Weave and Atty Stanford; Call Doug Cushing | 0.40 | 100.00 |
| 5/31/2016 | DHL | Review correspondence between Attys Stanford and Weaver and client Sahni for status of discovery and deposition issues (0.8); Discussions with Atty Rennie re: depositions and motions to compel (0.6); Email Atty Weaver re: same (0.2); Phone calls with Atty Weaver re: discovery, depositions, motion to compel, and notices (1.6); Emails with Atty Weaver and Alex Bersudsky re: deposition notices (0.5); Review and revise deposition notices (0.6); Phone calls and emails with Atty Cusing re: Craft3 deposition with Atty Rennie (0.4); Emails with Atty Marie Eckert re: deposition for ETO (0.5); Follow up discussions with Atty Rennie and paralegal Williams re: deposition notices and compel hearing (0.5); Email correspondence with client Sahni re: Quickbooks (0.2) | 6.00 | 1,500.00 |

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 109.40 | $25,755.00 |

Costs & Expenses

| | | Amount |
|---|---|---|
| 5/6/2016 | Transcript Fee - State of Oregon; Certified Copy | 15.00 |
| 5/9/2016 | Deposition Transcript - Naegeli; E-Technology Transcript | 325.20 |
| 5/26/2016 | Transcript Fee - Multnomah Court | 10.00 |
| 5/27/2016 | Production - Streamline Imaging - Binder production | 200.88 |
| | Witness Fee - Energy Trust of Oregon | 35.00 |

Lite Solar LLC                                                                                    Page      7

|                                                        | Amount        |
|--------------------------------------------------------|---------------|
| Total Expenses                                         | **$586.08**   |
| Interest on overdue balance                            | **$14.56**    |
|                                                        |               |
| Total amount of this bill                              | **$26,355.64** |
| Previous balance                                       | $96,696.58    |
| 5/16/2016 Payment - Thank You. Check No. 2784          | ($60,000.00)  |
| Total payments and adjustments                         | ($60,000.00)  |
|                                                        |               |
| **BALANCE DUE**                                        | **$63,052.22** |

Please make all amounts payable to:  Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express
Tax ID# 26-3926809

Please pay within 15 days.  18.0% simple annual interest will be charged every 30 days.



# INVOICE

Invoice #:    **15699**
Issue date: 07/08/16
Terms: Net 15 Days

Lite Solar LLC
7837 SW Arborlake Drive
Wilsonville, OR 97070

In Reference To:   Kamana O'Kala Litigation

### Professional Services

|  | Hours | Amount |
|---|---|---|
| 6/1/2016 SEW  Phone call from/to Bank of America re: subpoena; Emails to/from client re: transcript | 0.50 | 62.50 |
| 6/1/2016 DHL  Review pleadings in advance of hearing on motion to compel (0.7, no charge); Meet Atty Rennie and attend motion to compel hearing, with conferral on discovery with Atty Petronovic (1.2, no charge); Review correspondence from Atty Weaver re: deposition subpoena, and follow up re: same (0.5); Prepare email summary of motion to compel hearing and discovery status (0.7); Phone call to Atty Eckert re: ETO deposition (0.2); Phone call and emails with Atty Weaver re: depositions and production (1.6); Calls with Marie Eckert re: ETO deposition (0.4); Call Doug Cushing re: same (0.3) [Total no charge 1.9] | 3.70 | 925.00 |
| 6/1/2016 STR  Final hearing preparation for motion to compel; Motion to compel hearing; Discussion for proposed settlement of issue with opposing attorney Petranovich prior to hearing; Hearing summary to client | 3.00 | 750.00 |
| 6/1/2016 STR  Communication with Craft3 attorney Cushing re: Craft3 person most knowledgeable deposition. | 0.10 | 25.00 |
| 6/1/2016 STR  Review previously produced QuickBooks files | 0.50 | 125.00 |
| 6/2/2016 SEW  Email from/to Umpqua Bank re: Subpoena; Email to/from client re: same; Phone call and email to Naegali cancelling deposition scheduled for 6/3/16 | 0.50 | 62.50 |
| 6/2/2016 SEW  Multiple Emails to/from attorneys re: Craft3 Deposition; Revise Notice and Subpoena; Schedule Ct Reporter; Emails to Petronavich; Phone call from Weaver | 1.20 | 150.00 |
| 6/2/2016 DAS  Status update from Attys Lerner and Rennie re: case; Call to Milo Petranovich | 0.40 | 100.00 |
| 6/2/2016 DHL  Email correspondence with Atty Eckert re: ETO deposition (0.2); Emails from Atty Weaver and Ron Sahni re: Quickbooks access and depositions (0.6); Email Atty Stanford re: same (0.2); Phone and email correspondence with Doug Cushing and Atty Weaver re: Craft3 depositions (0.5); Discussion with Atty Stanford and Atty Rennie re: case handling (0.3); Email to Atty Weaver re: deposition scheduling (0.3); Phone and email correspondence with Atty Petranovic re: deposition | 2.90 | 725.00 |

Lite Solar LLC                                                                                     Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | scheduling (0.3); Emails with Atty Weaver re: Craft3 deposition and conference (0.5) | | |
| 6/2/2016 | STR | Discovery Review; internal communication with attorney Lerner and Stanford re: extent of court ordered production. | 1.70 | 425.00 |
| 6/3/2016 | SEW | Prepare additional docs for Craft3 deposition; Emails from/to Weaver; Review Craft3 production and locate prior correspondence | 0.70 | 87.50 |
| 6/3/2016 | DAS | Call with Milo Petranovich; Conference with Atty Weaver and David Luneke; Trial preparation with Atty Weaver and Dave Luneke and Atty Lerner; Call to Mr. Sahni re: same | 4.60 | 1,150.00 |
| 6/3/2016 | DHL | Emails correspondence with Doug Cushing and Atty Weaver (0.3); Meeting with Attys Weaver, Stanford and Dave Luneke re: depositions and trial strategy (2.7); Emails from Atty Stanford and client Sahni re: discovery and trial issues (0.5); Conference call with client Sahni (0.4) | 3.90 | 975.00 |
| 6/3/2016 | STR | Review Luneke Memos for Litigation Privilege relevance and potential privileged communications | 2.20 | 550.00 |
| 6/3/2016 | STR | Take control of Servers from Lane Powell as part of discovery production | 1.40 | 350.00 |
| 6/6/2016 | DHL | Emails from Alex Bersudsky re: subpoenas (0.4); Emails and discussion with Atty Rennie re: motion to compel obligations (0.3) | 0.70 | 175.00 |
| 6/6/2016 | STR | Review QuickBooks Discovery; internal communications with Atty. Lerner re: production of Lite Solar financials per Court Order | 1.60 | 400.00 |
| 6/7/2016 | SEW | Review several emails from Alex & Stephen; Schedule Court reporter for Schellerup depo; Emails to client re: same; Revise draft of Depo Notice & Subpoena for Schellerup | 0.80 | 100.00 |
| 6/7/2016 | DAS | Call with Milo Petranovich re: Quickbooks; Call with Stephen Weaver re: same; Email correspondence re: same | 1.00 | 250.00 |
| 6/7/2016 | DHL | Email and phone correspondence with Atty Weaver re: Quickbooks discovery, motion to compel, and depositions (0.6); Email to Atty Eckert re: ETO deposition (0.2); Emails with Atty Rennie and paralegal Williams re: Kamana PMK deposition (0.4); Draft initial framework of Kamana PMK notice and email Atty Weaver re: same (0.5); Email Attys Stanford and Rennie re: handling responsive documents for motion to compel (0.4) | 2.10 | 525.00 |
| 6/7/2016 | STR | Further review of Dave Luneke Memos for privileged communications for potential in camera review by Court | 1.10 | 275.00 |
| 6/8/2016 | SEW | Email to opposing counsel re: service list; Email to clients re: proposed order on MTC | 0.30 | 37.50 |
| 6/8/2016 | DHL | Emails and discussion with Atty Stanford re: litigation budget and trial tasks (0.5); Email from Lori Hoffman re: Quickbooks (0.2); Emails from client Sahni, and Attys Stanford and Weaver re: Quickbooks access (0.9); Email from Atty Weaver on order re: motion to compel (0.2); Email Attys Stanford and Rennie and paralegal Williams re: same (0.2) | 2.10 | 525.00 |

Lite Solar LLC                                                                                                    Page    3

|  |  | Hours | Amount |
|---|---|---|---|
| 6/8/2016 STR | Discovery at Lane Powell to oversee retrieval of Kamana O'Kala Cloud Stored QuickBook files | 1.70 | 425.00 |
| 6/8/2016 STR | Quick review of proposed order motion to compel, forward proposed order to client | 0.20 | 50.00 |
| 6/8/2016 DAS | Email correspondence re: Quickbooks inspection; Review materials from Alex re: Texas sale and explanation and incorporate as trial exhibit | 2.30 | 575.00 |
| 6/8/2016 PJN | Assist in trial prep issues | 0.30 | 75.00 |
| 6/9/2016 SEW | Email from/to Sahni; Email request to court for MTC hearing transcript | 0.30 | 37.50 |
| 6/9/2016 STR | Client communication (email) re: Proposed Order on motion to compel from opposing counsel; Client communication (phone) Stephen Weaver re: bad password for Kamana QuickBooks | 1.10 | 275.00 |
| 6/9/2016 DAS | Follow up email correspondence re: Quickbooks inspection | 0.50 | 125.00 |
| 6/10/2016 SEW | Email from/to Alex re: Defs 2nd Request for Production | 0.20 | 25.00 |
| 6/10/2016 STR | Redline proposed order for Motion to Compel Production of documents; Client communication with Steven Weaver re: redlines to proposed order for motion to compel the production of documents | 1.80 | 450.00 |
| 6/10/2016 DAS | Email correspondence with client re: Quickbooks and password exchanges; Call to Milo Petranovich re: same; Conferences with Attys Rennie and Lerner re: same | 1.30 | 325.00 |
| 6/12/2016 DAS | Review email correspondence re: Motion to Compel and revisions of Declarations | 0.80 | 200.00 |
| 6/13/2016 STR | Review and provide comments on expert declaration for motion to compel; review emails for my declaration in support of motion to compel; Client communication re: Proposed Order for the motion to compel. | 1.00 | 250.00 |
| 6/13/2016 DHL | Review multiple emails from client Sahni, Attys Weaver and Stanford and Alex Bersudsky re: Quickbooks production, hearing transcript, and order on motion to compel (0.9); Discussion with Attys Stanford and Rennie re: motion and discovery status and further handling (0.4) | 1.30 | 325.00 |
| 6/13/2016 STR | Communication with opposing counsel re: Motion to Compel QuickBooks, and Proposed Order (phone and email); Communication to Client re: Proposed order | 1.00 | 250.00 |
| 6/13/2016 STR | Review Motion to Compel discovery of QuickBooks, edit | 0.30 | 75.00 |
| 6/13/2016 DAS | Draft Motion to Compel and associated Declarations; Email correspondence and phone calls re: same | 3.00 | 750.00 |
| 6/13/2016 PJN | Trial work | 0.20 | 50.00 |

Lite Solar LLC                                                                                          Page     4

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/14/2016 | SEW | Sort and review pleadings file and upload all word documents to Dropbox per Alex request; Email from/to Weaver re: court reporter; Prepare form for Naegeli re: Motion to Compel Transcript including phone call and personal drop off | 1.30 | 162.50 |
| 6/14/2016 | STR | Confer on proposed order for motion to compel with opposing counsel; forward with email to client and Attorneys Lerner and Stanford. | 0.40 | 100.00 |
| 6/14/2016 | DHL | Email correspondence with Attys Weaver and Stanford, Alex Bersudsky and client Sahni re: motion to compel (2.6); Review and revise motion and declaration of Gary Babick (0.3); Email correspondence with Atty Weaver and client Sahni re: deposition of McClelland (0.4); Phone call with Atty Weaver re: motion to compel and follow up with Quickbooks discovery (0.7); Emails and discussions with paralegal Williams re: same (0.4); Email Atty Eckert re: ETO deposition (0.2); Email Atty Stanford with summary of issues (0.2) | 4.80 | 1,200.00 |
| 6/14/2016 | DAS | Review correspondence relating to Motion to Compel and associated Declarations; Call with Stephen Weaver re: same; Review present drafts | 4.00 | 1,000.00 |
| 6/14/2016 | PJN | Trial prep work | 0.20 | 50.00 |
| 6/15/2016 | SEW | Multiple phone calls to Judge Robert's Chambers; Revise DAS declaration; Prepare exhibits to DAS declaration; Prepare all COS and Declarations for filing; Draft Petition and Order for Expedited hearing; Revise and prepare ETO Depo Notice and Subpoena for service; Schedule Court Reporter; Multiple emails from/to clients and opposing counsel | 2.10 | 262.50 |
| 6/15/2016 | DAS | Call to Milo Petranovich re: Motion to Compel; Call to Court re: Motion to Compel; Finalize and file Motion to Compel; Argue Motion to Compel with Court over phone; Emails to client re: same | 4.00 | 1,000.00 |
| 6/15/2016 | STR | Client communication S. Weaver re Declaration for Lite Solar motion to compel QuickBooks. | 0.30 | 75.00 |
| 6/15/2016 | DHL | Email from Atty Weaver re: Alpine Mortgage subpoena (0.2); Email correspondence from Attys Weaver and Rennie re: motion to compel declarations (0.8); Discussions with Atty Stanford and paralegal Williams re: motion to compel filing (0.2); Email correspondence from Attys Eckert and Weaver re: ETO deposition (0.3); Research standard and special jury instructions and prepare outline re: same (2.1); Discussion with Atty Stanford re: Judge Roberts' ruling on expedited motion to compel, with follow up emails from client and Atty Weaver re: same (0.6); Review emails from Attys Rennie and Richardson re: quickbooks (0.2) | 4.40 | 1,100.00 |
| 6/15/2016 | STR | Internal Communication with Attorney Stanford re: Proposed Order on Motion to Compel | 0.40 | 100.00 |
| 6/15/2016 | STR | Communication with opposing counsel re: proposed order for production of documents; re: discovery issues with QuickBooks discovery. | 0.40 | 100.00 |
| 6/15/2016 | PJN | Trial work | 1.20 | 300.00 |
| 6/16/2016 | SEW | Email to opposing counsel and Marie Ekert re: ETO Subpoena | 0.20 | 25.00 |

Lite Solar LLC                                                                                    Page    5

|  |  | Hours | Amount |
|---|---|---|---|
| 6/16/2016 DAS | Call from client re: iMac and multiple emails re: iMac; Conference with Atty Lerner re: case status and trial documents; Calls and emails with Milo Petranovich | 2.00 | 500.00 |
| 6/16/2016 DHL | Emails from paralegal Williams re: McClelland deposition (0.2); Review emails from Attys Stanford, Richardson, Rennie, and Weaver and client Sahni re: Quickbooks investigation (0.5); Review emails from Atty Weaver re: Kamana PMK deposition (0.2); Phone call and email correspondence with Atty Weaver re: subpoena duces tecum and deposition notices (0.5); Research rules and treatises re: same (0.6); Email correspondence with Atty Weaver re: form of order compelling production (0.3) | 2.30 | 575.00 |
| 6/17/2016 SEW | Multiple emails to/from Alex and Stephen re: depositions; Prepare exhibits for McClelland deposition; Phone call to Alex re: additional depositions; Emails to Naegeli re: scheduling; Mtg with Atty Lerner re: scheduling | 1.40 | 175.00 |
| 6/17/2016 SEW | Revise deposition subpoenas for Alpine, Pacific Mortgage, Martinez, YRC Worldwide (1.0); Draft Notice of Deposition (.5) | 1.50 | 187.50 |
| 6/17/2016 DAS | Multiple calls to and from Milo Petranovich and Bilal Nael re: Quickbooks; Emails to client re: same; Begin trial preparation by reviewing key documents | 2.50 | 625.00 |
| 6/17/2016 STR | Assisted Atty Lerner preparing for 6/20 ETO deposition | 2.70 | 675.00 |
| 6/17/2016 DHL | Phone message from Alex Bersudsky, and emails from client Sahni and Attys Weaver and Stanford re: quickbooks, depositions, and litigation budget (0.6); Multiple emails from Alex Bersudsky re: ETO deposition exhibits and issues from Atty Weaver and Alex Bersudsky with review of attachments (1.8); Phone call with Atty Weaver re: same (0.6); Review proposed ETO deposition outline from Atty Weaver, and prepare adapted outline incorporating exhibit and conversation notes (3.6); Multiple emails and phone call with Atty Weaver and Alex Bersudsky re: subpoenas with follow-up research re: notice requirements (1.8); Finalize PMK notice for service (0.2); Discussion with paralegal Williams re: subpoena follow-up (0.2); Organize potential exhibits for weekend deposition prep (0.3) | 9.10 | 2,275.00 |
| 6/19/2016 DHL | Email and phone discussion with Atty Weaver and Alex Bersudsky (0.5); Deposition prep and exhibit marking and notes (0.5); ETO deposition prep and organizing exhibits (2.5) | 3.50 | 875.00 |
| 6/20/2016 STR | Client Communication re: Proposed Order on motion to Compel | 0.60 | 150.00 |
| 6/20/2016 DHL | Email correspondence from Alex Bersudsky re: potential deposition questions and exhibits (0.3); Work on deposition exhibit notes in preparation for McClelland deposition (1.3); Take deposition of David McClelland, with additional prep during break period (4.4); Prepare McClelland deposition summary and email client re: same (0.8); Discuss trial strategy and prep with Atty Stanford (0.5) | 7.30 | 1,825.00 |
| 6/20/2016 DAS | Trial Preparation: Review summary judgment materials and detach and analyze exhibits for trial; Calls and emails with Milo Petranovich, Paul Carter and Bilal Nael re: Quickbooks and PMK deposition | 6.50 | 1,625.00 |

Lite Solar LLC                                                                                                Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/20/2016 | DBH | Research re: possessory liens | 1.40 | 315.00 |
| 6/21/2016 | SEW | Phone call to court reporter re: cancellation of Kamana PMK depo; Conference with Stephen re: depositions; Phone call to Paul Carter's Office re: Sahni Exhibits; Phone call to Streamline re: depositions in preparation of trial and organization of exhibits | 1.10 | 137.50 |
| 6/21/2016 | STR | Internal Communication re: Motion to Compel Order for Production of Documents | 0.60 | 150.00 |
| 6/21/2016 | DHL | Discussions with Attys Weaver and Stanford re: trial preparation and discovery issues (0.8); Research and review on jury instructions (1.1); Work on jury instructions (1.8); Prepare outline for trial brief and identify relevant research (1.2) | 4.90 | 1,225.00 |
| 6/21/2016 | DAS | Trial Preparation: Continue review of summary judgment materials and detach and analyze exhibits for trial; Calls and emails with Milo Petranovich, Paul Carter and Bilal Nael re: Quickbooks and PMK deposition | 5.50 | 1,375.00 |
| 6/22/2016 | SEW | Initial draft of 5 Civil Trial subpoenas for witnesses (1); Research UTCR for trial subpoena (.3); Email to Doug Cushing (.2); Email to Eckert (2); Revise draft Jury Instructions (.6); Draft Ltr to Court re: Proposed Order (.3); Revise Trial Subpoenas to McClelland, Crookshank, and Hunter (.4); Chronologically organize Trial Exhibits and locate non-marked versions for trial (1.3) | 4.30 | 537.50 |
| 6/22/2016 | PJN | Work on trial preparation issues | 0.30 | 75.00 |
| 6/22/2016 | DHL | Email from client Sahni re: McClelland deposition summary (0.2); Review email correspondence between Attys Stanford and Petronovic re: order on motion to compel (0.3); Research and identify relevant case law for jury instructions and trial memorandum (0.7); Discussion with Atty Weaver and follow up correspondence with Alex Bersudsky and Selma Williams re: subpoenas (0.6); Review Kamana PMK notice (0.2) | 2.00 | 500.00 |
| 6/22/2016 | NJS | Case update | 0.50 | 125.00 |
| 6/22/2016 | DBH | Research re: compelling out of state witness to testify | 1.20 | 270.00 |
| 6/22/2016 | DAS | Trial Preparation: Meeting with Lori and Bilal and Stephen re: Quickbooks; Pull exhibits for trial from filings and previous email correspondence with client; Calls with client; Conferences with Stephen Weaver; Review deposition transcripts of Brian Arbizanni; Review Notice of Deposition of Kaman and revise same; Draft letter to court re: Motion to Compel | 7.00 | 1,750.00 |
| 6/23/2016 | SEW | Continue organizing exhibits for trial binders (1.4); Revise Deposition Notices and Deposition Subpoenas for Alpine, Voges, Pacific Mortgage, Martinez, & YRC Freight (1.20); Multiple emails to/from opposing counsel (.4); Phone call and email to Naegeli (.5.) | 3.50 | 437.50 |
| 6/23/2016 | DAS | Trial Preparation: Meetings with Stephen Weaver; Email correspondence with Milo Petranovich and counsel | 1.20 | 300.00 |

Lite Solar LLC                                                                     Page    7

| | | Hours | Amount |
|---|---|---|---|
| 6/23/2016 DHL | Emails from Atty Stanford and client Sahni re: deposition notices (0.3); Follow up review of notices and discussion with Atty Weaver re: same (0.8); Review of draft jury instructions and work on additional instructions (0.7); Review prior pleadings for relevant trial memorandum material (0.6) | 2.40 | 600.00 |
| 6/23/2016 DBH | Draft pleadings re: commission to take foreign deposition | 1.10 | 247.50 |
| 6/23/2016 PJN | Work on all issues related to litigation funding | 0.70 | 175.00 |
| 6/24/2016 NJS | Review emails re: case and billings | 0.60 | 150.00 |
| 6/24/2016 DAS | Calls with Attys Nelson and Slinde re: non-payment | 1.50 | 375.00 |
| 6/24/2016 DHL | Emails from Atty Petranovic and assistant Rehan Harrach re: subpoenas (0.3); Discussions with Attys Stanford and Weaver re: case status and trial (0.8); Review list of trial and discovery tasks and look through pleadings for trial memo and jury instructions (0.7) | 1.80 | 450.00 |
| 6/24/2016 PJN | Work on issues related to financial relationship | 0.90 | 225.00 |
| 6/27/2016 DAS | Calls to and from client re: Motion to Withdraw | 1.50 | 375.00 |
| 6/27/2016 DHL | Review email correspondence from Attys Stanford, Petranovic and Weaver and client Sahni re: potential withdrawal and lingering discovery issues (0.8); Discussion with Atty Stanford re: same (0.3); Email and phone correspondence with Atty Weaver and client Sahni re: release of computers to John Duckworth and Mathew Sumpter (0.6); Locate chain of custody information and prepare updated custody form with Shelly Galbreth (0.4); Discussion with Duckworth and Sumpter re: release of computers (0.3) | 2.40 | 600.00 |
| 6/28/2016 SEW | Phone call to and emails from Naegeli regarding Kamana O'Kala and McClelland depositions (.4); Email to client regarding same (.2) | 0.60 | 75.00 |
| 6/28/2016 DAS | Attend ex parte re: Motion to Withdraw; Prepare Dismissal Motion; Communications with Stephen Weaver re: same | 1.00 | 250.00 |
| 6/28/2016 NJS | Conference with Atty Nelson | 0.60 | 150.00 |
| 6/29/2016 NJS | Meeting re: AR | 0.80 | 200.00 |
| | For professional services rendered | 177.00 | $39,045.00 |

### Costs & Expenses

| | | |
|---|---|---|
| 6/1/2016 Transcript Fee - Naegeli -Original of 3/24/2016 hearing | | 416.36 |
| Courier Service - Rose City Messenger to Multnomah County Records | | 8.75 |
| Courier Service - Rose City Messenger to Miller Nash | | 45.00 |
| Courier Service - Rose City Messenger to Jordan Ramis | | 25.00 |
| Courier Service - Rose City Messenger to Roberts | | 16.00 |

Lite Solar LLC                                                                           Page        8

|  |  | Amount |
|---|---|---:|
| 6/2/2016 | Process Server - Subpoena to Doug Cushing (Rose City Messenger) | 65.00 |
| 6/14/2016 | Record Request - Hearing transcript - State of Oregon | 10.00 |
|  | Record Request - Bank of America Legal Order Processing | 1,146.30 |
|  | Courier Service - Rose City Messenger to Multnomah Co. Court | 19.25 |
| 6/15/2016 | Transcript Fee - Naegeli | 128.95 |
|  | Courier Service - Rose City Messenger to Judge Roberts | 9.00 |
| 6/17/2016 | Record Request - Umpqua Bank | 92.17 |
|  | Courier Service - Rose City Messenger to Lane Powell | 6.75 |
| 6/20/2016 | Deposition Transcript - Appearance Fee Only David McClelland (Naegeli Court Reporters) | 245.00 |
| 6/22/2016 | Witness Fee - John B. Hunter | 35.00 |
|  | Production - Streamline Imaging - Trial Binders | 464.20 |
|  | Courier Service - Rose City Messenger to Judge Roberts | 5.75 |
| 6/23/2016 | Courier Service - Rose City Messenger to Jordan Ramis | 15.00 |
|  | Courier Service - Rose City Messenger to Lane Powell (two trips) | 15.75 |
| 6/30/2016 | Process Server - Subpoena to Bank of America (Rose City Messenger) 5/27/16 | 45.00 |
|  | Process Server - Subpoena to Umpqua Bank (Rose City Messenger) 5/27/16 | 75.00 |
|  | **Total Expenses** | $2,889.23 |
|  | Interest on overdue balance | $465.83 |
|  | Total amount of this bill | $42,400.06 |
|  | Previous balance | $63,052.22 |
| 6/15/2016 | Payment - Thank You | ($26,355.64) |
|  | Total payments and adjustments | ($26,355.64) |
|  | **BALANCE DUE** | **$79,096.64** |

Please make all amounts payable to: Slinde Nelson Stanford
111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f. 503.417.4250
*Or Call Us to Pay By Phone With Master Card, Visa, Discover, and American Express*
Tax ID# 26-3926809

Please pay within 15 days. 18.0% simple annual interest will be charged every 30 days.

# EXHIBIT "11"

1  Leslie A. Cohen, Esq. (SBN: 93698)
   leslie@lesliecohenlaw.com
2  J'aime K. Williams, Esq. (SBN 261148)
   jaime@lesliecohenlaw.com
3  LESLIE COHEN LAW, PC
   506 Santa Monica Blvd., Suite 200
4  Santa Monica, CA 90401
   Telephone:  (310) 394-5900
5  Facsimile:  (310) 394-9280

6
   Attorneys for Debtor in Possession
7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11
                                    )   Case No. 2:16-bk-19896-BB
12  *In re*                         )
                                    )   Chapter 11
13  LITE SOLAR CORP.                )
                                    )   **MOTION OBJECTING TO CLAIM OF**
14                                  )   **SLINDE NELSON STANFORD [CLAIM**
                    Debtor and      )   **NO. 1]; DECLARATION OF LESLIE**
15              Debtor in Possession )   **COHEN; DECLARATION OF RANBIR**
                                    )   **SAHNI**
16                                  )
                                    )   Hearing Information:
17                                  )   Date:  October 4, 2017
                                    )   Time:  10:00 a.m.
18  _____)   Ctrm: 1539

19

20

21

22

23

24

25

26

27

28

                            i

I.     INTRODUCTION ...................................................................................................... 1

II.    ALPHABETICAL INDEX OF CLAIMANTS, GROUNDS OF
       OBJECTION AND CROSS-REFERENCES ............................................................ 1

III.   STATEMENT OF FACTS ......................................................................................... 2

       A.              Bankruptcy Case ........................................................................... 2

       B.              The Claim ....................................................................................... 2

       C.              Claimant's Professional Negligence ............................................. 2

       D.              Related Litigation ........................................................................... 6

IV.    DISCUSSION ........................................................................................................... 6

       A.              The Claim Is Barred Due to Claimant's
       Professional Negligence ............................................................................... 7

       B.              The Claim Should Be Disallowed Because It Fails
       to Account for Credits Previously Issued by Claimant .................................. 8

       C.              The Claim Should Be Disallowed Because
       Claimant Violated Its Engagement Agreement ............................................. 8

V.     NOTE TO CLAIMANTS REGARDING EXHIBITS ................................................... 9

VI.    CONCLUSION ......................................................................................................... 9

ii

<u>Cases</u>

Heath v. Am. Express Travel Related Servs. Co. (<i>In re</i> Heath), 331 B.R. 424
    (B.A.P. 9th Cir. 2005).................................................................7

<i>In re</i> Holm, 931 F.2d 620, 623 (9th Cir. 1991).................................................6

<i>In re</i> Lewis, 80 B.R. 39, 40-41 (Bankr. E.D. Pa. 1987).........................................7

<i>In re</i> Pugh, 157 B.R. 898, 901 (B.A.P. 9th Cir. 1993) .........................................6

<u>Rules</u>

Fed.R.Bankr.P. 3002(a)..................................................................6

FRBP 3007(e)(2) .......................................................................1

FRBP 3007(e)(3) .......................................................................2

1 **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE;**

2 **THE OFFICE OF THE U.S. TRUSTEE; CLAIMANT; AND PARTIES IN INTEREST:**

3     Lite Solar Corp. ("**Debtor**"), debtor and debtor–in–possession in the above-

4 captioned chapter 11 bankruptcy case, hereby files this *Motion Objecting* ("**Objection**") *To*

5 *Claim No. 1* (the "**Claim**") as filed by Slinde Nelson Stanford ("**Slinde**" or "**Claimant**").

6 **Claimants receiving this Objection should locate their names and claims in the**

7 **Objection**, **and read the entire Objection, as claimants' rights may be altered or**

8 **affected by this Objection**.  Please note that the Claim may be subject to other/multiple

9 objections, and Debtor reserves all rights to file further future objections.  *This Objection to*

10 *claims seeks to alter Claimant's rights by modifying the claim based upon the grounds set*

11 *forth in this Objection, and which appears below.*

12 I.    INTRODUCTION

13     The Debtor is objecting to the Claim listed herein on the grounds that: 1) the Claim

14 is barred due to Claimant's professional negligence; 2) the Claim fails to fully account for

15 credits previously issued by Claimant; and 3) Claimant violated the engagement

16 agreement by failing to deliver the quality of services represented, violating rules of

17 professional conduct and charging different rates than provided for in the engagement

18 agreement.

19     This Objection is made per the U.S. Bankruptcy Code ("**Code**"), 11 U.S.C. § 101 *et*

20 *seq.*, including § 105 and § 502;[1] Federal Rules of Bankruptcy Procedure (FRBP) 3007;

21 and Local Bankruptcy Rule (LBR) 3007-1.

22 II.    ALPHABETICAL INDEX OF CLAIMANTS, GROUNDS OF OBJECTION AND

23 CROSS-REFERENCES

24     Below is a list of creditor(s) subject to this Objection.  <u>E.g.</u> FRBP 3007(e)(2).

25 Additionally, the below table provides the brief grounds for objections, and cross-reference

26 _____

27 [1] Unless otherwise noted, all statutory and section references refer to the U.S. Bankruptcy

28 Code.

1

to pages, *infra*, of this Objection describing the objecting grounds in greater detail. <u>E.g.</u>
FRBP 3007(e)(3). Claimants should note that a claim may be subject to more than one
basis for an objection to a claim.

| Claimant | Claimant Address | Claim No.(s) and Date Filed | Amount and Classification | Basis(es); reference to page numbers in this objection |
|---|---|---|---|---|
| Slinde Nelson Stanford | Slinde Nelson Stanford Attn: J. Curtis Edomondson Slinde Nelson Stanford 111 SW Fifth Avenue Ste. 1940 Portland, OR 97204 | Claim No. 1; August 12, 2016 | $79,096.64 (Unsecured) | Claims barred by Claimant's professional negligence; Claimant fails to account for credits previously issued by Claimant; Violation of engagement agreement |

III.    STATEMENT OF FACTS

A.    Bankruptcy Case

On July 27, 2017 (the "**Petition Date**"), Debtor commenced this case by filing a
voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Debtor manages
and operates its estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of
the Bankruptcy Code, and timely filed its schedules.

The Claims Bar Date in this case was November 18, 2016. Docket No. 66.

B.    The Claim

On August 12, 2016, Slinde filed Claim #1, a copy of which is attached to this
Objection as ***Exhibit A*** to the Cohen Declaration and identified by the Court's Docket
number pursuant to Local Bankruptcy Rule 3007-1. The Claim asserts an alleged
$79,096.64 unsecured claim, based on "legal services." Attached to the Claim are copies
of various invoices.

C.    Claimant's Professional Negligence

On October 10, 2014, a company called Kamana O'Kala, LLC ("**Kamana**") sued
Lite Solar, LLC (which merged with the Debtor pre-petition), Ranbir Sahni ("**Sahni**") and
David Luneke ("**Luneke**") (with Lite Solar, LLC and Sahni, the "**Plaintiffs**"). That litigation

2

1  was filed in the Circuit Court of the State of Oregon for the County of Multnomah, which

2  assigned it the case number 14CV14976 (the "**Lite Solar Litigation**").

3  Beginning January 21, 2015 Slinde represented Lite Solar, LLC, Sahni, and Luneke in

4  connection with the Lite Solar Litigation.

5      Also on January 21, 2015, the parties entered into an Engagement Agreement

6  dated January 21, 2015 (the "**Agreement**").  A copy of the Agreement is attached hereto

7  as *Exhibit B*.

8      The Agreement was executed by Lite Solar, LLC, Sahni and Luneke.

9      Per the Agreement, the hourly rates to be charged by Slinde were $275 for the

10  partners and $225 for the associate attorneys. Subsequently, around February 2016, the

11  parties reached an oral agreement to lower the lead attorney Darian Stanford's (who is a

12  partner) hourly rate from $275 to $250, which is reflected in the Slinde invoices starting

13  with invoice #14590 dated 3/7/16. (attached to Claim)

14      By its terms, the Agreement is governed by Oregon law.  Pursuant to Paragraph 11

15  of the Agreement, Slinde agreed to provide "conscientious, competent and diligent

16  services" on behalf of Lite Solar, LLC, Sahni and Luneke.

17      At all times, Slinde held itself out to Lite Solar, LLC, Sahni and Luneke as

18  possessing the competence, diligence, and expertise necessary to represent Debtor in the

19  Lite Solar Litigation.  At no point did Slinde inform Lite Solar, LLC, Sahni and Luneke that

20  Slinde lacked competence, diligence, or expertise necessary to provide Lite Solar, LLC,

21  Sahni and Luneke with reasonable and competent representation.

22      Slinde breached its duty to provide reasonable and competent representation

23  by:

24  •   Advising Debtor not to move for Rule 21 A dismissal (the Oregon

25      equivalent of a demurrer) and instead to file an Answer the Complaint

26      and a motion for judgment on the pleadings, then failing to file the

27      promised motion;

28  •   Filing a motion to dismiss claiming another action pending and when

3

that motion was denied failing to file a motion to stay the Lite Solar Litigation which Debtor is informed is the motion that should have been filed;

- Failing to diligently pursue an obvious *Noerr-Pennington* defense to all claims;

- Failing to file evidentiary objections to the rambling, speculative declaration by Pat Schellerup, the only purported evidence submitted by Kamana in opposition to the motion for summary judgment, despite Debtor's repeated requests to object to evidence, which resulted in the denial of summary judgment;

- Failing to schedule the deposition of Pat Schellerup, Kamana's sole member, in time to use in connection with the motion for summary judgment and then incorrectly representing to Debtor that Darian Stanford could orally report Pat's testimony at the summary judgment hearing;

- Raising key arguments for the first time in a reply brief which the Oregon court said had to be disregarded as not timely presented;

- Failing to timely dismiss Sahni's elder abuse claim, resulting in increased costs to have the claim dismissed;

- Despite Debtor's repeated requests, failing to raise a variety of free speech-related defenses to Kamana's claims;

- Failing to timely serve discovery responses, which Debtor timely provided to Slinde prior to their corresponding due date, thus giving Kamana grounds to claim that all of Debtor's objections to Kamana's discovery requests had been waived;

- Agreeing with Kamana's counsel prior to a hearing on Kamana's motion to compel production of documents on how the motion should be resolved without Debtor's consent, leading the court to issue an order to

4

1      compel;

2      •      Consenting to the proposed order to compel despite Debtor's expressed

3            concerns with the form of the order;

4      •      Failing to timely produce documents in response to a court order

5            compelling the production of such documents;

6      •      Delaying and mishandling a meeting at which a Kamana party's iMac

7            computer was to be produced to Debtor;

8      •      Informing Kamana that Debtor's computer expert had been able to

9            access information in QuickBooks files produced by Kamana, when that

10          was not the case because the produced files were incomplete;

11     •      Delaying filing a motion to compel discovery, including compelling

12          production of QuickBooks files;

13     •      Failing to advise Debtor on whether Luneke's declaration offered in

14          support of their motion for summary judgment would result in a waiver of

15          privilege;

16     •      Breaching its duties of confidentiality to Debtor by attaching unredacted

17          time entries from the Lite Solar Litigation to its proof of claim in the

18          Bankruptcy, thereby revealing aspects of Debtor's legal strategy to

19          Kamana; and

20     •      Failing to ensure that Debtor would be charged for associate attorney

21          time in amounts consistent with the Agreement

22     Debtor and its affiliates collectively paid to Slinde legal fees totaling

23     $162,765.01 for defense of the Lite Solar Litigation.  However, as a result of the acts

24     and omissions enumerated above, the value of the legal services that Slinde provided

25     was significantly diminished and should be offset based on Slinde's errors and

26     omissions as described herein.

27          Due to Slinde's negligence, Debtor failed to file motions and raise arguments,

28     objections, and defenses that would have resulted in a dismissal of the Lite Solar

5

1  Litigation or significantly pared down the litigation, thus bringing about a favorable

2  decision or result to Debtor in that action.  In addition, due to Slinde's negligence,

3  Debtor has been damaged in an amount not less than $200,000, including but not

4  limited to costs, expenses, and attorney fees incurred in the Lite Solar Litigation.

5      D.    Related Litigation

6      On August 24, 2016, Slinde filed a lawsuit against Sahni and Luneke in Oregon

7  to recover the same fees in an amount identical to the amount requested in its Claim

8  (the "**Oregon Case**").  A copy of the complaint Slinde filed in the Oregon Case is

9  attached as ***Exhibit C***. The Oregon Case is pending.

10                    IV.    DISCUSSION

11     Except in certain instances where claims listed on the debtor's schedules are

12 "deemed filed," a creditor must file a proof of claim in order to receive distributions in a

13 bankruptcy case. Fed.R.Bankr.P. 3002(a).  A claim, if filed, may be allowed unless a party

14 in interest objects, in which event the court, after notice and a hearing, is required to

15 determine the amount of the claim as of the date of the filing of the petition. Bankruptcy

16 Code § 502(a)-(b).

17     "If the objector produces evidence sufficient to negate the validity of the claim, the

18 ultimate burden of persuasion remains on the claimant to demonstrate by a

19 preponderance of the evidence that the claim deserves to share in the distribution of the

20 debtor's assets." *In re* Pugh, 157 B.R. 898, 901 (B.A.P. 9th Cir. 1993).  The burden of

21 persuasion is always on the claimant to establish his entitlement to the claim.  *In re* Holm,

22 931 F.2d 620, 623 (9th Cir. 1991).  The result is the same if a claimant does not respond

23 to an objection:

24         "[If] [a]n objection to a [] Claim is filed and properly served, but the
           claimant fails to answer in writing or to appear at the hearing. In this
25         situation, we believe that the proper result is to strike the [] Claim. The
           filing of the objection calls the prima facie validity of the claim into
26         question, and the claimant, to preserve the claim, just express some
           interest in doing so. Thus, the objection cancels out the mere filing of a []
27         Claim and the failure of the claimant to defend it requires us to sustain the
28         objection without question, just as we are not inclined to question the

                                    6

validity of the [] Claim as filed if there is not objection to it." *In re* Lewis, 80
B.R. 39, 40-41 (Bankr. E.D. Pa. 1987).

Further, a lack of supporting documentation at a minimum means that the proof of
claim no longer constitutes *prima facie* evidence for the validity of a claim. See Heath v.
Am. Express Travel Related Servs. Co. (*In re* Heath), 331 B.R. 424 (B.A.P. 9th Cir. 2005).

Here, the Claim should be disallowed because: (1) the Claim is barred due to
Claimant's professional negligence; 2) the Claim fails to fully account for credits previously
issued by Claimant; and 3) Claimant violated its engagement agreement.

A.    The Claim Is Barred Due to Claimant's Professional Negligence

As detailed above, Slinde failed to use the care, skill, and diligence ordinarily
used by counsel, in similar circumstances, in conducting the reasonable practice of
law in Oregon.  As a result, Debtor failed to file motions and raise arguments,
objections, and defenses that would have resulted in a dismissal of the Lite Solar
Litigation or significantly pared down the litigation, thus bringing about a favorable
decision or result to Debtor in that action.  Slinde breached its duty to Debtor by taking
actions that were adverse to Debtor's interests.

Moreover, Slinde failed to comply with Oregon Rule of Professional Conduct
1.2 by failing to obtain Debtor's approval in advance of taking action on its behalf in
the Lite Solar Litigation.  Slinde also failed to comply with Oregon Rule of Professional
Conduct 1.3 by neglecting the Lite Solar Litigation, which was entrusted to Slinde by
Debtor. Further, Slinde failed to comply with Oregon Rule of Professional Conduct 1.4
by failing to inform Debtor of events and actions occurring in the Lite Solar Litigation.

As a result of the acts and omissions enumerated above, the value of the legal
services that Slinde provided was significantly diminished and Debtor is owed an
offset as a result of Slinde's professional negligence.  Moreover, Debtor has been
damaged in an amount of not less than $200,000, including but not limited to costs,
expenses, and attorney fees incurred in the Lite Solar Litigation.

Accordingly, due to damages caused to the Debtor, as a result of Slinde's

1 | professional negligence, the Claim should be disallowed

2 |     B.      **The Claim Should Be Disallowed Because It Fails to Account for**

3 |             **Credits Previously Issued by Claimant**

4 |       Even if the allegations in the Claim were not barred by the Slinde's professional

5 | negligence, the Claim should still be disallowed because it fails to provide for all of the

6 | credits against the amounts due to Slinde.  Slinde's invoice No. 15699 attached to the

7 | Claim shows a balance due of $79,096.64.  However, the Invoice no. 15699 which was

8 | actually issued to the Debtor showed a balance due of $69,433.81 after the application of

9 | $9,662.83 in credits by Claimants, as reflected on that invoice.  See *Exhibit D* hereto.

10 | Similarly, Invoice. No. 15152 attached to the Claim shows a balance due of $29,615.10

11 | whereas the copy of this invoice which was sent to the Debtor reflected a balance due of

12 | $22,437.99 after Claimants application of $7,177.83 in credits.  See *Exhibit E* hereto.

13 | Slinde has purposefully and improperly removed the credits due to the Debtor from the

14 | invoices attached to the Claim.

15 |       Accordingly, the Claim fails to provide an accurate accounting and has wrongfully

16 | omitted credits due to the Debtor, and as such, the Claim should be disallowed or at

17 | minimum, reduced to the amount due after properly applying all payments made by

18 | Plaintiffs.

19 |

20 |     C.      **The Claim Should Be Disallowed Because Claimant Violated Its**

21 |             **Engagement Agreement**

22 |       Again, even assuming the Claim could proceed despite Slinde's professional

23 | negligence and failure to apply payments, the Claim should be disallowed because Slinde

24 | violated the Agreement by charging higher rates than agreed upon by the parties in the

25 | engagement agreement.  Per the Agreement, Slinde's hourly rates were $275 for the

26 | partners (subsequently lowered to $250 for lead attorney Darian Stanford) and $225 for

27 | the associate attorneys.    Yet, as evidence by the invoices attached to the Claim, Slinde

28 | wrongfully charged rates of $250 for associate attorneys.    This was a violation of the

1  Agreement, and on that basis the Claim should be disallowed, or at minimum, reduced to

2  reflect the hourly rates agreed upon in the Agreement.

3  V.    NOTE TO CLAIMANTS REGARDING EXHIBITS

4      **The claim listed herein (Claim No. 1) was filed by the Claimant, and is the**

5  **subject of this Objection.**

6      Per LBR 3007-1, the supplemental evidence supporting this Objection includes the

7  attached Declaration, any exhibits thereto, including the exhibits providing a true and

8  correct copy of the filed Claim subject to this Objection.  Additionally, the Debtor is

9  concurrently filing and serving herewith a Notice of Objection to Claim setting forth the

10  required notice/disclosures, and hearing information.

11  VI.    CONCLUSION

12      Based on the foregoing, the Debtor respectfully requests that the Court enter an

13  order disallowing Claim #1, and providing for any other relief the Court deems just and

14  proper under the circumstances.

15  Respectfully submitted,

16  DATED:  August 21, 2017                    LESLIE COHEN LAW, PC

17

18                                          _/s/ Leslie A. Cohen_____

19                                          Leslie A. Cohen
                                           Attorneys for Debtor and Debtor in Possession

20

21

22

23

24

25

26

27

28

9

# DECLARATION OF LESLIE COHEN

I, LESLIE COHEN, declare as follows:

1.     I am a member, in good standing, of the Bar of the State of California, and I am admitted to practice before, among other courts, the United States District Court for the Central District of California.  I am the president and sole shareholder of Leslie Cohen Law, PC (the "Firm"), counsel for the Debtor in this case.  I have personal knowledge of the matters set forth below and, if called to testify, I would and could competently testify thereto.

2.     I make this Declaration in support of Debtor's above *Motion Objecting To Claim Of Slinde Nelson Stanford [Claim No. 1]* ("**Objection**").  Where terms herein are undefined, they have the same meaning as in the Objection.

3.     A true and correct copy of Claim 1, as filed on the Claims Register in this case, is attached hereto as ***Exhibit "A".***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August 2017, at Santa Monica, California.


_____/s/ Leslie Cohen_____
Leslie Cohen

**DECLARATION OF RANBIR SAHNI**

I, Ranbir Sahni, declare as follows:

1.      I am over 18 years of age. I am the principal and owner of Lite Solar Corp., the Debtor and Debtor-in-Possession ("Debtor") in the above-captioned bankruptcy case. Unless otherwise stated, I have personal knowledge or information of the facts set forth herein and, if called as a witness, could and would testify competently thereto.  Where statements are made upon information and belief, I believe them to be true and correct.

2.      I make this Declaration in support of Debtor's above *Motion Objecting To Claim Of Slinde Nelson Stanford [Claim No. 1]* ("**Objection**").  Where terms herein are undefined, they have the same meaning as in the Objection.

3.      On July 27, 2017 (the "**Petition Date**"), Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Debtor manages and operates its estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code, and timely filed its schedules.

4.      The Claims Bar Date in this case was November 18, 2016.  Docket No. 66.

5.      On October 10, 2014, a company called Kamana O'Kala, LLC ("**Kamana**") sued Lite Solar, LLC (which merged with the Debtor pre-petition), me ("**Sahni**") and David Luneke ("**Luneke**") (with Lite Solar, LLC and Sahni, the "**Plaintiffs**").  That litigation was filed in the Circuit Court of the State of Oregon for the County of Multnomah, which assigned it the case number 14CV14976 (the "**Lite Solar Litigation**").

6.      Beginning January 21, 2015 Slinde represented the Lite Solar, LLC, Sahni, and Luneke in connection with the Lite Solar Litigation.

7.      Also on January 21, 2015, the parties entered into an Engagement Agreement dated January 21, 2015 (the "**Agreement**").  A true and correct copy of the Agreement is attached hereto as ***Exhibit B***.

11

8.      Per the Agreement, the hourly rates to be charged by Slinde were $275 for the partners (subsequently lowered to $250 for lead attorney Darian Stanford) and $225 for the associate attorneys.

9.      At all times, Slinde held itself out to Lite Solar, LLC, me and Luneke as possessing the competence, diligence, and expertise necessary to represent the Debtor in the Lite Solar Litigation.  At no point did Slinde inform Lite Solar, LLC, me and Luneke that Slinde lacked competence, diligence, or expertise necessary to provide Plaintiffs with reasonable and competent representation.

10.     Slinde failed provide reasonable and competent representation by:

- Advising Debtor not to move for Rule 21 A dismissal (the Oregon equivalent of a demurrer) and instead to file an Answer the Complaint and a motion for judgment on the pleadings, then failing to file the promised motion;

- Filing a motion to dismiss claiming another action pending and when that motion was denied failing to file a motion to stay the Lite Solar Litigation which Debtor is informed is the motion that should have been filed;

- Failing to diligently pursue an obvious *Noerr-Pennington* defense to all claims;

- Failing to file evidentiary objections to the rambling speculative declaration by Pat Schellerup, the only purported evidence submitted by Kamana in opposition to the motion for summary judgment, despite Debtor's repeated requests to object to evidence, which resulted in the denial of summary judgment;

- Failing to schedule the deposition of Pat Schellerup, Kamana's sole member, in time to use in connection with the motion for summary judgment and then incorrectly representing to Debtor that Darian Stanford could orally report Pat's testimony at the summary judgment

12

hearing;

- Raising key arguments for the first time in a reply brief which the Oregon court said had to be disregarded as not timely presented;

- Failing to timely dismiss Sahni's elder abuse claim, resulting in increased costs to have the claim dismissed;

- Despite Debtor's repeated requests, failing to raise a variety of free speech-related defenses to Kamana's claims;

- Failing to timely serve discovery responses, which the Debtor timely provided to Slinde prior to their corresponding due date, thus giving Kamana grounds to claim that all of Debtor's' objections to Kamana's discovery requests had been waived;

- Agreeing with Kamana's counsel prior to a hearing on Kamana's motion to compel production of documents on how the motion should be resolved without the Debtor's consent, leading the court to issue an order to compel;

- Consenting to the proposed order to compel despite Debtor's expressed concerns with the form of the order;

- Failing to timely produce documents in response to a court order compelling the production of such documents;

- Delaying and mishandling a meeting at which a Kamana party's iMac computer was to be produced to the Debtor;

- Informing Kamana that Debtor's computer expert had been able to access information in QuickBooks files produced by Kamana, when that was not the case because the produced files were incomplete;

- Delaying filing a motion to compel discovery, including compelling production of QuickBooks files;

- Failing to advise the Debtor on whether Luneke's declaration offered in support of Lite Solar, LLC, my and Luneke's motion for summary

13

1    judgment would result in a waiver of privilege;

2    •    Breaching its duties of confidentiality to the Debtor by attaching

3    unredacted time entries from the Lite Solar Litigation to its proof of claim

4    in the Bankruptcy, thereby revealing aspects of the Debtor's legal

5    strategy to Kamana; and

6    •    Failing to ensure that the Debtor would be charged for associate

7    attorney time in amounts consistent with the Agreement

8    11.    The Debtor and its affiliates collectively paid to Slinde legal fees totaling

9    $162,765.01 for defense of the Lite Solar Litigation.

10    12.    Due to Slinde's negligence, the Debtor failed to file motions and raise

11    arguments, objections, and defenses that would have resulted in a dismissal of the Lite

12    Solar Litigation or significantly pared down the litigation, thus bringing about a favorable

13    decision or result to the Debtor in that action.  In addition, due to Slinde's negligence, the

14    Debtor has been damaged in an amount not less than $200,000, including but not limited

15    to costs, expenses, and attorney fees incurred in the Lite Solar Litigation.

16    13.    On August 24, 2016, Slinde filed a lawsuit against me and Luneke in Oregon to

17    recover the same fees in an amount identical to the amount requested in its Claim (the

18    "**Oregon Case**").  A true and correct copy of the complaint Slinde filed in the Oregon Case

19    is attached as *Exhibit C*. The Oregon Case is pending.

20    14.    A true and correct copy of Slinde invoice no. 15699 which was issued by Slinde

21    to the Debtor is attached hereto as *Exhibit D* hereto.

22    15.    A true and correct copy of Slinde invoice. No. 15152 which was issued by

23    Slinde to the Debtor is attached hereto as *Exhibit E* hereto.

24    ///

25    ///

26    ///

27    ///

28    ///

14

1

2          I declare under penalty of perjury under the laws of the United States of

3    America that the foregoing is true and correct.

4          Executed this 21st day of August 2017, at Long Beach, California.

5

6    _____

7                          Ranbir Sahni

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15



PLEASE READ THIS DOCUMENT CAREFULLY AND CALL OUR OFFICE WITH ANY QUESTIONS YOU MAY
HAVE REGARDING ITS CONTENTS. THIS DOCUMENT IS A BINDING LEGAL CONTRACT THAT FORMS THE
BASIS OF OUR ATTORNEY–CLIENT RELATIONSHIP.

## SLINDE & NELSON, LLC
### ENGAGEMENT AGREEMENT

This Engagement Agreement (**"Agreement"**) by and between SLINDE & NELSON, LLC
/dba Slinde Nelson Stanford ("Firm") and LITE SOLAR LLC; RANBIR SAHNI;
AND DAVID K. LUNEKE (**"Clients"**) is entered into on the date executed by Clients.

1.      Clients retain Firm to represent Clients as legal counsel in connection with the
following matter: *Kamana O'Kala, LLC v Lite Solar LLC, Ranbir Sanhi and David K. Luneke*,
Multnomah County Case No. 14CV14976. Clients acknowledge that there is a related litigation
matter in California, *Totalis Energy, LLC v. Kamana O'Kala, LLC et. al.*, Los Angeles County
Superior Court Case No. BC534273 (the "California Litigation"). Clients acknowledge that
Clients are represented by a different firm in the California Litigation.

2.      It is expressly understood that Clients retain Firm for the above-described
representation only. If Clients wish to engage Firm for a different representation, a new
engagement agreement will be executed or this Agreement will be amended in writing.

3.      As compensation for legal services, Clients agree to pay Firm a fee, which will be
computed on an hourly basis. The fees will be billed at the Firm's hourly rates then in effect for
the attorney or paralegal providing the services. The hourly rates of the attorneys, paralegals
and office assistants of the Firm as of the date of signing this Agreement are listed below and
shall remain the same for 12 months. After 12 months, Firm retains the right to increase the
hourly rates set forth below from time to time, consistent with any such rate increase made for
the Firm's other clients provided that the increased rates will not go into effect until 30 days
after Clients have received written notice of the rate change.

| | |
|---|---|
| Partners | $275/hr |
| Associates | $225/hr |
| Paralegals | $125/hr |

Services provided by Firm for which Clients will be charged include, but are not limited to:
preparation of pleadings and other documents for filing in court, appearances in court,
consultations, telephone calls and email communications with Clients, preparation of document
production requests and review of relevant documents, conduct of depositions, legal research,
drafting and preparing letters, project staff time, travel time, and all costs directly related to our
representation. It is expressly understood that the lead attorney responsible for representing
the Clients shall be DARIAN A. STANFORD. Firm may associate other counsel within the Firm to
perform services if necessary. No attorney or other professional outside the Firm shall perform
services unless Ranbir Sahni approves such person in advance. Clients shall promptly receive
all correspondence and documents (e.g., contracts, memoranda, trial notebooks, deposition
summaries, pleadings) and other important items relating to the representation. All final
documents prepared by the Attorney should be emailed in Word format. The Firm shall use
simple transmittal memos to accompany the letters and documents. It is not necessary to



Please mail the signed agreement and all other documents to our Portland office for processing at the following address:
US Bancorp Tower | 111 SW Fifth Ave., Suite 1940 | Portland, OR 97204 | t 503.417.7777 | f 503.417.4250
www.slindenelsonstanford.com

include detailed explanations or analysis of enclosures. The Firm shall obtain approval prior to undertaking any significant research or similar project, retaining any expert or consultant, or filing answers, interrogatories, discovery requests or responses, etc.

4.

5.    **Clients also agree to pay all costs necessitated by Firm's representation of Clients regardless of the disposition of Clients' case.** Clients must execute the credit card authorization form attached to this Agreement. Cost include all out-of-pocket-expenses incurred on behalf of Clients, including, but are not limited to: filing fees, service fees, court reporter fees for depositions and hearings, trial court fees, copying costs, long distance telephone calls, facsimile, postage, witness fees, expert fees, mileage fees, travel costs, and other necessary court and office costs. Costs do not include compensation to Firm for the time spent by attorneys in connection with Firm's obligation to perform under this Agreement.

6.    **Clients are to place $5,000 into trust as a retainer.** The retainer is to be paid concurrently with the execution of this Agreement and shall be applied  to monthly billings. The retainer does not relieve Clients' responsibility to make the required monthly payment for past billings. The amount of the retainer is not an estimate of the fees, costs, and expenses that will be billed in connection with Clients' matter. Firm reserves the right to request additional advance retainers in the future, depending on such factors as the scope of anticipated work, the amount of expected costs and expenses, and Clients' payment history. At the completion or termination of our legal services to Clients under this Agreement, retainer funds remaining in trust shall be applied to any unpaid billings for services rendered to Clients by Firm, and the balance of the retainer shall be refunded to Clients.

Each month Firm will send a statement specifying the services rendered, the amount of fees for services rendered, costs incurred, and the balance of the trust or balance owing. If a balance is owing, that sum is due on billing. A late payment charge of one and one-half percent (1½%) per month applies to any fees or costs not paid within thirty (30) days of billing. Each bill should contain:

*    The project name or a brief description;
*    A description of the services performed, persons performing them, applicable rate, time spent, calculated in increments of tenths (i.e. 6 minute intervals), and the date each service was performed; and
*    An itemized list of all reimbursable expenses, including the rates charged for each item, where applicable.

All time charges are to be included in the billing for the time period covered by such bill. If a bill covers a time period, then the billing for that period and matter will be deemed closed and time charges that were not included will not be billed. Out of pocket expenses that Attorney submits to be reimbursed may be included in the bill covering the date the expense was incurred or within a reasonable time after the Attorney receives the invoice for such charge. In the normal course, Attorney should bill expenses within sixty (60) days after receipt.

The following items are not billable expenses unless approved in advance:

*    Secretarial/steno services including overtime;
*    Word processing charges;
*    Fixed costs of computerized research (e.g. Lexis)
*    First class air fares;
*    Premiums or mark ups on telephone charges, faxes or any expense item (unless expressly set forth in the Retainer Agreement or approved in writing);

    \*      Office costs and other items of firm general overhead;

    \*      Attorney fees incurred in responding to claims of conflicts of interests by opposing parties;

    *      Responding to standard auditor letters respecting the scope and matters for which the Attorney has and is representing the Company; and

    \*      Time incurred in preparation of the engagement (e.g., retainer letters, preliminary discussions respecting terms of engagement, etc.) or with respect to billing issues (e.g., responding to Client questions regarding the bills).

Additionally, messenger, courier and overnight mail services should only be used when time restraints or proof of delivery require.

7.      This Agreement shall be governed by Oregon law.

8.      Firm will not be obligated to complete the work for Clients' case and may withdraw or, if necessary, seek leave to withdraw as Clients' counsel at any time if Clients fail to cooperate with Firm on Clients' case, meet financial agreement as set forth above, or as otherwise permitted by the Oregon State Bar Disciplinary Rules. If a motion to leave to withdraw is necessary, written notice will be sent to Clients' last known address(es). The fee outlined in Section 3 shall still be deemed enforceable and Clients further understand Firm may assert a lien or claim for attorney fees due based on any balance owing incurred under this Agreement.

9.      In the event that Clients elect to terminate Firm, all costs and other expenses incurred by Firm shall continue to be the responsibility of Clients, and Clients further understand that Firm may assert a lien or claim for any balance owing incurred under this Agreement. Clients may discharge Firm for any cause by telephone notice followed by written notice either from Client or the new lawyer Client chooses to hire. Clients may secure additional copies of Clients' file at any time upon payment to Firm of any balance owing on all fees and costs, including costs of photocopying Clients' file.

10.      Clients agree that if suit or other legal proceedings is ever brought for collection of this Agreement, the prevailing party shall be entitled to its court costs and reasonable attorney fees incurred for collection, both on or before trial and on any appeal(s).

11.      Firm agrees to provide conscientious, competent and diligent services. However, Firm cannot and does not guarantee a result or final outcome of any case, and Firm has made no representation and makes no guarantee regarding the final result or outcome of this case. When Firm has completed all the legal work necessary for Clients' case, Firm will close Firm's file and return original documents to Clients. Firm will store the file for approximately ten (10) years and is authorized to destroy the file.

12.      Time is of the essence in this Agreement. Any modification of this Agreement will be binding only if made in writing and signed by both parties.

13.      If there is an appeal of the lawsuit brought with respect to this matter, work on the appeal must be the subject of a separate fee agreement.

14.      Clients acknowledge receipt of a copy of this Agreement.

*[Signature page to follow]*

Signature Page—Engagement Agreement
By and between SLINDE & NELSON, LLC and LITE SOLAR LLC; RANBIR SAHNI; AND DAVID K.
LUNEKE

**Firm:**
SLINDE & NELSON, LLC

BY: DARON A. STANFORD
**Dated: January 21, 2015**

**Client:**
DAVID K. LUNEKE

BY: DAVID K. LUNEKE
Dated: _____1 / 21 / 15_____

**Client:**
LITE SOLAR LLC

BY: RANBIR SAHNI
Dated: _____

**Client:**
RANBIR SAHNI

BY: RANBIR SAHNI
Dated: _____

Please mail the signed agreement, trust deposit check made out to SLINDE NELSON
STANFORD, and all other documents to our Portland office for processing.  Please
keep a copy of the signed agreement for your records.

Page 4—SLINDE & NELSON, LLC ENGAGEMENT AGREEMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (specify): **MOTION OBJECTING TO CLAIM OF SLINDE NELSON STANDFORD [CLAIM NO. 1]; DECLARATION OF LESLIE COHEN; DECLARATION OF RANBIR SAHNI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ____8/21/17____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul J Carter    rotorbear@earthlink.net
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Clifford S Davidson    cdavidson@sussmanshank.com, kbacon@sussmanshank.com
Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
Ron Maroko    ron.maroko@usdoj.gov
SreeVamshi C Reddy    reddyv@lanepowell.com, pettingerk@lanepowell.com
Scott J Scofield    brnotice@sgpgl.com, nwall@sgpgl.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) ____8/21/17____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

Office of United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Lite Solar Corp.
Attn: Ranbir Sahni
3553 Atlantic Avenue #1183
Long Beach, CA 90807

Slinde Nelson Stanford
Attn: J. Curtis Edomondson
111 SW Fifth Avenue
Ste. 1940
Portland, OR 97204

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/21/17 | J'aime Williams | /s/ J'aime Williams |
|---------|-----------------|---------------------|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "12"

Leslie A. Cohen, Esq. (SBN: 93698)
    leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| *In re*<br><br>LITE SOLAR CORP.<br><br>                   Debtor and<br>                   Debtor in Possession | Case No. 2:16-bk-19896-BB<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION OBJECTING TO CLAIM OF SLINDE NELSON STANFORD [CLAIM NO. 1]**<br><br>Current Hearing:<br>Date:  October 4, 2017<br>Time:  10:00 a.m.<br>Ctrm: 1539<br><br>Continued Hearing:<br>Date:  November 15, 2017<br>Time:  10:00 a.m.<br>Ctrm: 1539 |

This Stipulation is entered into by and between Lite Solar Corp. ("**Debtor**"), the Debtor and Debtor-in-Possession in the above-captioned bankruptcy case, and Slinde Nelson Stanford ("**Slinde**"). Debtor and Slinde may collectively be referred to as the "**Parties**".

By executing this Stipulation, the Parties, by and through their respective counsel, stipulate as follows:

1

1 **RECITALS**

2     a.    WHEREAS on July 27, 2016, the Debtor commenced this reorganization

3 case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States

4 Code in the United States Bankruptcy Court for the Central District of California (the

5 "**Bankruptcy Court**");

6     b.    WHEREAS on August 12, 2016, Slinde filed its proof of claim, docketed as

7 Claim #1 (the "**Claim**");

8     c.    WHEREAS on August 21, 2017, Debtor filed its Motion to Disallow the

9 Slinde Claim [Docket No. 149] (the "**Claim Objection**"), and the hearing on the Claim

10 Objection has been set for October 4, 2017;

11     d.    WHEREAS the Parties have agreed to continue the hearing on the Claim

12 Objection in order to facilitate discussions.

13 **STIPULATION**

14    NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties

15 that:

16     1.    The hearing on the Claim Objection from October 4, 2017 to November 15,

17 2017 at 10:00am in Courtroom 1539, or to such later date and time as may be convenient

18 to the Court, and all responsive deadlines related to the Claim Objection shall be

19 continued accordingly.

20 **IT IS SO STIPULATED.**

Dated: September 19, 2017

21

22

23 LESLIE COHEN LAW P.C.             SLINDE NELSON STANFORD

24

25 By:  /s/ Leslie A. Cohen          By:/s/ ___ P. Nelson (SB #25490) for
      Leslie A. Cohen, Esq.            Philip J. Nelson, Esq.

26       Attorneys for Debtor

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION OBJECTING TO CLAIM OF SLINDE NELSON STANFORD [CLAIM NO. 1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___9/25/17___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul J Carter    rotorbear@earthlink.net
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Clifford S Davidson    cdavidson@sussmanshank.com, kbacon@sussmanshank.com
Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
Ron Maroko    ron.maroko@usdoj.gov
SreeVamshi C Reddy    reddyv@lanepowell.com, pettingerk@lanepowell.com
Scott J Scofield    brnotice@sgpgl.com, nwall@sgpgl.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___9/25/17___ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

Lite Solar Corp.
Attn: Ranbir Sahni
3553 Atlantic Avenue #1183
Long Beach, CA 90807

Office of United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Slinde Nelson Stanford
Attn: J. Curtis Edomondson
111 SW Fifth Avenue
Ste. 1940
Portland, OR 97204

☐ Service information continued on attached pages

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/25/17 | J'aime Williams | /s/ J'aime Williams |
|---------|-----------------|---------------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT "13"

Leslie A. Cohen, Esq. (SBN 93698)
   leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
   jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

```
                           FILED & ENTERED

                              SEP 28 2017

                           CLERK U.S. BANKRUPTCY COURT
                           Central District of California
                           BY wesley   DEPUTY CLERK
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| *In re* <br><br> LITE SOLAR CORP. <br><br><br><br><br> Debtor and <br> Debtor in Possession | Case No.  2:16-bk-19896-BB <br><br> Chapter 11 <br><br> **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION OBJECTING TO CLAIM OF SLINDE NELSON STANFORD [CLAIM NO. 1]** <br><br> Current Hearing: <br> Date:  October 4, 2017 <br> Time:  10:00 a.m. <br> Ctrm: 1539 <br><br> Continued Hearing: <br> Date:  November 15, 2017 <br> Time:  10:00 a.m. <br> Ctrm: 1539 |

     The Court having considered the *Stipulation To Continue Hearing On Debtor's Motion Objecting To Claim Of Slinde Nelson Stanford [Claim No. 1]* (the "Stipulation) [Docket No. 180], and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore;

1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Stipulation is **APPROVED**;

2.      Per the Stipulation, the hearing on the Claim Objection is hereby continued

from October 4, 2017 to **November 15, 2017 at 10:00am** in Courtroom

1539, and all responsive deadlines related to the Claim Objection are

continued accordingly.

# # #

Date: September 28, 2017

Sheri Bluebond
United States Bankruptcy Judge