Patrick R. Schellerup
10117 SE Sunnyside Road, # F 1112
Clackamas, OR 97015
Email: patschellerup@mac.com
Tel. 503 593 2828
*Pro Se* Respondent



FILED

JUL 0 9 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITE SOLAR CORP.,<br><br>    Debtor and<br>    Debtor in Possession. | Case No.  2:16-bk-19896-BB<br><br>Chapter 11<br><br>PATRICK R. SCHELLERUP'S COMPLIANCE REPORT TO AMENDED ORDER GRANTING DEBTOR'S MOTION FOR ORDER AMENDED ORDER GRANTING DEBTOR'S MOTION FOR ORDER 1) INSTRUCTING KAMANA O'KALA, LLC AND PATRICK SCHELLERUP TO DEPOSIT FUNDS FOR SOLAR PROJECTS INTO A SEGREGATED ACCOUNT, 2) INSTRUCTING KAMANA O'KALA, LLC AND PATRICK SCHELLERUP TO PREPARE AN ACCOUNTING OF INVOICES SENT AND PAYMENTS RECEIVED FROM THE SOLAR PROJECTS AND 3) INFORMING ALL PERSONS REMITTING PAYMENTS FOR THE SOLAR PROJECTS TO DEPOSIT SAID FUNDS INTO THE SEGREGATED ACCOUNT<br><br>(Relates to Dkt. 176) |

On September 22, 2017, the Court entered an amended order at Dkt. 176 captioned: "Amended Order Granting Debtor's Motion For Order Amended Order Granting Debtor's Motion For Order 1) Instructing Kamana O'Kala, LLC And Patrick Schellerup To Deposit Funds For Solar Projects Into A Segregated Account, 2)

Instructing Kamana O'Kala, LLC And Patrick Schellerup To Prepare An Accounting Of Invoices Sent And Payments Received From The Solar Projects And 3) Informing All Persons Remitting Payments For The Solar Projects To Deposit Said Funds Into The Segregated Account" (the "Order"). The Order required Kamana and or me to take certain actions. On October 7, 2017, I filed a bankruptcy case in the US Bankruptcy Court for the District of Oregon (*In re: Patrick R. Schellerup*, Chapter 7 Case No. 1733776-tmb7. At all material times, I understood from my bankruptcy attorney that compliance with the Order would fall on my chapter 7 bankruptcy trustee. On October 13, 2018, Lane Powell, my attorneys in litigation with Lite Solar Corp. Totalis Energy LLC and Ranbir Sahni related issues withdrew as my attorneys (Dkt 188).

In March 2018, I retained a bankruptcy litigation attorney, who learned of the Order from an attachment to the March 20, 2018 in Lite Solar Corp., Totalis Energy LLC and Ranbir Sahni's 57 page motion for relief from stay (the "MFR") in my bankruptcy case. (They subsequently withdrew their MFR). In the interests of good faith cooperation and compliance, I now beg the Court's forgiveness for my late response and am reporting to the Court in response to requirements 6 and 7 of the Order.

> 6. Any and all funds received to date by Kamana and/or Schellerup which are related to the Solar Projects, including but not limited to Customer payments and payments from Utility Companies, shall be transmitted, without deduction, into Leslie Cohen Law PC so that they are received by Leslie Cohen Law PC within 14 business days of entry of this Order, and shall be deposited into the Segregated Account;

> 7. If notwithstanding the Court Order for the Customers and the Utility Companies to send their payments as described above, Kamana and/or Schellerup receive funds which are related to the Solar Projects, including but not limited to payments from Customers and/or the Utility Companies, Kamana and/or Schellerup, as the case may be, shall remit such funds to Leslie Cohen Law PC for deposit, without deduction, into the segregated account at First Republic Bank referenced above within 7 business days of receipt by Kamana and/or Schellerup;

**Response**: Attached as Exhibit A, are ledgers of all such funds received by Kamana, as follows:

1) **Exhibit A**: Customer Payments by Job.  Note: Due to the intractable disputes between the litigants, work on the at issue customer sites terminated by the summer of 2014 and as shown on Exhibit A1, the final customer payments came in August of 2014.

2) **Exhibit B**: Utility Company Payments

On April 12, 2018, I submitted instructions to PGE, our Oregon utility company, to direct all payments to Leslie Cohen Law PC, per the requirements of the Order, albeit late.  A true copy of my written instructions to PGE is attached as **Exhibit C**. On April 26, 2018, PGE remitted $808.97 to Leslie Cohen Law PC.  A true copy of that remission is attached as **Exhibit D**.  All of the Feed In Tariff receipts ("FIT Receipts") that Kamana collected from PGE are set out at the attached **Exhibit E**. Kamana did not collect any tariffs from any other utility.  Prior to entry of the Order, Kamana collected $100,831.70 in FIT Receipts.  Kamana expended those funds on operating expenses.  Subsequent to entry of the Order, Kamana collected $6,946.51 from FIT Receipts.  I expended these funds on preservation of its assets in the form of monthly storage fees for two $90 storage units at Public Storage, which cost $180 per month.  Commencing June 1, 2018, I will tender ten monthly payments of $694.65 to Leslie Cohen to comply with the Order.  On April 26, 2018, Kamana O'Kala filed its chapter 7 bankruptcy case in the US Bankruptcy Court for the District of Oregon, as Case Number: 18-31449-tmb7.

All source documents underlying the data in Exhibits A through E are available by download from Dropbox at:

https://www.dropbox.com/sh/ojtxgs8vepg5upj/AABHLXyqmOeTyzxIdBdt1Ggda?dl=0 .

Dated May 23, 2018.

Respectfully submitted,

/s/ Patrick R. Schellerup
Patrick R. Schellerup
4135 SE Aldercrest Road
Milwaukie, OR 97222
Email: patschellerup@mac.com
Tel. 503 593 2828
*Pro Se* Respondent

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10117 SE Sunnyside Road, #F 1112, Clackamas, OR 97015

A true and correct copy of the foregoing document entitled (specify): PATRICK R. SCHELLERUP'S COMPLIANCE REPORT TO AMENDED ORDER at Dkt. 176 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 5/22/18 ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul J Carter    rotorbear@earthlink.net
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Clifford S Davidson    cdavidson@sussmanshank.com, jlanglois@sussmanshank.com
Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
Ron Maroko    ron.maroko@usdoj.gov
SreeVamshi C Reddy    reddyv@lanepowell.com, grangerk@lanepowell.com
Scott J Scofield    brnotice@sgpgl.com, nwall@sgpgl.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 5/22/18 ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

Lite Solar Corp.
Attn: Ranbir Sahni
3553 Atlantic Avenue #1183
Long Beach, CA 90807

Office of United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (d ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. Cliff Davidson: cdavidson@sussmanshank.com;  Stephen Weaver: weaverlaw@hotmail.com

☐ Service information continued on attached page

Leslie A. Cohen leslie@lesliecohenlaw.com; Ron Marko ron.marko@usdoj.gov; US Trustee ustpregion16.la.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/22/18 | Patrick R. Schellerup | /s/ Patrick R. Schellerup |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

**SERVED BY US Mail:**

Canadian Solar (USA) Inc.
Building A6
Suzhou New& Hi-tech District
Exporting Processing Zone
Jiang, P.R. China 215215

Department of the Treasury
Internal Revenue Service
PO Box 510000
San Francisco, CA 94151-5100

Starn, O'Toole,  Marcus & Fisher
Pacific Guardian Center, Makai
Tower
733 Bishop St, 19th Floor
Honolulu, HI 96813

Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204

Chartis
22427 Network Place
Chicago, IL 60673-1224

Gary Babick
317 Jasmine Ave,
Corona Del Mar, CA 92625

Aerotek Energy Services
P.O. Box 198531
Atlanta, GA 30384

Century Quality Management
4221 Wilshire Blvd Suite 480
Los Angeles, CA 90010

Weather Proof Roofing LLC
8406 NE Broadway Street
Portland, OR 97220

Montgomery Electric & Maintenance,
Inc.
2205 Hodges Street
Lake Charles, LA 70601

ECOtality
430 South 2nd Ave
Phoenix, AZ 85003

Paul Carter
Bergkvist, Bergkvist & Carter, LLP
400 Oceangate, Suite 800
Long Beach, CA 90802

DET Logistics (USA) Corporation
4405 Cushing Parkway
Fremont, CA 94538

Westside Building Material Corp.
1111 E. Howell Avenue
Anaheim, CA 92805

Konica Minolta
PO Box 100706
Pasadena, CA 91189-0706

Platt
10605 SW Allen Blvd
Beaverton, OR 97005

Hertz Equipment Rental
PO BOX 650280
Dallas, TX 75265-0280

Totalis Energy, LLC
3605 Long Beach Blvd., Suite 201
Long Beach, CA 90807

Phillip DeVilbiss
Scofield, Gerard, Pohorelsky,
Gallaugher & Landry
P. O. Box 3028
Lake Charles, LA 70602

Secured:

Ranbir S. Sahni
3605 Long Beach Blvd., Suite 201
Long Beach, CA 90807

20 Largest Unsecured:

LDK Solar Int'l. Co. Ltd.
1290 Oakmead Parkmead, Ste 306
Sunnyvale, CA 94085

Christopher R. Miller, Esq.
QIAN AND COMPANY
135 Main Street, Ninth Floor
San Francisco, California 94105

Quality Bending & Fabrication
10005 SW Herman Road
Tualatin, OR 97062

Michael W. King
Law Offices of Michael W. King
20042 Beach Blvd., Suite 203
Huntington Beach, CA 92648

Marco Gomez
3553 Atlantic Avenue, #250
Long Beach, CA 90807

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Exhibit A

**Kamana O'Kala LLC**
**Transaction List by Customer**
January 1, 2013 through April 10, 2018

Exhibit A page 1 of 5

11:52 PM
04/10/18

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Sandview Development** | | | | | | | |
| Invoice | 03/26/14 | 1240 | | 110 — Accounts Receivable | | -SPLIT- | |
| Payment | 04/04/14 | | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 13,992.00 |
| Invoice | 05/20/14 | 1252 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 13,992.00 |
| Payment | 05/23/14 | | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 2,440.00 |
| **Inspirra, Inc.** | | | | | | | |
| Invoice | 12/26/13 | 1169 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 2,440.00 |
| Payment | 12/26/13 | | | 105 — US Bank Checking | √ | 110 — Accounts Recei | 20,625.00 |
| Invoice | 12/31/13 | 1173 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 20,625.00 |
| Payment | 01/10/14 | | | 105 — US Bank Checking | | 110 — Accounts Recei | 28,875.00 |
| Invoice | 06/02/14 | 1257 | | 110 — Accounts Receivable | | -SPLIT- | 28,875.00 |
| Credit Memo | 06/02/14 | 1258 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 28,812.00 |
| Payment | 06/04/14 | | | 103 — Bank of America-Checking | | 110 — Accounts Recei | -720.00 |
| Payment | 06/06/14 | | | 103 — Bank of America-Checking | | 110 — Accounts Recei | 10,000.00 |
| Invoice | 06/18/14 | 1260 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 18,092.00 |
| Credit Memo | 06/18/14 | 1261 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 8,468.00 |
| Invoice | 06/26/14 | 1270 | | 110 — Accounts Receivable | | 600 — Contracting Rev | -720.00 |
| Credit Memo | 06/26/14 | 1271 | | 110 — Accounts Receivable | | 600 — Contracting Rev | 29,400.00 |
| Payment | 06/26/14 | | | 103 — Bank of America-Checking | | 110 — Accounts Recei | -29,400.00 |
| **Alder Royal** | | | | | | | |
| Invoice | 08/27/13 | 1070 | | 110 — Accounts Receivable | | -SPLIT- | 5,748.00 |
| Payment | 09/11/13 | 2675 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 699.84 |
| Invoice | 09/11/13 | 1093 | | 110 — Accounts Receivable | | -SPLIT- | 699.84 |
| Payment | 09/18/13 | | | 105 — US Bank Checking | √ | 110 — Accounts Recei | 781.58 |
| Invoice | 09/24/13 | 1098 | | 110 — Accounts Receivable | | -SPLIT- | 781.58 |
| Payment | 10/07/13 | | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 724.08 |
| Invoice | 11/15/13 | 1141 | | 110 — Accounts Receivable | | -SPLIT- | 724.08 |
| Payment | 11/22/13 | 1829 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 570.25 |
| Invoice | 12/03/13 | 1150 | | 110 — Accounts Receivable | | -SPLIT- | 570.25 |
| Payment | 12/11/13 | 2716 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 547.25 |
| Invoice | 02/21/14 | 1188 | | 110 — Accounts Receivable | | -SPLIT- | 547.25 |
| Invoice | 02/21/14 | 1189 | | 110 — Accounts Receivable | | -SPLIT- | 669.45 |
| Invoice | 03/10/14 | 1233 | | 110 — Accounts Receivable | | -SPLIT- | 547.34 |
| Invoice | 03/20/14 | 1238 | | 110 — Accounts Receivable | | -SPLIT- | 457.07 |
| Invoice | 04/22/14 | 1241 | | 110 — Accounts Receivable | | -SPLIT- | 363.55 |
| Payment | 05/10/14 | | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 593.73 |
| Invoice | 06/04/14 | 1259 | | 110 — Accounts Receivable | | -SPLIT- | 2,631.14 |
| Payment | 06/18/14 | | | 103 — Bank of America-Checking | | 110 — Accounts Recei | 747.62 |
| Invoice | 07/29/14 | 1275 | | 110 — Accounts Receivable | | -SPLIT- | 747.62 |
| Payment | 08/07/14 | | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 666.80 |
| Invoice | 08/25/14 | 1276 | | 110 — Accounts Receivable | | -SPLIT- | 788.95 |
| **Bella Organics** | | | | | | | |
| Invoice | 04/23/13 | 1001 | | 110 — Accounts Receivable | | -SPLIT- | 303.66 |
| Payment | 05/06/13 | 5273058 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 303.66 |
| Invoice | 05/22/13 | 1018 | | 110 — Accounts Receivable | | -SPLIT- | 501.41 |
| Payment | 06/07/13 | 5555817 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 501.41 |
| Invoice | 07/08/13 | 1038 | | 110 — Accounts Receivable | | -SPLIT- | 528.78 |
| Payment | 07/22/13 | 5957797 | | 105 — US Bank Checking | √ | 110 — Accounts Recei | 528.78 |
| Invoice | 08/12/13 | 1055 | | 110 — Accounts Receivable | | -SPLIT- | 364.30 |
| Credit Memo | 08/14/13 | 1060 | | 110 — Accounts Receivable | | 605 — PPA Revenue | -364.30 |
| Invoice | 08/30/13 | 1071 | | 110 — Accounts Receivable | | -SPLIT- | 306.92 |
| Payment | 09/23/13 | 6529507 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 306.92 |
| Invoice | 09/27/13 | 1112 | | 110 — Accounts Receivable | | -SPLIT- | 306.42 |
| Invoice | 10/25/13 | 1132 | | 110 — Accounts Receivable | | -SPLIT- | 168.64 |
| Payment | 11/08/13 | | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 168.64 |
| Invoice | 12/03/13 | 1151 | | 110 — Accounts Receivable | | -SPLIT- | 123.11 |
| Payment | 12/13/13 | 7321558 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 123.11 |
| Payment | 12/17/13 | 7337618 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 306.42 |
| Invoice | 03/11/14 | 1229 | | 110 — Accounts Receivable | | -SPLIT- | 84.06 |
| Invoice | 03/11/14 | 1230 | | 110 — Accounts Receivable | | 605 — PPA Revenue | 110.09 |
| Invoice | 03/20/14 | 1233 | | 110 — Accounts Receivable | | -SPLIT- | 82.31 |
| Payment | 03/22/14 | 8235709 | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 84.06 |
| Payment | 04/01/14 | 8295652 | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 82.31 |
| Invoice | 04/22/14 | 1243 | | 110 — Accounts Receivable | | -SPLIT- | 123.44 |
| Payment | 05/06/14 | | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 123.44 |
| Invoice | 05/21/14 | 1253 | | 110 — Accounts Receivable | | -SPLIT- | 123.44 |
| **Bitikofer** | | | | | | | |
| Invoice | 05/20/13 | 1014 | | 110 — Accounts Receivable | | -SPLIT- | 177.01 |
| Invoice | 05/22/13 | 1020 | | 110 — Accounts Receivable | | -SPLIT- | 306.06 |
| Invoice | 07/08/13 | 1040 | | 110 — Accounts Receivable | | -SPLIT- | 260.19 |
| Payment | 07/29/13 | | | 105 — US Bank Checking | √ | 110 — Accounts Recei | 306.06 |
| Invoice | 08/12/13 | 1054 | | 110 — Accounts Receivable | | -SPLIT- | 300.73 |

Exhibit A page 2 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | Invoice | 08/30/13 | 1076 | 110 — Accounts Receivable | -SPLIT- | 243.50 |
| | Payment | 09/26/13 | 3385 | 105 — US Bank Checking √ | 110 — Accounts Recei | 981.43 |
| | Invoice | 10/04/13 | 1111 | 110 — Accounts Receivable | -SPLIT- | 260.58 |
| | Invoice | 11/05/13 | 1127 | 110 — Accounts Receivable | -SPLIT- | 125.76 |
| | Invoice | 12/09/13 | 1158 | 110 — Accounts Receivable | -SPLIT- | 96.35 |
| | Payment | 01/13/14 | 3428 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 96.35 |
| | Invoice | 02/21/14 | 1191 | 110 — Accounts Receivable | -SPLIT- | 52.86 |
| | Invoice | 02/21/14 | 1192 | 110 — Accounts Receivable | -SPLIT- | 57.37 |
| Casa Grande | | | | | | |
| | Invoice | 07/23/13 | 1047 | 110 — Accounts Receivable | 603 — Consulting Reve | 5,700.00 |
| | Payment | 07/23/13 | | 105 — US Bank Checking √ | 110 — Accounts Recei | 5,700.00 |
| Days Inn | | | | | | |
| | Invoice | 04/23/13 | 1003 | 110 — Accounts Receivable | -SPLIT- | 269.36 |
| | Invoice | 05/22/13 | 1021 | 110 — Accounts Receivable | -SPLIT- | 481.45 |
| | Invoice | 07/08/13 | 1041 | 110 — Accounts Receivable | -SPLIT- | 340.32 |
| | Invoice | 09/24/13 | 1099 | 110 — Accounts Receivable | -SPLIT- | 378.04 |
| | Payment | 10/07/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 1,091.13 |
| | Payment | 10/07/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 1.00 |
| | Payment | 01/03/14 | 2669 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 378.04 |
| | Invoice | 03/20/14 | 1239 | 110 — Accounts Receivable | -SPLIT- | 728.41 |
| Eastgate | | | | | | |
| | Invoice | 05/20/13 | 1017 | 110 — Accounts Receivable | -SPLIT- | 36.47 |
| | Payment | 06/06/13 | 1684 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 36.47 |
| | Invoice | 06/06/13 | 1032 | 110 — Accounts Receivable | -SPLIT- | 23.20 |
| | Invoice | 09/10/13 | 1091 | 110 — Accounts Receivable | -SPLIT- | 17.30 |
| | Invoice | 09/16/13 | 1092 | 110 — Accounts Receivable | -SPLIT- | 16.67 |
| | Payment | 09/23/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 17.30 |
| | Invoice | 09/27/13 | 1113 | 110 — Accounts Receivable | -SPLIT- | 25.16 |
| | Payment | 10/03/13 | 1.197E+09 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 39.87 |
| | Invoice | 11/11/13 | 1130 | 110 — Accounts Receivable | -SPLIT- | 41.39 |
| | Payment | 11/11/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 25.16 |
| | Invoice | 12/09/13 | 1160 | 110 — Accounts Receivable | -SPLIT- | 39.06 |
| | Invoice | 02/21/14 | 1193 | 110 — Accounts Receivable | -SPLIT- | 19.57 |
| | Invoice | 02/21/14 | 1194 | 110 — Accounts Receivable | -SPLIT- | 22.73 |
| | Invoice | 03/20/14 | 1237 | 110 — Accounts Receivable | -SPLIT- | 11.19 |
| Kookoolan | | | | | | |
| | Invoice | 04/23/13 | 1007 | 110 — Accounts Receivable | -SPLIT- | 0.00 |
| | Invoice | 05/22/13 | 1023 | 110 — Accounts Receivable | -SPLIT- | 0.00 |
| | Invoice | 07/08/13 | 1043 | 110 — Accounts Receivable | -SPLIT- | 121.09 |
| | Payment | 07/16/13 | 11732 | 105 — US Bank Checking √ | 110 — Accounts Recei | 121.09 |
| | Invoice | 08/12/13 | 1056 | 110 — Accounts Receivable | -SPLIT- | 125.67 |
| | Payment | 08/19/13 | | 105 — US Bank Checking √ | 110 — Accounts Recei | 125.67 |
| | Invoice | 08/30/13 | 1073 | 110 — Accounts Receivable | -SPLIT- | 145.72 |
| | Payment | 09/05/13 | 12098 | 105 — US Bank Checking √ | 110 — Accounts Recei | 145.72 |
| | Invoice | 09/24/13 | 1101 | 110 — Accounts Receivable | -SPLIT- | 186.50 |
| | Payment | 10/04/13 | 12128 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 186.50 |
| | Invoice | 10/25/13 | 1128 | 110 — Accounts Receivable | -SPLIT- | 181.72 |
| | Payment | 11/14/13 | 12215 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 181.72 |
| | Invoice | 12/03/13 | 1153 | 110 — Accounts Receivable | -SPLIT- | 118.67 |
| | Payment | 12/10/13 | 12234 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 118.67 |
| | Invoice | 02/21/14 | 1196 | 110 — Accounts Receivable | -SPLIT- | 93.16 |
| | Invoice | 02/21/14 | 1197 | 110 — Accounts Receivable | -SPLIT- | 54.43 |
| | Payment | 02/26/14 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 147.59 |
| | Invoice | 03/20/14 | 1236 | 110 — Accounts Receivable | -SPLIT- | 98.29 |
| | Payment | 03/27/14 | 12386 | 103 — Bank of America-Chec √ | 110 — Accounts Recei | 98.29 |
| | Invoice | 04/25/14 | 1245 | 110 — Accounts Receivable | -SPLIT- | 139.48 |
| | Payment | 05/05/14 | | 103 — Bank of America-Chec √ | 110 — Accounts Recei | 139.48 |
| | Invoice | 05/20/14 | 1249 | 110 — Accounts Receivable | -SPLIT- | 279.91 |
| | Payment | 05/27/14 | | 103 — Bank of America-Chec √ | 110 — Accounts Recei | 279.91 |
| | Invoice | 06/24/14 | 1268 | 110 — Accounts Receivable | -SPLIT- | 263.87 |
| | Invoice | 07/29/14 | 1273 | 110 — Accounts Receivable | -SPLIT- | 246.98 |
| | Payment | 08/11/14 | | 103 — Bank of America-Checking | 110 — Accounts Recei | 246.98 |
| Laurel Ridge | | | | | | |
| | Invoice | 04/23/13 | 1008 | 110 — Accounts Receivable | -SPLIT- | 1,187.76 |
| | Payment | 05/21/13 | 7460 Partial Payment for | 121 — Undeposited Funds √ | 110 — Accounts Recei | 1,154.08 |
| | Invoice | 05/22/13 | 1024 | 110 — Accounts Receivable | -SPLIT- | 1,933.25 |
| | Payment | 06/17/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 1,966.93 |
| | Invoice | 08/13/13 | 1058 | 110 — Accounts Receivable | -SPLIT- | 1,924.34 |
| | Credit Memo | 08/14/13 | 1063 | 110 — Accounts Receivable | 605 — PPA Revenue | -28.53 |
| | Payment | 08/21/13 | 7616 | 105 — US Bank Checking √ | 110 — Accounts Recei | 1,895.81 |
| | Invoice | 09/23/13 | 1102 | 110 — Accounts Receivable | -SPLIT- | 1,593.60 |
| | Invoice | 10/03/13 | 1105 | 110 — Accounts Receivable | -SPLIT- | 1,633.17 |
| | Payment | 10/09/13 | 7687 | 105 — US Bank Checking √ | 110 — Accounts Recei | 1,593.60 |
| | Payment | 11/04/13 | | 105 — US Bank Checking √ | 110 — Accounts Recei | 1,633.17 |
| | Invoice | 12/23/13 | 1168 | 110 — Accounts Receivable | -SPLIT- | 732.33 |
| | Payment | 01/13/14 | 781 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 732.33 |
| | Invoice | 02/21/14 | 1199 | 110 — Accounts Receivable | -SPLIT- | 579.05 |
| | Invoice | 02/21/14 | 1200 | 110 — Accounts Receivable | -SPLIT- | 367.10 |

Exhibit A page 3 of 5

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| | Payment | 02/26/14 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 946.15 |
| | Invoice | 03/20/14 | 1234 | 110 — Accounts Receivable | -SPLIT- | 450.14 |

**Orloff**
**Forest Ridge**

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Stmt Charge | 04/03/13 | Balance Due on Lte | 110 — Accounts Receivable | 605 — PPA Revenue | 22.86 |
| Invoice | 04/23/13 | 1004 | 110 — Accounts Receivable | -SPLIT- | 111.59 |
| Payment | 05/15/13 | 1485 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 53.30 |
| Invoice | 05/22/13 | 1022 | 110 — Accounts Receivable | -SPLIT- | 134.10 |
| Invoice | 07/08/13 | 1042 | 110 — Accounts Receivable | -SPLIT- | 147.14 |
| Invoice | 08/12/13 | 1053 | 110 — Accounts Receivable | -SPLIT- | 217.71 |
| Invoice | 08/30/13 | 1077 | 110 — Accounts Receivable | -SPLIT- | 145.15 |
| Payment | 09/23/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 725.25 |
| Invoice | 09/24/13 | 1100 | 110 — Accounts Receivable | -SPLIT- | 172.92 |
| Payment | 10/25/13 | 172.92 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 172.92 |
| Invoice | 12/09/13 | 1157 | 110 — Accounts Receivable | -SPLIT- | 63.78 |
| Invoice | 12/09/13 | 1165 | 110 — Accounts Receivable | -SPLIT- | 81.48 |
| Payment | 12/23/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 145.26 |
| Invoice | 02/21/14 | 1195 | 110 — Accounts Receivable | -SPLIT- | 31.24 |
| Invoice | 03/11/14 | 1226 | 110 — Accounts Receivable | -SPLIT- | 58.27 |

**Mill Creek**

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Invoice | 04/23/13 | 1005 | 110 — Accounts Receivable | -SPLIT- | 112.86 |
| Invoice | 05/22/13 | 1025 | 110 — Accounts Receivable | -SPLIT- | 174.38 |
| Payment | 05/24/13 | 1580 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 112.86 |
| Payment | 07/01/13 | | 105 — US Bank Checking | 110 — Accounts Recei | 174.38 |
| Invoice | 07/08/13 | 1044 | 110 — Accounts Receivable | -SPLIT- | 199.01 |
| Invoice | 08/12/13 | 1052 | 110 — Accounts Receivable | -SPLIT- | 186.48 |
| Invoice | 08/30/13 | 1078 | 110 — Accounts Receivable | -SPLIT- | 168.07 |
| Invoice | 09/24/13 | 1103 | 110 — Accounts Receivable | -SPLIT- | 188.86 |
| Credit Memo | 11/22/13 | 1147 | 110 — Accounts Receivable | 605 — PPA Revenue | -742.42 |
| Invoice | 02/21/14 | 1201 | 110 — Accounts Receivable | -SPLIT- | 38.88 |
| Invoice | 03/11/14 | 1227 | 110 — Accounts Receivable | -SPLIT- | 71.09 |

**Voyager**

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Invoice | 04/23/13 | 1006 | 110 — Accounts Receivable | -SPLIT- | 257.78 |
| Payment | 06/03/13 | 34032 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 257.78 |
| Invoice | 08/12/13 | 1026 | 110 — Accounts Receivable | -SPLIT- | 272.71 |
| Invoice | 08/13/13 | 1045 | 110 — Accounts Receivable | -SPLIT- | 220.38 |
| Invoice | 08/12/13 | 1051 | 110 — Accounts Receivable | -SPLIT- | 269.03 |
| Credit Memo | 08/14/13 | 1061 | 110 — Accounts Receivable | 605 — PPA Revenue | -200.94 |
| Invoice | 08/30/13 | 1074 | 110 — Accounts Receivable | -SPLIT- | 244.20 |
| Invoice | 09/24/13 | 1104 | 110 — Accounts Receivable | -SPLIT- | 302.64 |
| Invoice | 10/25/13 | 1139 | 110 — Accounts Receivable | -SPLIT- | 169.54 |
| Payment | 11/04/13 | 34895 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 272.71 |
| Payment | 11/15/13 | 34929 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 288.47 |
| Invoice | 12/03/13 | 1156 | 110 — Accounts Receivable | -SPLIT- | 132.40 |
| Payment | 12/13/13 | 35097 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 244.20 |
| Payment | 12/17/13 | 35128 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 169.54 |
| Payment | 12/30/13 | 35202 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 302.64 |
| Payment | 01/24/14 | 35299 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 132.40 |
| Invoice | 02/21/14 | 1204 | 110 — Accounts Receivable | -SPLIT- | 71.92 |
| Invoice | 03/11/14 | 1224 | 110 — Accounts Receivable | -SPLIT- | 184.04 |
| Payment | 04/02/14 | 35675 | 103 — Bank of America-Chec √ | 110 — Accounts Recei | 71.92 |
| Payment | 04/24/14 | 35809 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 184.04 |
| Invoice | 04/25/14 | 1244 | 110 — Accounts Receivable | -SPLIT- | 423.53 |
| Invoice | 05/21/14 | 1254 | 110 — Accounts Receivable | -SPLIT- | 190.87 |

**Orloff - Other**

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Check | 01/04/14 | 1549 | 105 — US Bank Checking | 700-13 — Structural Ma | -577.58 |

**Reed Institute**

| | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Invoice | 05/25/13 | 1027 | 110 — Accounts Receivable | -SPLIT- | 1,381.26 |
| Payment | 06/18/13 | A0148352 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 1,381.26 |
| Invoice | 06/24/13 | 1110 | 110 — Accounts Receivable | -SPLIT- | 1,018.40 |
| Invoice | 08/13/13 | 1015 | 110 — Accounts Receivable | -SPLIT- | 611.79 |
| Invoice | 08/13/13 | 1057 | 110 — Accounts Receivable | -SPLIT- | 1,504.84 |
| Credit Memo | 08/14/13 | 1062 | 110 — Accounts Receivable | 605 — PPA Revenue | -352.11 |
| Invoice | 08/30/13 | 1075 | 110 — Accounts Receivable | -SPLIT- | 931.46 |
| Payment | 09/16/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 931.46 |
| Invoice | 09/23/13 | 1108 | 110 — Accounts Receivable | -SPLIT- | 819.51 |
| Payment | 10/04/13 | A0150691 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 2,782.92 |
| Invoice | 10/25/13 | 1131 | 110 — Accounts Receivable | -SPLIT- | 484.75 |
| Payment | 10/30/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 819.51 |
| Payment | 11/11/13 | | 121 — Undeposited Funds √ | 110 — Accounts Recei | 484.75 |
| Invoice | 12/23/13 | 1167 | 110 — Accounts Receivable | -SPLIT- | 104.42 |
| Payment | 01/13/14 | A0152747 | 121 — Undeposited Funds √ | 110 — Accounts Recei | 104.42 |
| Invoice | 02/21/14 | 1186 | 110 — Accounts Receivable | -SPLIT- | 275.90 |
| Invoice | 02/21/14 | 1187 | 110 — Accounts Receivable | -SPLIT- | 337.25 |
| Payment | 03/03/14 | A0153927 | 103 — Bank of America-Chec √ | 110 — Accounts Recei | 613.15 |
| Invoice | 03/11/14 | 1223 | 110 — Accounts Receivable | -SPLIT- | 1,483.94 |

**Spot Properties**
**Biddy McGraw**

Exhibit A page 4of 5

| | Type | Date | Num | Account | | Split | Amount |
|---|---|---|---|---|---|---|---|
| | Stmt Charge | 03/20/13 | | 110 — Accounts Receivable | | 605 — PPA Revenue | 146.00 |
| | Invoice | 04/23/13 | 1002 | 110 — Accounts Receivable | | -SPLIT- | 232.33 |
| | Invoice | 05/22/13 | 1019 | 110 — Accounts Receivable | | -SPLIT- | 396.64 |
| | Payment | 06/04/13 | 4446 | Pmt for LS Inv 119, 1121 — Undeposited Funds | √ | 110 — Accounts Recei | 774.97 |
| | Invoice | 07/08/13 | 1039 | 110 — Accounts Receivable | | -SPLIT- | 437.29 |
| | Invoice | 09/27/13 | 1114 | 110 — Accounts Receivable | | -SPLIT- | 5.58 |
| | Invoice | 10/25/13 | 1136 | 110 — Accounts Receivable | | -SPLIT- | 131.85 |
| | Invoice | 12/03/13 | 1152 | 110 — Accounts Receivable | | -SPLIT- | 97.39 |
| | Invoice | 06/24/14 | 1266 | 110 — Accounts Receivable | | -SPLIT- | 262.71 |
| Bossanova | | | | | | | |
| | Invoice | 06/24/14 | 1264 | 110 — Accounts Receivable | | -SPLIT- | 159.96 |
| Spot Properties - Other | | | | | | | |
| | Invoice | 02/21/14 | 1205 | 110 — Accounts Receivable | | -SPLIT- | 89.12 |
| | Invoice | 03/11/14 | 1218 | 110 — Accounts Receivable | | -SPLIT- | 57.16 |
| | Payment | 03/24/14 | 5145 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 89.12 |
| | Payment | 04/10/14 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 57.16 |
| | Payment | 07/29/14 | | 103 — Bank of America-Checking | | 110 — Accounts Recei | 712.04 |
| | Check | 09/30/15 | | 103 — Bank of America-Checking | | 700 — Project Costs | -3,712.66 |
| Wine Country | | | | | | | |
| | Stmt Charge | 02/14/13 | | Lite Solar Invoice #1 110 — Accounts Receivable | | 605 — PPA Revenue | 1,171.04 |
| | Stmt Charge | 04/09/13 | | Lite Solar Invoice #1 110 — Accounts Receivable | | 605 — PPA Revenue | 1,224.63 |
| | Invoice | 05/20/13 | 1016 | 110 — Accounts Receivable | | -SPLIT- | 595.38 |
| | Payment | 09/16/13 | 5269 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 2,991.05 |
| | Invoice | 02/21/14 | 1206 | 110 — Accounts Receivable | | -SPLIT- | 254.84 |
| | Invoice | 02/21/14 | 1207 | 110 — Accounts Receivable | | -SPLIT- | 406.19 |
| | Invoice | 03/11/14 | 1225 | 110 — Accounts Receivable | | -SPLIT- | 143.42 |
| Beach Cities Solar | | | | | | | |
| | Invoice | 09/05/13 | 1089 VOID: | 110 — Accounts Receivable | √ | 600 — Contracting Rev | 0.00 |
| | Invoice | 05/23/14 | 1256 | 110 — Accounts Receivable | | 600 — Contracting Rev | 1,145.34 |
| | Payment | 06/07/14 | 5185 | 103 — Bank of America-Checking | | 110 — Accounts Recei | 1,145.34 |
| Christian St. Hilaire | | | | | | | |
| | Invoice | 09/16/13 | 1096 VOID: | 110 — Accounts Receivable | √ | 604 — Material Sales R | 0.00 |
| Synchro Solar | | | | | | | |
| | Invoice | 08/29/13 | 1081 | 110 — Accounts Receivable | | -SPLIT- | 5,000.00 |
| | Payment | 09/03/13 | 2205 | 105 — US Bank Checking | √ | 110 — Accounts Recei | 5,000.00 |
| E3 Solar | | | | | | | |
| | Invoice | 06/25/13 | 1035 | 110 — Accounts Receivable | | -SPLIT- | 13,500.00 |
| | Payment | 06/25/13 | | 105 — US Bank Checking | √ | 110 — Accounts Recei | 13,500.00 |
| PGM | | | | | | | |
| | Invoice | 12/23/13 | 1166 | 110 — Accounts Receivable | | -SPLIT- | 56.52 |
| | Payment | 01/24/14 | 1166 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 56.52 |
| | Invoice | 02/21/14 | 1202 | 110 — Accounts Receivable | | -SPLIT- | 42.92 |
| | Invoice | 02/21/14 | 1203 | 110 — Accounts Receivable | | -SPLIT- | 52.90 |
| | Invoice | 03/20/14 | 1235 | 110 — Accounts Receivable | | -SPLIT- | 92.14 |
| | Payment | 04/02/14 | 1102 | 103 — Bank of America-Chec | | 110 — Accounts Recei | 95.82 |
| | Payment | 04/24/14 | 1110 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 92.14 |
| | Invoice | 04/25/14 | 1246 | 110 — Accounts Receivable | | -SPLIT- | 99.14 |
| | Invoice | 05/21/14 | 1255 | 110 — Accounts Receivable | | -SPLIT- | 105.03 |
| | Payment | 05/28/14 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 204.17 |
| | Invoice | 06/24/14 | 1263 | 110 — Accounts Receivable | | -SPLIT- | 41.88 |
| | Payment | 07/25/14 | | 103 — Bank of America-Checking | | 110 — Accounts Recei | 41.88 |
| Lange Estates | | | | | | | |
| | Invoice | 09/11/13 | 1094 | 110 — Accounts Receivable | | -SPLIT- | 447.37 |
| | Invoice | 10/01/13 | 1115 | 110 — Accounts Receivable | | -SPLIT- | 446.55 |
| | Invoice | 10/25/13 | 1137 | 110 — Accounts Receivable | | -SPLIT- | 251.04 |
| | Payment | 11/18/13 | 13095 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 447.37 |
| | Payment | 12/02/13 | 13136 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 446.55 |
| | Invoice | 12/03/13 | 1154 | 110 — Accounts Receivable | | -SPLIT- | 223.77 |
| | Payment | 12/09/13 | 13176 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 251.04 |
| | Payment | 01/24/14 | 13396 | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 223.77 |
| | Invoice | 02/21/14 | 1198 | 110 — Accounts Receivable | | -SPLIT- | 53.38 |
| | Invoice | 03/11/14 | 1211 | 110 — Accounts Receivable | | -SPLIT- | 94.26 |
| POW | | | | | | | |
| | Invoice | 09/23/13 | 1109 | 110 — Accounts Receivable | | -SPLIT- | 54.07 |
| | Invoice | 10/25/13 | 1138 | 110 — Accounts Receivable | | -SPLIT- | 17.99 |
| | Invoice | 12/03/13 | 1155 | 110 — Accounts Receivable | | -SPLIT- | 13.56 |
| | Payment | 01/08/14 | 5061 | 105 — US Bank Checking | | 110 — Accounts Recei | 85.62 |
| | Invoice | 03/11/14 | 1210 | 110 — Accounts Receivable | | -SPLIT- | 11.69 |
| | Invoice | 03/11/14 | 1231 | 110 — Accounts Receivable | | -SPLIT- | 12.30 |
| | Invoice | 03/11/14 | 1232 | 110 — Accounts Receivable | | -SPLIT- | 9.21 |
| | Payment | 04/10/14 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 33.20 |
| | Invoice | 04/22/14 | 1242 | 110 — Accounts Receivable | | -SPLIT- | 17.58 |
| | Payment | 05/06/14 | | 121 — Undeposited Funds | √ | 110 — Accounts Recei | 17.58 |
| | Invoice | 06/24/14 | 1267 | 110 — Accounts Receivable | | -SPLIT- | 41.88 |
| Tanker | | | | | | | |
| | Invoice | 05/20/14 | 1251 | 110 — Accounts Receivable | | -SPLIT- | 257.23 |
| | Payment | 05/27/14 | | 103 — Bank of America-Chec | √ | 110 — Accounts Recei | 257.23 |
| | Invoice | 06/24/14 | 1265 | 110 — Accounts Receivable | | -SPLIT- | 247.49 |

Exhibit A page 5 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Raintree** | | | | | | |
| | Invoice | 05/20/14 | 1250 | 110 — Accounts Receivable | -SPLIT- | 613.11 |
| | Payment | 06/05/14 | | 103 — Bank of America-Checking | 110 — Accounts Recei | 613.11 |
| | Invoice | 06/24/14 | 1269 | 110 — Accounts Receivable | -SPLIT- | 115.33 |
| | Payment | 07/07/14 | | 103 — Bank of America-Checking | 110 — Accounts Recei | 115.33 |
| | Invoice | 07/29/14 | 1274 | 110 — Accounts Receivable | -SPLIT- | 137.06 |
| | Payment | 08/07/14 | | 121 — Undeposited Funds    √ | 110 — Accounts Recei | 137.06 |
| | Invoice | 08/25/14 | 1277 | 110 — Accounts Receivable | -SPLIT- | 156.97 |
| **Amethyst** | | | | | | |
| | Invoice | 02/21/14 | 1190 | 110 — Accounts Receivable | -SPLIT- | 188.26 |
| | Invoice | 03/11/14 | 1228 | 110 — Accounts Receivable | -SPLIT- | 6.27 |

# Exhibit B

**Exhibit B page 1 of 2**

**From:** <APDirect.Deposit@pgn.com>
**Date:** April 26, 2018 at 3:33:51 PM PDT
**To:** <PAT@KAMANAOKALA.COM>, <APDIRECT.DEPOSIT@PGN.COM>
**Subject: Remittance Advice Notification**

Dear Customer,

Attached is the Payment Details we have processed on 2018-04-26.  The payment date reflects the date at which the payment is processed .

Please refer to Payment Reference in the attachment for future correspondence.

This is system generated email, please do not reply.

------------------------------------------------------------------------------------------------------------

This email is intended only for the individual or entity to whom it is addressed and may be a confidential communication privileged by law. Any unauthorized use, dissemination, distribution, disclosure, or copying is strictly prohibited. If you have received this communication in error, please notify us immediately and kindly delete this message from your system. Thank you in advance for your cooperation.

# Payment Advice

26 April 2018  15:33:50 PM
Page 1
Exhibit B page 2 of 2

**To:**

**Vendor Name:** KAMANA OKALA
**Vendor Address:** 10117 SE SUNNYSIDE RD #F1112

CLACKAMAS  OR, 97015
USA

**Reference Information**
Pay Cycle:    ACH_TH
Pay Cycle Seq Number:    164

**Payment Information**
**Payment Reference:** AP0000051641
**Payment Date:** 04/27/2018
**Payment Method:** Automated Clearing House
**Bank To Information:** **Bank ID**    **Bank Name**    **Branch ID**    **Branch Name**
**Bank To Account:**    FIRST REPUBLIC

| Invoice Number | Invoice Date | Voucher ID | PO ID | Gross Amount | Discount Taken | Late Charge | Paid Amt |
|---|---|---|---|---|---|---|---|
| SPO-O2Z1X3-APR-2018 | 04/11/2018 | 10699288 | - | 113.36 | 0.00 | 0.00 | 113.36 |
| SPO-J6Q7S5-APR-2018 | 04/11/2018 | 10699289 | - | 122.99 | 0.00 | 0.00 | 122.99 |
| SPO-P2B4Z4-APR-2018 | 04/11/2018 | 10699286 | - | 90.21 | 0.00 | 0.00 | 90.21 |
| SPO-Q1W087-APR-2018 | 04/11/2018 | 10699284 | - | 113.75 | 0.00 | 0.00 | 113.75 |
| SPO-L404W8-APR-2018 | 04/11/2018 | 10699287 | - | 118.17 | 0.00 | 0.00 | 118.17 |
| SPO-Y64184-APR-2018 | 04/11/2018 | 10699290 | - | 125.39 | 0.00 | 0.00 | 125.39 |
| SPO-Y8H568-APR-2018 | 04/11/2018 | 10699285 | - | 125.10 | 0.00 | 0.00 | 125.10 |
| **Total:** | | | | **808.97** | **0.00** | **0.00** | **808.97  USD** |

# Exhibit C

Exhibit C page 1 of 7

**From:** Patrick Schellerup <pat@kamanaokala.com>
**Date:** April 12, 2018 at 3:27:04 PM PDT
**To:** APDirect.Deposit@pgn.com
**Subject: Alder Royal/Kamana O' Kala VIR Reassignment**

Hello,

Please see attached.

Thanks,.

Patrick Schellerup
503-593-2828

Exhibit C page 2 of 7

4/12/18
Hello,

We had the attached VIR Payments assigned to us and due to a court order we need to have the funds currently being deposited into our account, sent to a trustee until the litigation is resolved. Please see the updated ACH Form.

Thank you,

Pat Schellerup
President
Kamana O' Kala, LLC



**PGE**

Portland General Electric

Exhibit C page 3 of 7

# Vendor ACH/Direct Deposit Enrollment Form

The Vendor ACH/Direct Deposit Enrollment Form is for existing Portland General Electric Vendors only. Electronic Funds Transfer (EFT) is Portland General Electric's preferred form of payment as it supports the Portland General Electric sustainability initiatives. With EFT, payments will be electronically deposited into your company's designated bank account through ACH (Automated Clearing House). ACH remittance will be delivered via email. Upon receipt of the below form, a Portland General Electric Vendor Maintenance member will contact your company for verification.

**Please fax or email completed & signed form to:**
Fax # 1-503-464-7006 or Email apdirect.deposit@pgn.com

| VENDOR NAME (As shown on W-9): | DATE: |
|---|---|
| Kamana O' Kala, LLC | 4/12/18 |

| FEDERAL TAXPAYER ID: | CHECK APPROPRIATE BOX: |
|---|---|
| 46-2397811 | ☐ New Set Up    x☐ Change Information |

## BANK INFORMATION:

| BANK NAME: | ACCOUNT TYPE: |
|---|---|
| First Republic Bank | ☒ Checking    ☐ Savings |

| BANK ROUTING NUMBER: | BANK ACCOUNT NUMBER: |
|---|---|
| 321081669 | 80006317798 |

ATTACH ONE OF THE FOLLOWING (Required):
☐ Voided Check    ☒ Bank letter or specification sheet

**I, the undersigned, authorize Portland General Electric to deposit payments directly to the account indicated above and to correct any errors which may occur from the transactions. I also authorize the financial institution named above to post these transactions to that account. This authorization will remain in effect until Portland General Electric has received written notification requesting a change or cancellation. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law.**

| AUTHORIZED SIGNATURE: | DATE: |
|---|---|
| *[signature]* | 4/12/17 |
| NAME: | President |
| Pat Schellerup | |

| PHONE NUMBER: | EMAIL ADDRESS (Required to receive remittance): |
|---|---|
| 5023-593-2828 | pat@kamanaokala.com |

## FOR INTERNAL USE ONLY:

| ENTERED BY: | |
|---|---|
| | DATE: |
| VERIFIED BY: | DATE: |

Jun 2010

# Payment Advice

Exhibit C page 4 of 7

**To:**

| Vendor Name: | KAMANA OKALA |
| Vendor Address: | 10117 SE SUNNYSIDE RD #F1112 |
| | CLACKAMAS   OR,  97015 |
| | USA |

**Payment Information**

| Payment Reference: | AP000000050515 |
| Payment Date: | 03/21/2018 |
| Payment Method: | Automated Clearing House |

| Bank To Information: | **Bank ID** | **Bank Name** |
| Bank To Account: | | BANK OF AMERICA |

**Reference Information**

| Pay Cycle: | ACH_TU |
| Pay Cycle Seq Number: | 170 |

| **Branch ID** | **Branch Name** |

| Invoice Number | Invoice Date | Voucher ID | PO ID | Gross Amount | Discount Taken | Late Charge | Paid Amt |
|---|---|---|---|---|---|---|---|
| SPO-02Z1X3-MAR-2018 | 03/13/2018 | 10689721 | - | 80.59 | 0.00 | 0.00 | 80.59 |
| SPO-J6Q7S5-MAR-2018 | 03/13/2018 | 10689720 | - | 87.14 | 0.00 | 0.00 | 87.14 |
| SPO-P2B4Z4-MAR-2018 | 03/13/2018 | 10689723 | - | 171.10 | 0.00 | 0.00 | 171.10 |
| SPO-Q1W087-MAR-2018 | 03/13/2018 | 10689725 | - | 84.53 | 0.00 | 0.00 | 84.53 |
| SPO-U404W8-MAR-2018 | 03/13/2018 | 10689722 | - | 89.62 | 0.00 | 0.00 | 89.62 |
| SPO-Y64184-MAR-2018 | 03/13/2018 | 10689719 | - | 89.92 | 0.00 | 0.00 | 89.92 |
| SPO-Y8H568-MAR-2018 | 03/13/2018 | 10689724 | - | 89.87 | 0.00 | 0.00 | 89.87 |
| SPO-Z07098-MAR-2018 | 03/13/2018 | 10689746 | - | 62.84 | 0.00 | 0.00 | 62.84 |

Private and Confidential

**Exhibit C page 5 of 7**

| Cont # | PGE Acct # | Address | Meter # |
|---|---|---|---|
| J1O4H2 | 000237858-264685-5 | 16124 SE Alder St Apt 19 | 27294308 |
| D718M1 | 000237858-264668-1 | 16124 SE Alder St Apt 23 | 27294337 |
| P2B4Z4 | 000237858-264661-6 | 16124 SE Alder St Apt 27 | 27293898 |
| J3L8O2 | 000237858-264652-5 | 16124 SE Alder St Apt 31 | 27294291 |
| U404W8 | 000237858-264669-9 | 16124 SE Alder St Apt 22 | 27294338 |
| S461C1 | 000237858-264660-8 | 16124 SE Alder St Apt 38 | 27294328 |
| Z5O6I3 | 000237858-439925-5 | 16124 SE Alder St Apt 37 | 27293897 |
| 45E1C8 | 000237858-264667-3 | 16124 SE Alder St Apt 35 | 27294297 |
| Q1W087 | 000237858-264670-7 | 16124 SE Alder St Apt 33 | 27294335 |
| 14Y9J7 | 000237858-264650-1 | 16124 SE Alder St Apt 30 | 27294293 |
| Y8H568 | 000237858-264658-2 | 16124 SE Alder St Apt 29 | 27294329 |
| 53P742 | 000237858-356047-7 | 16124 SE Alder St Apt 28 | 27294330 |
| 11Q3W5 | 000237858-264686-3 | 16124 SE Alder St Apt 8 | 28910370 |
| J6Q7S5 | 000237858-264673-1 | 16124 SE Alder St Apt 11 | 27166169 |
| Z07098 | 000237858-264687-1 | 16124 SE Alder St Apt 7 | 27294309 |
| 9263T9 | 000237858-264654-1 | 16124 SE Alder St Apt 9 | 27294333 |
| W2T048 | 000237858-264679-8 | 16124 SE Alder St Apt 3 | 27294319 |
| 02Z1X3 | 000237858-354943-7 | 16124 SE Alder St (main bldg.) | 31003639 |
| Y64184 | 000237858-264674-9 | 16124 SE Alder St Apt 2 | 28743162 |

Moe Forloo
7/3/18

**Exhibit C page 6of 7**

# REDACTED

# ATTORNEY CLIENT COMMUNICATION

**From:** Reddy, Vamshi
**Sent:** Friday, October 13, 2017 4:19 PM

**Exhibit C page 7 of 7**

**To:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Petranovich, Milo <PetranovichM@LanePowell.com>; Tanner, Skyler M.
<TannerS@LanePowell.com>; Granger, Kelsey <GrangerK@LanePowell.com>; Pettinger, Karen
<PettingerK@lanepowell.com>; Reddy, Vamshi <ReddyV@LanePowell.com>
**Subject:** Follow-Up

Leslie,

We have been informed by Kamana and Mr. Schellerup that, due to a lack of assets, they are unable to deposit any funds that may have been previously received from the Host Contracts.  Accordingly, a wire has not been sent today.

As you may have already seen, Mr. Schellerup filed a chapter 7 bankruptcy earlier this week, and we have filed a motion to withdraw as counsel for both Mr. Schellerup and Kamana.

VAMSHI REDDY
Counsel to the Firm
reddyv@lanepowell.com
D 503.778.2169  C 917.
LANEPOWELL.COM

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

AMENDED ORDER
GRANTING…NA A…,.pdf

# Exhibit D

# Payment Advice

**To:**
**Vendor Name:** KAMANA OKALA
**Vendor Address:** 10117 SE SUNNYSIDE RD #F1112
CLACKAMAS  OR,  97015
USA

**Reference Information**
**Pay Cycle:** ACH_TH
**Pay Cycle Seq Number:** 164

**Payment Information**
**Payment Reference:** AP000051641
**Payment Date:** 04/27/2018
**Payment Method:** Automated Clearing House
**Bank To Information:** Bank ID
**Bank To Account:**

**Bank ID** | **Bank Name**
FIRST REPUBLIC

**Branch ID** | **Branch Name**

| Invoice Number | Invoice Date | Voucher ID | PO ID | Gross Amount | Discount Taken | Late Charge | Paid Amt |
|---|---|---|---|---|---|---|---|
| SPO-02Z1X3-APR-2018 | 04/11/2018 | 10699288 | - | 113.36 | 0.00 | 0.00 | 113.36 |
| SPO-J6Q7S5-APR-2018 | 04/11/2018 | 10699289 | - | 122.99 | 0.00 | 0.00 | 122.99 |
| SPO-P2B4Z4-APR-2018 | 04/11/2018 | 10699286 | - | 90.21 | 0.00 | 0.00 | 90.21 |
| SPO-Q1W087-APR-2018 | 04/11/2018 | 10699284 | - | 113.75 | 0.00 | 0.00 | 113.75 |
| SPO-U404W8-APR-2018 | 04/11/2018 | 10699287 | - | 118.17 | 0.00 | 0.00 | 118.17 |
| SPO-Y64184-APR-2018 | 04/11/2018 | 10699290 | - | 125.39 | 0.00 | 0.00 | 125.39 |
| SPO-Y8H568-APR-2018 | 04/11/2018 | 10699285 | - | 125.10 | 0.00 | 0.00 | 125.10 |
| **Total:** | | | | **808.97** | **0.00** | **0.00** | **808.97  USD** |

# Exhibit E

Exhibit E page 1 of 1

**602 — Kamana O'Kala Feed In Tarrif Revenue from PGE**

| | | |
|---|---|---|
| Deposit | 07/01/13 | $2,967.92 |
| Deposit | 07/02/13 | $389.47 |
| Deposit | 07/29/13 | $2,988.98 |
| Deposit | 09/06/13 | $3,338.06 |
| Deposit | 09/23/13 | $3,092.43 |
| Deposit | 10/30/13 | $2,508.47 |
| Deposit | 12/02/13 | $2,407.20 |
| Deposit | 01/04/14 | $2,944.75 |
| Deposit | 03/10/14 | $2,010.19 |
| Deposit | 03/20/14 | $1,673.68 |
| Deposit | 04/22/14 | $2,611.37 |
| Deposit | 05/28/14 | $3,288.68 |
| Deposit | 07/02/14 | $3,197.50 |
| Deposit | 07/28/14 | $2,933.16 |
| Deposit | 08/22/14 | $3,470.00 |
| Deposit | 12/31/14 | $3,793.61 |
| Deposit | 01/31/15 | $2,919.96 |
| Deposit | 02/28/15 | $1,721.33 |
| Deposit | 03/31/15 | $3,037.76 |
| Deposit | 04/30/15 | $3,628.93 |
| Deposit | 05/31/15 | $313.90 |
| Deposit | 06/30/15 | $2,408.66 |
| Deposit | 07/31/15 | $137.12 |
| Deposit | 08/31/15 | $4,270.52 |
| Check | 10/31/15 | $(3,667.17) |
| Deposit | 11/30/15 | $3,113.02 |
| Deposit | 01/31/16 | $2,067.20 |
| Deposit | 02/29/16 | $2,970.92 |
| Deposit | 03/31/16 | $1,610.95 |
| Deposit | 03/31/16 | $2,556.04 |
| Deposit | 05/31/16 | $2,821.50 |
| Deposit | 07/31/16 | $2,776.03 |
| Deposit | 08/31/16 | $2,388.75 |
| Deposit | 09/30/16 | $2,979.53 |
| Deposit | 11/30/16 | $2,407.79 |
| Deposit | 11/30/16 | $2,071.99 |
| Deposit | 01/31/17 | $2,490.78 |
| Deposit | 02/28/17 | $598.41 |
| Deposit | 03/31/17 | $3,262.50 |
| Deposit | 04/30/17 | $1,419.63 |
| Deposit | 05/31/17 | $1,644.86 |
| Deposit | 06/30/17 | $1,952.14 |
| Deposit | 07/31/17 | $1,776.18 |
| Deposit | 08/31/17 | $1,537.00 |
| **Total Prior to Entry of Order** | | **$100,831.70** |
| | | |
| Deposit | 09/30/17 | $1,301.16 |
| Deposit | 10/31/17 | $1,229.10 |
| Deposit | 11/30/17 | $1,275.23 |
| Deposit | 12/31/17 | $936.14 |
| Deposit | 01/31/18 | $850.86 |
| Deposit | 02/27/18 | $598.41 |
| Deposit | 03/31/18 | $755.61 |
| **Total After Entry of Order** | | **$6,946.51** |